

**EFEH** & ASSOCIATES

18918 SAGEWIND DRIVE • HOUSTON, TEXAS 77084 • TELEPHONE (713) 464-2382

October 29, 1991

Mr. S. Stover
Hydro-Environmental Technology, Inc.
Environmental Consultants
P.O. Box 31203
Lafayette, LA  70593-1203

Dear Mr. Stover:

Following are the results of soil sample submitted to our laboratory
for analyses on October 25, 1991:

SITE:  Lafayette

SAMPLE I.D.                         AREA 3
                                    Sample ID# SS2
                                    10/21/91
                                    17:30-18:00

LAB NO.                             E-3407

Specific Gravity, g/cc             2.5
Oil & Grease, ppm                  160
Color                              Brown
Physical State                     Solids
Odor                               Weak
Layers                             Single
Ignitability, °F                   >200
   (Pensky Martens Closed Cup)
Corrosivity, (pH)                  7.0
Reactivity - S, mg/kg              No Reaction (<0.01)
Reactivity - CN, mg/kg             No Reaction (<0.01)

Total Solids (Dried Weight), %     95.51


              APPEARANCE AFTER TWO TO FOUR HOURS

Layers                             1
Solids, %                          100
Oil, %                             <0.1
Liquid, %                          <0.1


                                    Page 2

# EFEH & ASSOCIATES

Page 2

SAMPLE I.D.                        Sample ID# SS2
                                   10/21/91
                                   17:30-18:00

LAB NO.                            E-3407

TCLP INORGANICS (Leachate)

| | |
|---|---|
| Arsenic, mg/l | <0.01 |
| Barium, mg/l | 2-62 |
| Cadmium, mg/l | <0.005 |
| Chromium, mg/l | <0.01 |
| Copper, mg/l | <0.01 |
| Lead, mg/l | <0.01 |
| Mercury, mg/l | <0.002 |
| Nickel, mg/l | <0.01 |
| Selenium, mg/l | <0.01 |
| Silver, mg/l | <0.01 |
| Zinc, mg/l | 0.04 |
| Thallium, mg/l | <0.06 |

TCLP ORGANICS

| | |
|---|---|
| Endrin | <0.005 |
| Lindane | <0.01 |
| Methoxychlor | <0.01 |
| Toxaphene | <0.01 |
| 2,4-D | <0.01 |
| 2,4,5-TP (Silvex) | <0.01 |
| Benzene | <0.01 |
| Carbon Tetrachloride | <0.01 |
| Chlordane | <0.01 |
| Chlorobenzene | <0.01 |
| Chloroform | <0.01 |
| o-Cresol | <0.01 |
| m-Cresol | <0.01 |
| p-Cresol | <0.01 |
| Cresol | <0.01 |
| 1,4-Dichlorobenzene | <0.01 |
| 1,2-Dichloroethane | <0.01 |
| 1,1-Dichloroethylene | <0.01 |
| 2,4-Dinitrotoluene | <0.01 |
| Heptachlor | <0.004 |
| Hexachlorobenzene | <0.01 |
| Hexachloro-1,3-butadiene | <0.01 |
| Hexachloroethane | <0.01 |
| Methyl Ethyl Ketone | <0.01 |
| Nitrobenzene | <0.01 |
| Pentachlorophenol | <0.01 |

# EFEH & ASSOCIATES

Page 3

SAMPLE I.D.                          Sample ID# SS2
                                     10/21/91
                                     17:30-18:00

LAB NO.                              E-3407

  Pyridine                           <0.01
  Tetrachloroethylene                <0.01
  Trichloroethylene                  <0.01
  2,4,5-Trichlorophenol              <0.01
  2,4,6-Trichlorophenol              <0.01
  Vinyl Chloride                     <0.01

NOTE:   Units expressed in mg/l, unless otherwise noted.

METHOD:   HWC - EPA SW-846
          TCLP INORGANICS (Leachate) - EPA 1311/7060/7080/7130/7190/
                                          7420/7471/7741/7760/7950/
                                          7210/7520/7841
          TCLP ORGANICS - EPA 8015/8020/8050/8080


Please contact me if you have any questions concerning these results.

Sincerely,

Edwin B. Smith, Jr. PhD

**HYDRO-ENVIRONMENTAL TECHNOLOGY, INC.**
Environmental Consultants
P.O. Box 31203
Lafayette, LA 70593-1203
Phone (318) 261-1963 FAX (318) 233-0361

**SAMPLE CHAIN OF CUSTODY RECORD**

Laboratory: _E.E.11 & Assor - Houston, TX_
_ATT: Kim_

Project Name: _City of Lafayette_
Project #: _1051.01_
Project Location: _Lafayette, LA_

Sample Collected By: _KMW_
Company: _HET_
Date: _10/21/91_

| Sample I.D. | Type | Date/Time Sampled | Containers | Analysis Requested/ Method | Comments |
|---|---|---|---|---|---|
| SS1 (Area 3) | S₀ | 10/21/91 @ 18:10 -1830 | (1) Glass Qt. w/Teflon Lid | Full TCLP and HWC | "Chilled" |
| | | | | | |
| SS2 (Area 3) | S₀ | 10/21/91 1730 - 1800 | (1) Glass Qt w/Teflon Lid | Full TCLP and HWC | "Chilled" |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Relinquished By: _Keith Martin_ | Received By: |
|---|---|
| Date/Time: _10-21-91 @ 18:30_ | Date/Time: |
| Relinquished By: | Received By: |
| Date/Time: | Date/Time: |

| Analysis Due: Verbal: | Written: |
|---|---|



**EFEH & ASSOCIATES**

10918 SAGEWIND DRIVE • HOUSTON, TEXAS 77089 • TELEPHONE (713) 484-2362

November 4, 1991

Mr. S. Stover
Hydro-Environmental Technology, Inc.
Environmental Consultants
P.O. Box 31203
Lafayette, LA  70593-1203

Dear Mr. Stover:

Following are the results of soil sample submitted to our laboratory
for analyses on October 28, 1991:

SITE:  Lafayette, LA (SP Property)

PROJECT #:  1051.01

SAMPLE I.D.                        AREA 4
                                   SS1
                                   10/24/91
                                   15:30

LAB NO.                            E-3441

Specific Gravity, g/cc             1.25
Oil & Grease, ppm                  <0.01
Color                              Brown
Physical State                     Solids
Odor                               Weak
Layers                             Single
Ignitability, °F                   >200
  (Pensky Martens Closed Cup)
Corrosivity, (pH)                  5.8
Reactivity - S, mg/kg              No Reaction (<0.01)
Reactivity - CN, mg/kg             No Reaction (<0.01)

Total Solids (Dried Weight), %     79.18


              APPEARANCE AFTER TWO TO FOUR HOURS

Layers                             1
Solids, %                          100
Oil, %                             <0.1
Liquid, %                          <0.1

# EFEH & ASSOCIATES

Page 2

SAMPLE I.D.                          SS1
                                     10/24/91
                                     15:30

LAB NO.                              E-3441

## TCLP INORGANICS (Leachate)

| | |
|---|---|
| Arsenic, mg/l | <0.01 |
| Barium, mg/l | 0.09 |
| Cadmium, mg/l | <0.005 |
| Chromium, mg/l | 0.16 |
| Copper, mg/l | 0.02 |
| Lead, mg/l | 0.25 |
| Mercury, mg/l | <0.002 |
| Nickel, mg/l | <0.01 |
| Selenium, mg/l | <0.01 |
| Silver, mg/l | <0.01 |
| Zinc, mg/l | 0.60 |
| Thallium, mg/l | <0.06 |

## TCLP ORGANICS

| | |
|---|---|
| Endrin | <0.005 |
| Lindane | <0.01 |
| Methoxychlor | <0.01 |
| Toxaphene | <0.01 |
| 2,4-D | <0.01 |
| 2,4,5-TP (Silvex) | <0.01 |
| Benzene | <0.01 |
| Carbon Tetrachloride | <0.01 |
| Chlordane | <0.01 |
| Chlorobenzene | <0.01 |
| Chloroform | <0.01 |
| o-Cresol | <0.01 |
| m-Cresol | <0.01 |
| p-Cresol | <0.01 |
| Cresol | <0.01 |
| 1,4-Dichlorobenzene | <0.01 |
| 1,2-Dichloroethane | <0.01 |
| 1,1-Dichloroethylene | <0.01 |
| 2,4-Dinitrotoluene | <0.01 |
| Heptachlor | <0.004 |
| Hexachlorobenzene | <0.01 |
| Hexachloro-1,3-butadiene | <0.01 |
| Hexachloroethane | <0.01 |
| Methyl Ethyl Ketone | <0.01 |
| Nitrobenzene | <0.01 |
| Pentachlorophenol | <0.01 |

# EFEH & ASSOCIATES

Page 3

| SAMPLE I.D. | SS1 |
| --- | --- |
| | 10/24/91 |
| | 15:30 |
| | |
| LAB NO. | E-3441 |

| Pyridine | <0.01 |
| --- | --- |
| Tetrachloroethylene | <0.01 |
| Trichloroethylene | <0.01 |
| 2,4,5-Trichlorophenol | <0.01 |
| 2,4,6-Trichlorophenol | <0.01 |
| Vinyl Chloride | <0.01 |

NOTE:   Units expressed in mg/l, unless otherwise noted.

VOLATILE

| Chloromethane | <1 |
| --- | --- |
| Vinyl Chloride | <1 |
| Chloroethane | <1 |
| Bromoethane | <1 |
| Trichlorofluoromethane | <1 |
| 1,1-Dichloroethane | <1 |
| Methylene Chloride | 22 |
| Trans-1,2-Dichloroethene | 5 |
| 1,1-Dichloroethane | 3 |
| 2,2-Dichloropropane | 1 |
| CIS-1,2-Dichloroethane | 1 |
| Chloroform | 5 |
| Bromochloromethane | 35 |
| 1,1,1-Trichloroethane | 3 |
| 1,1-Dichloropropene | <1 |
| Carbon Tetrachloride | <1 |
| Benzene | 59 |
| 1,2-Dichloroethane | 3 |
| Trichloroethene | 25 |
| 1,2-Dichloropropane | <1 |
| Bromodichloromethane | <1 |
| Dibromomethane | 1 |
| Cis-1,3-Dichloropropene | <1 |
| Toluene | 9 |
| Trans-1,3-Dichloropropene | <1 |
| 1,1,2-Trichloroethane | <1 |
| Tetrachloroethene | <1 |
| 1,3-Dichloropropane | <1 |
| Dibromochloromethane | <1 |
| 1,2-Dibromoethane | <1 |
| Chlorobenzene | <1 |

# EFEH & ASSOCIATES

Page 4

SAMPLE I.D.                          SS1
                                     10/24/91
                                     15:30

LAB NO.                              E-3441

| | |
|---|---|
| 1,1,1,2-Tetrachloroethane | <1 |
| Ethyl Benzene | 6 |
| M,P-Xylenes | 14 |
| O-Xylene | 12 |
| Styrene | 5 |
| Isopropylbenzene | 2 |
| Bromoform | <1 |
| 1,1,2,2-Tetrachloroethane | <1 |
| 1,2,3-Trichloropropane | <1 |
| N-Propylbenzene | 2 |
| Bromobenzene | <1 |
| 2-Chlorotoluene | 2 |
| 1,3,5-Trimethyl-Benzene | 3 |
| 4-Chlorotoluene | <1 |
| Tert-Butylbenzene | <1 |
| 1,2,4-Trimethylbenzene | 11 |
| Sec-Butylbenzene | <1 |
| P-Isopropyltoluene | <1 |
| 1,3-Dichlorobenzene | <1 |
| 1,4-Dichlorobenzene | 2 |
| N-Butylbezene | <1 |
| 1,2-Dichlorobenzene | 28 |
| Xylenes, (Total) | <5 |
| 1,2-Dichloroethene | 26 |

NOTE: Units expressed in ug/l, unless otherwise noted.

BASE NEUTRALS

| | |
|---|---|
| Acenaphthene | <5 |
| Acenaphthylene | <5 |
| Anthracene | <5 |
| Benzidine | <5 |
| Benzo(a)anthracene | <5 |
| Benzo(a)pyrene | <5 |
| 3,4-Benzofluoranthene | <5 |
| Benzo(ghi)perylene | <5 |
| Benzo(k)fluoranthene | <5 |
| Bis(2-Chloroethoxy)Methane | <5 |
| Bis(2-Chloroethyl) Ether | <5 |
| Bis(2-Ethylhexyl)phthalate | <5 |
| 4-Bromophenyl Phenyl Ether | <5 |
| Butylbenzyl Phthalate | <5 |

# EFEH & ASSOCIATES

Page 5

```
SAMPLE I.D.                          SS1
                                     10/24/91
                                     15:30

LAB NO.                              E-3441

    2-Chloronaphthalene              <5
    4-Chlorophenyl Phenyl Ether      <5
    Chrysene                         <5
    Dibenzo(a,h)anthracene           <5
    1,2-Dichlorobenzene              <5
    1,3-Dichlorobenzene              <5
    1,4-Dichlorobenzene              <5
    3,3'-Dichlorobenzidine           <5
    Diethyl Phthalate                <5
    Dimethyl Phthalate               <5
    Di-n-butyl Phthalate             <5
    2,4-Dinitrotoluene               <5
    2,6-Dinitrotoluene               <5
    Di-n-octyl Phthalate             <5
    1,2-Diphenylhydrazine            <5
      (as azobenzene)
    Fluroranthene                    <5
    Fluorene                         <5
    Hexachlorobenzene                <5
    Hexachlorobutadiene              <5
    Hexachlorocyclopentadiene        <5
    Hexachloroethane                 <5
    Indeno(1,2,3-cd)pyrene           <5
    Isophorone                       <5
    Naphthalene                      <5
    Nitrobenzene                     <5
    N-Nitrosodimethylamine           <5
    N-Nitrosodi-n-propylamine        <5
    N-Nitrosodiphenylamine           <5
    Phenanthrene                     <5
    Pyrene                           <5
    1,2,4-Trichlorobenzene           <5

NOTE:  Units expressed in ug/l, unless otherwise noted.

TPH, mg/kg                           107.1

METHOD:  HWC - EPA SW-846
         TCLP INORGANICS (Leachate) - EPA 1311/7060/7080/7130/7190/
                                          7420/7471/7741/7760/7950/
                                          7210/7520/7841
         TCLP ORGANICS - EPA 8015/8020/8050/8080
         TPH - EPA 418.1
         VOLATILES - EPA 8240
         BASE NEUTRALS - EPA 8270
```

ClerkConnect Document Viewer

# EFEH & ASSOCIATES

Page 6

Please contact me if you have any questions concerning these results.

Sincerely,

Edwin B. Smith, Jr. PhD



**EFEH** & ASSOCIATES

18818 SAGEWIND DRIVE • HOUSTON, TEXAS 77089 • TELEPHONE (713) 464-2362

November 4, 1991

Mr. S. Stover
Hydro-Environmental Technology, Inc.
Environmental Consultants
P.O. Box 31203
Lafayette, LA  70593-1203

Dear Mr. Stover:

Following are the results of soil sample submitted to our laboratory
for analyses on October 28, 1991:

SITE:  Lafayette; LA (SP Property)

PROJECT #:  1051.01

SAMPLE I.D.                        AREA 4
                                   SS2
                                   10/24/91
                                   16:00

LAB NO.                            E-3442

Specific Gravity, g/cc             1.25
Oil & Grease, ppm                  20.0
Color                              Brown
Physical State                     Solids
Odor                               Strong
Layers                             Single
Ignitability, °F                   >200
  (Pensky Martens Closed Cup)
Corrosivity, (pH)                  5.2
Reactivity - S, mg/kg              No Reaction (<0.01)
Reactivity - CN, mg/kg             No Reaction (<0.01)

Total Solids (Dried Weight), %     81.63


           APPEARANCE AFTER TWO TO FOUR HOURS

Layers                             1
Solids, %                          100
Oil, %                             <0.1
Liquid, %                          <0.1

# EFEH & ASSOCIATES

Page 2

SAMPLE I.D.                              SS2
                                         10/24/91
                                         16:00

LAB NO.                                  E-3442

## TCLP INORGANICS (Leachate)

| | |
|---|---|
| Arsenic, mg/l | <0.01 |
| Barium, mg/l | 0.06 |
| Cadmium, mg/l | <0.005 |
| Chromium, mg/l | <0.01 |
| Copper, mg/l | 0.01 |
| Lead, mg/l | <0.01 |
| Mercury, mg/l | <0.002 |
| Nickel, mg/l | <0.01 |
| Selenium, mg/l | <0.01 |
| Silver, mg/l | <0.01 |
| Zinc, mg/l | 0.10 |
| Thallium, mg/l | <0.06 |

## TCLP ORGANICS

| | |
|---|---|
| Endrin | <0.005 |
| Lindane | <0.01 |
| Methoxychlor | <0.01 |
| Toxaphene | <0.01 |
| 2,4-D | <0.01 |
| 2,4,5-TP (Silvex) | <0.01 |
| Benzene | <0.01 |
| Carbon Tetrachloride | <0.01 |
| Chlordane | <0.01 |
| Chlorobenzene | <0.01 |
| Chloroform | <0.01 |
| o-Cresol | <0.01 |
| m-Cresol | <0.01 |
| p-Cresol | <0.01 |
| Cresol | <0.01 |
| 1,4-Dichlorobenzene | <0.01 |
| 1,2-Dichloroethane | <0.01 |
| 1,1-Dichloroethylene | <0.01 |
| 2,4-Dinitrotoluene | <0.01 |
| Heptachlor | <0.004 |
| Hexachlorobenzene | <0.01 |
| Hexachloro-1,3-butadiene | <0.01 |
| Hexachloroethane | <0.01 |
| Methyl Ethyl Ketone | <0.01 |
| Nitrobenzene | <0.01 |
| Pentachlorophenol | <0.01 |

# EFEH & ASSOCIATES                    Page 3

SAMPLE I.D.                          SS2
                                     10/24/91
                                     16:00

LAB NO.                              E-3442

    Pyridine                         <0.01
    Tetrachloroethylene              <0.01
    Trichloroethylene                <0.01
    2,4,5-Trichlorophenol            <0.01
    2,4,6-Trichlorophenol            <0.01
    Vinyl Chloride                   <0.01

NOTE:  Units expressed in mg/l, unless otherwise noted.


VOLATILE

    Chloromethane                    <1
    Vinyl Chloride                   <1
    Chloroethane                     <1
    Bromoethane                      <1
    Trichlorofluoromethane           <1
    1,1-Dichloroethane               <1
    Methylene Chloride                6
    Trans-1,2-Dichloroethene         <1
    1,1-Dichloroethane               <1
    2,2-Dichloropropane              <1
    CIS-1,2-Dichloroethane           <1
    Chloroform                        5
    Bromochloromethane               35
    1,1,1-Trichloroethane             1
    1,1-Dichloropropene              <1
    Carbon Tetrachloride             <1
    Benzene                          27
    1,2-Dichloroethane               <1
    Trichloroethene                   3
    1,2-Dichloropropane              <1
    Bromodichloromethane             <1
    Dibromomethane                   <1
    Cis-1,3-Dichloropropene          <1
    Toluene                           6
    Trans-1,3-Dichloropropene        <1
    1,1,2-Trichloroethane            <1
    Tetrachloroethene                 4
    1,3-Dichloropropane              <1
    Dibromochloromethane             <1
    1,2-Dibromoethane                <1
    Chlorobenzene                    <1
    1,1,1,2-Tetrachloroethane        <1
    Ethyl Benzene                     2

# EFEH & ASSOCIATES                    Page 4

SAMPLE I.D.                        SS2
                                   10/24/91
                                   16:00

LAB NO.                            E-3442

| | |
|---|---|
| M,P-Xylenes | 4 |
| O-Xylene | 3 |
| Styrene | 1 |
| Isopropylbenzene | <1 |
| Bromoform | <1 |
| 1,1,2,2-Tetrachloroethane | <1 |
| 1,2,3-Trichloropropane | <1 |
| N-Propylbenzene | <1 |
| Bromobenzene | <1 |
| 2-Chlorotoluene | <1 |
| 1,3,5-Trimethyl-Benzene | <1 |
| 4-Chlorotoluene | <1 |
| Tert-Butylbenzene | <1 |
| 1,2,4-Trimethylbenzene | 2 |
| Sec-Butylbenzene | <1 |
| P-Isopropyltoluene | <1 |
| 1,3-Dichlorobenzene | <1 |
| 1,4-Dichlorobenzene | <1 |
| N-Butylbezene | <1 |
| 1,2-Dichlorobenzene | 4 |
| Xylenes, (Total) | <5 |
| 1,2-Dichloroethene | <10 |

NOTE:  Units expressed in ug/l, unless otherwise noted.

BASE NEUTRALS

| | |
|---|---|
| Acenaphthene | <5 |
| Acenaphthylene | <5 |
| Anthracene | <5 |
| Benzidine | <5 |
| Benzo(a)anthracene | <5 |
| Benzo(a)pyrene | <5 |
| 3,4-Benzofluoranthene | <5 |
| Benzo(ghi)perylene | <5 |
| Benzo(k)fluoranthene | <5 |
| Bis(2-Chloroethoxy)Methane | <5 |
| Bis(2-Chloroethyl) Ether | <5 |
| Bis(2-Ethylhexyl)phthalate | <5 |
| 4-Bromophenyl Phenyl Ether | <5 |
| Butylbenzyl Phthalate | <5 |
| 2-Chloronaphthalene | <5 |
| 4-Chlorophenyl Phenyl Ether | <5 |
| Chrysene | <5 |
| Dibenzo(a,h)anthracene | <5 |

# EFEH & ASSOCIATES

Page 5

| SAMPLE I.D. | SS2 |
| --- | --- |
|  | 10/24/91 |
|  | 16:00 |

| LAB NO. | E-3442 |
| --- | --- |

| | |
| --- | --- |
| 1,2-Dichlorobenzene | <5 |
| 1,3-Dichlorobenzene | <5 |
| 1,4-Dichlorobenzene | <5 |
| 3,3'-Dichlorobenzidine | <5 |
| Diethyl Phthalate | <5 |
| Dimethyl Phthalate | <5 |
| Di-n-butyl Phthalate | <5 |
| 2,4-Dinitrotoluene | <5 |
| 2,6-Dinitrotoluene | <5 |
| Di-n-octyl Phthalate | <5 |
| 1,2-Diphenylhydrazine | <5 |
| (as azobenzene) | |
| Fluoranthene | <5 |
| Fluorene | <5 |
| Hexachlorobenzene | <5 |
| Hexachlorobutadiene | <5 |
| Hexachlorocyclopentadiene | <5 |
| Hexachloroethane | <5 |
| Indeno(1,2,3-cd)pyrene | <5 |
| Isophorone | <5 |
| Naphthalene | <5 |
| Nitrobenzene | <5 |
| N-Nitrosodimethylamine | <5 |
| N-Nitrosodi-n-propylamine | <5 |
| N-Nitrosodiphenylamine | <5 |
| Phenanthrene | <5 |
| Pyrene | <5 |
| 1,2,4-Trichlorobenzene | <5 |

NOTE:  Units expressed in ug/l, unless otherwise noted.

| TPH, mg/kg | 39.0 |
| --- | --- |

METHOD:   HWC - EPA SW-846
          TCLP INORGANICS (Leachate) - EPA 1311/7060/7080/7130/7190/
                                        7420/7471/7741/7760/7950/
                                        7210/7520/7841

          TCLP ORGANICS - EPA 8015/8020/8050/8080
          VOLATILES - EPA 8240
          BASE NEUTRALS - EPA 8270
          TPH - EPA 418.1

# EFEH & ASSOCIATES                    Page 6

Please contact me if you have any questions concerning these results.

Sincerely,

Edwin B. Smith, Jr. PhD

**HYDRO-ENVIRONMENTAL TECHNOLOGY, INC.**
Environmental Consultants
P.O. Box 31203
Lafayette, LA 70593-1203
Phone (318) 261-1965 FAX (318) 233-0361

**SAMPLE CHAIN OF CUSTODY RECORD**

| | |
|---|---|
| Laboratory: | _EFEH D associat_ |
| | _ATTN Kin_ |
| Sample Collected By: | _KMM / SLS_ |
| Company: | _(HET)_ |
| Date: | _10-24-91_ |

Project Name: _City of Lafayette_
Project #: _1051, 01_
Project Location: _LAFAYETTE, LA._
_(SP Project)_

| Sample I.D. | Type | Date/Time Sampled | Containers | Analysis Requested/ Method | Comments |
|---|---|---|---|---|---|
| SS 1 | SO | 10-24-91 @ 15:30 | 1 (Q.t.) Glass | 1) TPH - 418.10 Full TCLP | Chilled |
| | | | | Volitale, Semi organics & Inorganic | 0 - 1' |
| | | | | Plus HWC analysis | |
| | | | | | |
| SS 2 | SO | 10-24-91 @ 16:00 | 1 (Q.L) Glass | 1) TPH - 418.10 Full TCLP | Chilled |
| | | | | Volitale, Semi Organics and | 0 - 1' |
| | | | | Inorganics Plus | |
| | | | | HWC analysis | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| Relinquished By: _Keith Morton_ | Received By: |
| Date/Time: _10-24-91    17:50_ | Date/Time: |
| Relinquished By: | Received By: |
| Date/Time: | Date/Time: |
| Analysis Due:  Verbal. | Written: |



SOUTHERN PETROLEUM LABORATORIES, INC.

LAFAYETTE
P O BOX 31780
ZIP 70593 1780
PHONE 318 984 2374

Certificate of Analysis No.   X1025506

HYDRO-ENVIRONMENTAL TECHNOLOGY, INC.
P.O. BOX 31203
LAFAYETTE, LA   70593-1203

S.L. STOVER                                    10-29-91

```
Project No:          1051.01
Project:             CITY OF LAFAYETTE
Site:                LAFAYETTE, LA  (SP PROPERTY)
Sample No:           SB1 @ 1.5-2.0 BELOW DRAIN BASE  AREA 4
Sample of:           SOIL
Sampled by:          HYDRO-ENVIRONMENTAL TECHNOLOGY, INC.
Sample Date:         10-24-91, 01:50 PM
Date Received:       10-24-91, 04:15 PM
```

A N A L Y T I C A L   R E S U L T S

| PARAMETER | RESULTS | MDL* |
|-----------|---------|------|
| Total Petroleum Hydrocarbons Method-Mod.418.1 [EPA Wtr&Wst] | 58  mg/kg | 6.7  mg/kg |

TPH  ANALYZED BY  : R. BOGER       DATE/TIME: 10-25-91, 02:30 PM
TPH  EXTRACTED BY : R. BOGER       DATE/TIME: 10-25-91, 02:00 PM

Notes:   * Method Detection Limit   ND = Not Detected.   NA = Not Analyzed.

QUALITY ASSURANCE:  This analysis was performed in accordance with EPA
                    guidelines for analysis and quality control.

SPL, Incorporated

C. A. Guardia

P.O. BOX 20002        P.O. BOX 31780        1000 RIVERBEND BLVD SUITE F        4SW HUGHES DR        P.O. BOX 548



**SOUTHERN PETROLEUM LABORATORIES, INC.**

LAFAYETTE
P.O. BOX 31780
ZIP 70593-1780
PHONE 318 984 2374

### Certificate of Analysis No.     X1025507

HYDRO-ENVIRONMENTAL TECHNOLOGY, INC.
P.O. BOX 31203
LAFAYETTE, LA  70593-1203

S.L. STOVER                                          10-29-91

| | |
|---|---|
| Project No: | 1051.01 |
| Project: | CITY OF LAFAYETTE |
| Site: | LAFAYETTE, LA  (SP PROPERTY) |
| Sample No: | SB2 @ 2.0' BELOW DRAIN BASE  AREA 4 |
| Sample of: | SOIL |
| Sampled by: | HYDRO-ENVIRONMENTAL TECHNOLOGY, INC. |
| Sample Date: | 10-24-91, 04:05 PM |
| Date Received: | 10-24-91, 04:15 PM |

### A N A L Y T I C A L    R E S U L T S

| PARAMETER | RESULTS | | MDL* | |
|---|---|---|---|---|
| Benzene | 1.4 | ug/kg | 0.2 | ug/kg |
| Toluene | ND | ug/kg | 0.2 | ug/kg |
| Ethylbenzene | ND | ug/kg | 0.2 | ug/kg |
| Xylenes | 1.1 | ug/kg | 0.2 | ug/kg |
| Method-5030/8020 [SW846] | | | | |
| | | | | |
| Total Petroleum Hydrocarbons | 11 | mg/kg | 6.7 | mg/kg |
| Method-Mod.418.1 [EPA Wtr&Wst] | | | | |

BTEX ANALYZED BY  : M. STEWART        DATE/TIME: 10-28-91, 06:56 PM


TPH   ANALYZED BY  : R. BOGER         DATE/TIME: 10-25-91, 02:30 PM
TPH   EXTRACTED BY : R. BOGER         DATE/TIME: 10-25-91, 02:00 PM

Notes:  * Method Detection Limit  ND = Not Detected.  NA = Not Analyzed.

QUALITY ASSURANCE:  This analysis was performed in accordance with EPA
                    guidelines for analysis and quality control.

SPL, Incorporated

C. A. Guardia

**SPL**

SOUTHERN PETROLEUM LABORATORIES, INC.

LAFAYETTE
P.O. BOX 31780
28° 30595-1780
PHONE 318 984 2372

## ** SPL QUALITY CONTROL REPORT **
### BETX MATRIX SPIKE/MATRIX SPIKE DUPLICATE RECOVERY

SPL Sample ID:   X1025504          Reported on:   10-29-91
Matrix:          SOIL             Analyzed on:   10-28-91
                                  Analyst:       M. STEWART

This sample was randomly selected for use in the SPL quality control
program.  The results are as follows:

---- SPIKE ANALYSIS ----

| Compound | Blank Value ug/kg | Spike Added ug/kg | Original Sample Concentration ug/kg | MS Concentration ug/kg | MS % Rec # | QC Limits Range |
|---|---|---|---|---|---|---|
| BENZENE | ND | 50 | ND | 51 | 102 | 39-150 |
| TOLUENE | ND | 50 | ND | 51 | 102 | 46-148 |
| ETHYLBENZENE | ND | 50 | ND | 50 | 100 | 32-160 |
| m+p-XYLENE | ND | 100 | ND | 98 | 98 | 32-160 |
| o-XYLENE | ND | 50 | ND | 49 | 98 | 32-160 |

---- SPIKE DUPLICATE ANALYSIS ----

| Compound | Spike Added ug/kg | MSD Concentration ug/kg | MSD % Rec # | % RPD # | QC LIMITS RPD Limit | QC LIMITS Rec. Range |
|---|---|---|---|---|---|---|
| BENZENE | 50 | 51 | 102 | 0 | 20 | 39-150 |
| TOLUENE | 50 | 51 | 102 | 0 | 20 | 46-148 |
| ETHYLBENZENE | 50 | 50 | 100 | 0 | 20 | 32-160 |
| m+p-XYLENE | 100 | 98 | 98 | 0 | 20 | 32-160 |
| o-XYLENE | 50 | 49 | 98 | 0 | 20 | 32-160 |

SPL, Incorporated

John Durand, QC Officer

P.O. BOX 2083          P.O. BOX 31780          1100 REVILION RD BLVD S.STE.1          490 HUGHES RD          P.O. BOX 546



SOUTHERN PETROLEUM LABORATORIES, INC.

LAFAYETTE
P O BOX 31780
LA 70593-1780
PHONE  318-984-2374

## ** SPL QUALITY CONTROL REPORT **

Matrix:  SOIL

Reported on:   10-28-91
Analyzed on:   10-25-91
Analyst:       R. BOGER

This sample was randomly selected for use in the SPL quality control
program.  Samples chosen are fortified with a known concentration
in duplicate.  The results are as follows:

TOTAL PETROLEUM HYDROCARBONS [TPH]
Method-Modified 418.1 [45501]

---- SPIKE ANALYSIS ----

| SPL Sample ID | Blank Value mg/kg | Spike Added mg/kg | Original Sample Concentration mg/kg | MS Concentration mg/kg | MS % Rec # |
|---|---|---|---|---|---|
| X1024420 | ND | 300.00 | .11.00 | 311.00 | 100 |

---- SPIKE DUPLICATE ANALYSIS ----

| SPL Sample ID | Spike Added mg/kg | MSD Concentration mg/kg | MSD % Rec # | % RPD # |
|---|---|---|---|---|
| X1024420 | 300.00 | 313.00 | 100 | 0.6 |

SPL, Incorporated

John Durand, QC Officer

'P O BOX 52602          P O BOX 31780          1000 RIVERBEND BLVD SUITE F          450 HUGHES DR          P O BOX 546

**HYDRO-ENVIRONMENTAL TECHNOLOGY, INC.**
**Environmental Consultants**
P.O. Box 31203
Lafayette, LA 70593-1203
Phone (318) 261-1963  FAX (318) 233-0361

**SAMPLE CHAIN OF CUSTODY RECORD**

Laboratory: _SPL_

ATT: _Sonny_

oject Name: _City of Lafayette_          Sample Collected By: _KMM / SLS_

oject #: _1051.01_                       Company: _HET_

oject Location: _Lafayette, LA (SP Property)_   Date: _10/24/91_

| Sample I.D. | Type | Date/Time Sampled | Containers | Analysis Requested/ Method | Comments |
|---|---|---|---|---|---|
| 3B,1.5-2.0 rea 4 | So | 10/24/91 @ 1350 | (1) 16 oz Glass Teflon Lid | TPH 418.10 med. | 1.5-2.0 below Drain box. |
| 3B @ 2-0' rea 4 | So | 10/24/91 @ 1605 | (1) 16 oz glass Teflon Lid | TPH — 418.10 med | (Below drain Boxe ) |
|  |  |  |  | → After TPH analysis — please |  |
|  |  |  |  | Save Sample. |  |
|  |  |  |  | God Call. |  |
|  | BTEX | added to SB2 |  | SW | 10-25-91 |
|  | as per Smokey Stover |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Relinquished By: _[signature]_          Received By: _Oscar Lemmons_

Date/Time: _10/24/91    1800/1810_       Date/Time: _10/24/91    1815_

Relinquished By:                          Received By:

Date/Time:                                Date/Time:

Analysis Due:  Verbal:                    Written:

**SOUTHERN PETROLEUM LABORATORIES, INC.**
**ENVIRONMENTAL LABORATORY**

LAFAYETTE
P O BOX 51760
ZIP 70593 1780
PHONE  318 981 2541

SPL CHEST #_____

DATE  10.24

CLIENT CHEST: YES/NO          SAMPLE LOGIN CHECKLIST

|  |  | YES | NO |
|---|---|---|---|
| 1) | IS A CHAIN-OF CUSTODY FORM PRESENT: | ✓ |  |
| 2) | IS THE COC PROPERLY COMPLETED: |  |  |
|  | IF NO, DESCRIBE WHAT IS INCOMPLETE: |  |  |

_____

| 3) | HAS CLIENT BEEN CONTACTED ABOUT INCOMPLETE COC: |  |  |
|---|---|---|---|
| 4) | IS AIRBILL/PACKING LIST/BILL OF LADING ATTACHED |  | ✓ |
|  | TO SHIPMENT: |  |  |
|  | IF YES, ID#_____ |  |  |
| 5) | ARE CUSTODY SEALS PRESENT ON THE PACKAGE: |  | ✓ |
|  | IF YES, ARE THEY INTACT UPON RECEIPT: |  |  |
| 6) | ARE ALL SAMPLES TAGGED OR LABELED: | ✓ |  |
|  | DO THE LABELS MATCH THE COC: | ✓ |  |
|  | IF NO, HAS CLIENT BEEN CONTACTED ABOUT IT: |  |  |
|  | (PLACE SUBSEQUENT DOCUMENTATION FROM CLIENT IN REMARKS) |  |  |
| 7) | DO ALL SHIPPING DOCUMENTS AGREE: |  |  |
|  | IF NO, DESCRIBE WHAT IS IN NONCONFORMITY: |  |  |

_____

8)  CONDITION/TEMPERATURE OF SHIPPING CONTAINER:
_____O.K. /4°C_____.

9)  CONDITION OF SAMPLE CONTAINERS:
_____O.K._____

10)  SAMPLE DISPOSAL:   SPL  ___✓___   RETURN TO CLIENT _____
REMARKS/CONTACT/PHONE/DATE:

_____

_____

_____

CO.: Hydro - Elect. Tech  RPTS TO:_____   INV. TO:_____

PROJ #:  1051.01     ATTN:_____   ATTN:_____

PROJ LOC.: Lafayette LA  ADDR:_____   ADDR:_____

SPL REP.:_____  CTY/ST_____   CTY/ST_____

ClerkConnect Document Viewer                                                    Page 107 of 200



SOUTHERN PETROLEUM LABORATORIES, INC.

LAFAYETTE
P.O. BOX 31780
ZIP 70593-1780
PHONE 318 984 3374

## Certificate of Analysis No.    X1009629

HYDRO ENVIRONMENTAL TECHNOLOGY, INC.
104A SAVONNE
LAFAYETTE, LA  70593

SMOKEY STOVER                                           10-14-91

| | |
|---|---|
| Project No: | 1051.01 |
| Project: | CITY OF LAFAYETTE |
| Site: | LAFAYETTE, LA |
| Sample No: | SB1 AREA #1 |
| Sample of: | SOIL |
| Sampled by: | H.E.T. |
| Sample Date: | 10-08-91, 03:00 PM |
| Date Received: | 10-08-91 |

### A N A L Y T I C A L    R E S U L T S

| PARAMETER | RESULTS | MDL* |
|---|---|---|
| Total Petroleum Hydrocarbons Method-Modified California DHS HIGH BOILER FRACTION  - DIESEL | ND  mg/kg | 3.3  mg/kg |

TPH  ANALYZED BY  : D. CORMIER       DATE/TIME: 10-10-91, 03:42 AM
TPH  EXTRACTED BY : S. WOOD          DATE/TIME: 10-09-91, 01:00 PM

Notes:   * Method Detection Limit  ND = Not Detected.  NA = Not Analyzed.

QUALITY ASSURANCE:   This analysis was performed in accordance with EPA
                     guidelines for analysis and quality control.

SPL, Incorporated

C. A. Guardia

**LABORDE & LABORDE**
ATTORNEYS AND COUNSELORS AT LAW

PREMIER BANK TOWER
SUITE 800
200 WEST CONGRESS STREET
P.O. BOX 52564
LAFAYETTE, LOUISIANA 70505-2564

TELEPHONE (318) 232-9928
FAX (318) 232-9907

RECEIVED BY

JUL 21 1993

GROUND WATER
PROTECTION DIVISION

ELMO J. LABORDE, JR.                                        GREGORY J. LABORDE
LL.M. in Taxation

July 17, 1993

Mr. Louis R. C. Johnson
Administrator
Ground Water Protection Division
Department of Environmental Quality
P.O. Box 82215
Baton Rouge, LA  70884-2215

                    Re:  Chestnut Street - Environmental Assessment

Dear Mr. Johnson:

        Pursuant to your request contained in your correspondence
dated July 12, 1993, I am forwarding to you a copy of two
environmental assessments of the Chestnut Street site.  These are
the only assessments which are in my possession.

        If you require any additional information, please do not
hesitate to contact me.

        With kindest regards,

                                Sincerely yours,

                                Elmo J. Laborde, Jr.
                                Attorney at Law

Enclosures





# State of Louisiana
## Department of Environmental Quality

Edwin W. Edwards
Governor

Kai David Midboe
Secretary

July 12, 1993

Mr. Elmo LaBorde
Councilman
City of Lafayette
P.O. Box 52564
Lafayette, Louisiana  70508

Dear Mr. LaBorde:

RE: Chestnut Street - Environmental Assessment

The Ground Water Protection Division (Division) of the Louisiana Department of Environmental Quality received analytical results for soil and ground water samples collected from the public right-of-way on Chestnut Street in Lafayette, Louisiana. In order for the Division to properly review these results, more information is required.

Therefore, the Division requests that any and all reports concerning environmental investigations for the Chestnut Street site in Lafayette, Louisiana be submitted to the Division within 30 days.

Please contact Celeste Bonnecaze of my staff at (504) 765-0585 if there are any questions regarding this matter.

Sincerely,

Louis R. C. Johnson
Administrator
Ground Water Protection Division

LRCJ:CB

c:  Acadiana Regional Office, GWPD

FILED THIS ____
DAY OF ____, 20 ____
Deputy Clerk of Court

OFFICE OF WATER RESOURCES     GROUND WATER PROTECTION DIVISION     P O BOX 82215     BATON ROUGE, LOUISIANA 70884-2215

TELEPHONE (504) 765-0585     FAX (504) 765-0602

AN EQUAL OPPORTUNITY EMPLOYER

recycled paper

*Main File*

**RECEIVED BY**

JUL 21 1993

**GROUND WATER
PROTECTION DIVISION**

**Phase III Site Investigation**
Southern Pacific Transportation Company Property
and Surrounding Areas
Johnston Street Frontage
Lafayette, Louisiana
January 29, 1992

Prepared for

Mr. Ray Desormeaux
Consultant - City of Lafayette, Louisiana

FILED THIS _____
DAY OF _____ , 20 ___
_____
Deputy Clerk of Court

**EXHIBIT**
*C*

By

HYDRO-ENVIRONMENTAL TECHNOLOGY, INC.
104 R. Savonne Drive
Scott, Louisiana
70583
(318) 261-1953

## TABLE OF CONTENTS

| | Page |
|---|---|
| Introduction | 1 |
| Previous Investigations | 1 |
| Site Description | 1 |
| Method of Investigation and Results of Analysis | 2 |
| Dates and Methodology of Sample Collection | 2 |
| Area 4 | 3 |
| Area 5 | 5 |
| Area 6 | 6 |
| Soil Borings SB1-SB11 | 7 |
| Conclusions | 13 |
| References | 15 |

### List of Figures

| Figure 1. | Location Map | 17 |
|---|---|---|
| Figure 2. | Site Plan Map of Investigated Property | 18 |
| Figure 3. | Site Plan Map of Area 4 | 19 |
| Figure 4. | Site Plan Map of Area 5 | 20 |
| Figure 5. | Site Plan Map of Area 6 | 21 |
| Figure 6. | Site Plan Map of Soil Borings SB1 and SB2 | 22 |
| Figure 7. | Site Plan Map of Soil Borings SB3, SB4 and SB5 | 23 |
| Figure 8. | Site Plan Map of Soil Boring SB6 | 24 |

| | | Page |
|---|---|---|
| Figure 9. | Site Plan Map of Soil Boring SB7 | 25 |
| Figure 10. | Site Plan Map of Soil Boring SB8 | 26 |
| Figure 11. | Site Plan Map of Soil Boring SB9 | 27 |
| Figure 12. | Site Plan Map of Soil Boring SB10 and SB11 | 28 |

## List of Appendices

| | | |
|---|---|---|
| Appendix A. | Laboratory Analysis | 30 |

# INTRODUCTION

Previous Investigations

In October, 1991, C. H. Fenstermaker and Associates, Inc. ("Fenstermaker") conducted a Phase I Environmental Site Assessment for the City of Lafayette on the Southern Pacific Transportation Company property with frontage along Johnston Street in Lafayette, Louisiana. Conclusions in this report indicated that areas of the property had potential for environmental concerns and warranted further investigation.

Hydro-Environmental Technology, Inc. (HET) was contacted in the month of October, 1991 to investigate selected areas of the property described by the Fenstermaker report as needing additional investigation. This investigation was conducted at the request of Mr. E. R. Desormeaux, Consultant for the City of Lafayette, Louisiana.

In November, 1991 HET submitted a Phase II Site Investigation Report of the above described property to the City of Lafayette. This report indicated that soil contamination existed on the property and the highest concentrations were reported along the northern portion of the property.

Due to the nature of a potential property acquisition, an investigation was initiated on November 15, 1991 to aid in determining the horizontal and possibly the vertical extent of soil contamination at this property and surrounding areas.

Site Description

The Southern Pacific Transportation Company property investigated ("the site") is located within the city limits of Lafayette, Louisiana. The site is geographically described as Section 67, Township 9 South, Range 4 East, Lafayette Parish, Louisiana (Figure 1). This site is bound on the north by Chestnut Street, on the south by Southern Pacific Transportation Company railroad tracks, on the east by Johnston Street and on the west by Lee Street. Located on this 5.1061 acre parcel of land are one building structure, concrete slabs or the remnants of the slabs, spot paving and open vegetated acreage.

1

2

During this investigation, the site property boundaries were determined by the City of Lafayette survey crews. During this investigation soil samples were collected on the site and what appears to be public right-of-way property along the south side of Chestnut Street. This seemly public right-of-way formed the northern property boundary with the site and is located between the site and Chestnut Street. Therefore, this report will aid in determining soil conditions on the site and on the public right-of-way property.

## METHOD OF INVESTIGATION AND RESULTS OF ANALYSIS

### Dates and Methodology of Sample Collection

On November 13 and 14, 1991, HET installed nine (9) soil borings and collected six (6) soil samples and one (1) groundwater sample for laboratory analysis. On November 26 and 27, 1991, HET installed nineteen (19) soil borings and collected thirteen (13) soil samples for laboratory analysis. As a note, Charlotte Skidmore, Environmental Quality Test Manager, Department of Public Works, City of Lafayette and Bob Taeger, Regional Environmental Coordinator, Southern Pacific Transportation Company, were on-site and observed all soil samples collected and the location of the samples.

All soil samples were collected when manual bucket augers had been drilled to predetermine depths and were removed from the created three (3) inch diameter borehole. A shelby tube sampler was inserted into the created borehole and was driven to the prescribed depths. Soil samples were extracted from the shelby tube by HET personnel utilizing new latex disposal gloves. All samples collected were properly containerized, labeled, chilled and transported either to EFEH and Associates Laboratories, Inc. in Houston, Texas or Southern Petroleum Laboratories in Lafayette, Louisiana. Proper decontamination procedures utilizing isopropyl alcohol and deionized water were conducted on bucket augers and shelby tube sample equipment prior to and between each sample collection.

A generalized illustration of areas investigated and soil boring locations are presented in Figure 2.

3

## AREA 4

The area investigated in the northern portion of the property was designated as Area 4 (Figures 2 and 3). This area of the site is located along Chestnut Street and the public right-of-way forms the northern property boundary. This area contains a concrete slab, associated catch basin and discharge piping leading into on-site wooden drain(s). These drains are constructed with treated lumber and have a top, two sides and apparently no bottom. Little information was obtained on this portion of the property. Information received indicated that this concrete slab was once utilized as a foundation for a lumber yard and possibly paint storage. However, the use of the catch basin and associated piping as well as containment curbing around the slab was not determined.

The investigation in Area 4 was directed toward determining the environmental impacts from the on-site wooden drain(s). On November 13, 1991, HET installed four (4) soil borings (SB1-SB4) at the site for the purposes of determining soil conditions. Soil boring SB1 was installed to determine background site soil conditions. This boring was located west of the wooden drain area (Figure 3). Soil boring SB2 was located to the northwest and outside of the drain area (Figure 3). Soil boring SB3 was installed in the drain and in a down gradient position from the discharge line. Soil boring SB4 was installed directly in the drain area and along the northern property boundary.

Soil encountered during drilling operations were screened with a portable HNU 101 photo-ionization detector (PID). PID readings of soil samples collected ranged between 0 and 5 parts per million. Soil samples collected from soil borings SB1-SB3 were collected at depths of two to three feet below land surface (Figure 3). However, the soil sample collected during the installation of soil boring SB4 was collected at depth of seven to eight feet below land surface (Figure 3). Only soil samples collected during the installation of soil borings SB1 and SB4 were properly containerized, labeled, chilled and transported to EFEH and Associates Laboratory in Houston, Texas for analysis of total petroleum hydrocarbons (TPH) by EPA Method 418.10, total metals content and volatile organic constituents by EPA Method 8240. Complete laboratory analysis and chain of custody records are contained in Appendix A.

4

      Laboratory analysis indicates that soil sample collected during the installation of soil boring SB1 contained a TPH concentration of 16.0 milligrams per kilograms (mg/kg), a total chromium concentration of 16 07 mg/kg and a zinc concentration of 24.00 mg/kg. Additionally, this sample did contained several volatile organic parameters such as Methylene chloride 7.0 micrograms per liter (ug/l), chloroform 3.0 ug/l, 1,1,1-Trichloromethane 10.0 ug/l and a total xylene concentration of 2.0 ug/l (Appendix A).

      Laboratory analysis indicated that soil sample SB4 collected at a depth of 7 to 8 feet below land surface contained a TPH concentration of 9.7 mg/kg, a chromium concentration of 14.11 mg/kg, and a zinc concentration of 14.71 mg/kg. However, several volatile organic parameters were detected in this sample. Parameters such as Trichlorofluoromethane 7.0 ug/l, Methylene Chloride 3.0 ug/l, Bromochloromethane 36.0 ug/l and 1,2, 1,3, and 1,4 Dichlorobenzene concentrations of 2.0 ug/l, were detected in this sample (Appendix A).

      Additionally, on November 13, 1991, HET installed two (2) soil borings (SB5 and SB6) in Area 4 for purposes of collecting soil samples below the apparent bottom of the drain. These soil samples were collected on what appeared to be public right-of-way property (Figure 3). During this investigation and in this particular area, a second wooded drain with similar construction was encounter below the first drain. This deeper drain was encountered at approximately five (5) feet below land surface. The area along this drain was excavated by the City of Lafayette personnel. The depth of the excavation was approximately eight (8) feet below land surface. Soil boring SB5 was installed below the apparent bottom of the drain and in the excavated area (Figure 3). The soil sample collected during the installation of soil boring SB5 was at a depth of 10 to 11 feet below land surface. Soil boring SB6 was installed on the opposite or northwest side of the excavation. This soil boring was installed to below the drain base. The soil sample collected during the installation of this boring was at a depth of 9.5 to 10.5 feet below land surface. Soil samples collected from the soil borings were properly containerized, labeled and transported to EFEH and Associates Laboratory in Houston, Texas for analysis of TPH by EPA Method 418.10, total metals content and volatile organic constituents by EPA Method 8240. Laboratory analysis and chain of custody records for soil samples analyzed are contained in Appendix A.

5

The soil sample collected during the installation of soil borings SB5 at a depth of 10 to 11 feet below land surface and apparently off-site contained a TPH concentration of 7.4 mg/kg, a chromium concentration of 6.27 mg/kg and a zinc concentration of 14.21 mg/kg. Volatile organic constituents reported by the laboratory in this sample were as follows:   Methylene Chloride 30.0 ug/l, Bromochloromethane 38.0 ug/l, benzene 126.0 ug/l, toluene 76.0 ug/l, tetrachloroethane 131.0 ug/l, ethylbenzene 122.0 ug/l, total xylene 335.0 ug/l, styrene 39.0 ug/l, 1,3 dichlorobenzene 592.0 ug/l, 1,4 dichlorobenzene 567.0 ug/l (Appendix A).

Laboratory analysis indicated that the soil sample collected at a depth of 9.5 to 10.5 feet below land surface during the installation of soil boring SB6 contained a TPH concentration 9.7 mg/kg and a chromium concentration of 6.27 mg/kg and a zinc concentration of 25.61 mg/kg. The volatile organic constituents report for this sample were as follows: bromochloromethane 37.0 ug/l, benzene 2.0 ug/l, total xylene 6.0 ug/l and 1,3,5 Trimethyl-benzene 7.0 ug/l (Appendix A).

## AREA 5

The area investigated designated as Area 5 is located 90 feet east-southeast of Area 4.  This area investigated consisted of a wooden drain similar in construction to the drain in Area 4.  This drain occurred approximately eight (8) inches below land surface and was constructed with a wooden top, sides and selected portions contained a slatted wooden bottom. This drain was observed originating on the site and heading in a northerly direction where it was connected to the City of Lafayette Storm Sewer system.  Two soil borings (SB1 and SB2) were installed in the drain to collect soil samples (Figure 4). Soil boring SB1 was installed in the central portion of the drain.  A soil sample was collected at two to three feet below land surface during the installation of soil boring SB1 (Figure 4).  Soil boring SB2 was installed near the connection of this drain and the City of Lafayette storm sewer piping and a soil sample was collected at depths of two to three feet below land surface.  The soil sample collected during the installation of soil boring SB1 was the only sample transported to EFEH and Associates, Inc. in Houston,

6

Texas for analysis of TPH by EPA Method 418.10, total metals content and volatile organic constituent by EPA Method 8240.

Laboratory analysis indicated this sample contain a TPH concentration of 41.30 and total metals content of lead 33.07 mg/kg and zinc 157.59 mg/kg. Laboratory analysis indicated that several volatiles organic constituents were present and were reported as follows: methylene chloride 132.0 ug/l, benzene 102.0 ug/l, toluene 57.0 ug/l, tetrachloroethane 101.0 ug/l, ethylbenzene 101.0 ug/l, total xylene 254.0 ug/l, 1,3,5, trimethylbenzene 217.0 ug/l and 1,2,4 trimethylbenzene 67.0 ug/l (Appendix A).

### AREA 6

The area investigated designated as area 6 was located in what appears to be public right-of-way property.  This area is located approximated 310 feet east-southeast of Area 5 and located near the intersection of Chestnut Street and Seventh Street (Figure 5).  An excavation was created by the City of Lafayette to determine if the deep wooden drain oriented parallel to Chestnut Street occurred in this area. The wooden drain located in this area appears to be connected to the deeper drain system identified in Area 4.  One soil boring (SB1) was installed in the excavation to collect a soil sample below the wooden drain (Figure 5).  During the installation of soil boring SB1, one soil sample was collected at a depth of 7.5 to 8.5 feet below land surface.  This sample was transported to EFEH and Associated, Inc. for laboratory analysis of TPH by EPA Method 418.10, total metals content and volatile organic constituents by EPA Method 8240.

Laboratory analysis indicates that this sample contains a TPH concentration of 24.7 mg/kg and total metal concentrations of lead 11.92 mg/kg and zinc of 20.00 mg/kg. Laboratory analysis indicated that selected volatile organic parameters were detected and were reported as follows: Bromochloromethane 37.0 ug/l, benzene 5.0 ug/l, toluene 4.0 ug/l, ethyl benzene 7.0 ug/l, total xylene 17.0 ug/l, 1,2,4 trimethylbenzene 16.0 ug/l and 1,2 dichlorobenzene 33.0 ug/l (Appendix A).

During the drilling operations of soil boring SB1, groundwater was encountered at approximately 8.5 feet below land surface. On November 14, 1991 a groundwater sample was collected from the

7

borehole created during the drilling of soil boring SB1. The groundwater sample was collected utilizing a new disposable polyethylene bailer. The sample was containerized in two (2) amber quart glass containers and two (2) 40 milliliter glass vials. The groundwater sample was identified as SB1 and transported to EFEH and Associates Inc. in Houston, Texas for analysis of Ph, total dissolved solids, TPH by EPA Method 418.10, total organic halogens (TOX), total metals content, volatile organic constituents by EPA Method 624 and base neutrals/acid extractable compounds by EPA Method 625.

Laboratory analysis indicates that this groundwater sample contained a pH of 6.1, a TPH concentration 29.2 mg/l, a total dissolved solids content of 240 mg/l and a TOX concentration of 2.0 mg/l. This sample contained a chromium concentration of 0.07 mg/l, a lead content of 0.16 mg/l and a zinc content of 0.40 mg/l. This groundwater sample contained several volatile organic constituents and were reported as follows: benzene 83.0 ug/l, chloroform 6.0 ug/l, ethylbenzene 7.0 ug/l, tetrachloroethane 83.0 ug/l, toluene 127.0 ug/l and 1,1,1 trichloroethane 5.0 ug/l. All parameters analyzed in this groundwater sample as base neutral/acid extractable compounds were reported as below the practical quantification limit. (Appendix A).

As a note, the laboratory analysis of soil samples collected in Areas 4, 5 and 6 as well as the groundwater sample collected from soil boring SB1 in Area 6 was submitted to the Louisiana Department of Environmental Quality (LDEQ), Baton Rouge Regional Office. The City of Lafayette submitted this information to the LDEQ through written correspondence dated December 10, 1991. This written correspondence was directed to the Office of Solid and Hazardous Waste and the Office of Water Resources.

## SOIL BORINGS SB1 - SB11

On November 26 and 27, 1991 HET installed nineteen (19) soil borings across the Southern Pacific Transportation Property to determine on-site soil conditions at a depth of 1.5 feet below land surface. All soil samples collected during this sampling event were collected utilizing the same manual methods

ClerkConnect Document Viewer

8

as previously described.  All soil samples collected during this sampling event were transported to Southern Petroleum Laboratories, Inc. in Lafayette, Louisiana for analysis of TPH by EPA Method 418.10, benzene, ethylbenzene, toluene and xylene (BETX) by EPA Method 8020, total metals content and volatile organic constituents (VOC) by EPA Method 8010.

SOIL BORING SB1

Soil boring SB1 was installed in the northern section of the property, approximately 31 feet south of the eastern most wooden drain identified in Area 5 (Figure 6).  Soil boring SB1 was installed to a depth of five below land surface.  The soil sample collected during the installation of this boring was collected at a depth of five (5) to six (6) feet below land surface.  This soil boring was installed to this depth to aid in determining the possible southern extent of the north-south wooden drainage system in this area.

Laboratory analysis indicated that this sample contained a TPH concentration of 19.0 mg/kg, a BETX concentration below practical quantification limits, a barium concentration of 175.0 mg/kg, a lead concentration of 513.0 mg/kg, a mercury concentration of 1.859 mg/kg and no VOC parameters above the respective detection limits (Appendix A).

SOIL BORING SB2

Soil boring SB2 was installed in the northern portion of the property, approximately 37 feet south-southwest of the concrete slab described in Area 4 (Figure 6).  During the installation of soil boring SB2, soil samples were collected at depths of 0 to 1.0 feet below land surface and depths of 1.5 to 2.5 feet below land surface for laboratory analysis.  Laboratory analysis indicated that the soil sample collected at a depth of 0 to 1.0 feet below land surface contained a TPH concentration of 120.0 mg/kg, a BETX concentration below the practical quantification limit, a barium concentration of 194.0 mg/kg, a lead concentration of 461.0 mg/kg and no VOC parameters above the respective detection limits (Appendix A).

9

The soil sample collected at a depth of 1.5 to 2 5 feet below land surface during the installation of soil boring SB2 contained TPH and BETX concentrations below the practical quantification limits, a barium concentration of 135.0 mg/kg, a lead concentration of 14.0 mg/kg and no VOC parameters above the respective detection limits (Appendix A).

## SOIL BORING SB3

Soil boring SB3 was installed in a surface depression in the eastern portion of the site (Figure 7). The soil sample collected during the installation soil boring SB3 was collected at a depth of 1 5 to 2.5 feet below land surface. Laboratory analysis indicated that this soil sample contained a TPH concentration of 18.0 mg/kg, and no BETX concentrations above the practical quantification limit, a barium concentration of 137.0 mg/kg, a lead concentration of 37.0 mg/kg and no VOC parameters above the respective detection limit (Appendix A).

During the installation of soil boring SB3, numerous objects were encountered and the City of Lafayette excavated a ten foot by ten foot area in the vicinity of soil boring SB3. Removed from this area were lumber, concrete, trees and other various types of refuse. The excavation was conducted to a depth of 6 5 feet below land surface. Once the excavation bottom was removed of refuse, one (1) soil sample (P1) was collected in the bottom of the pit. This soil sample (P1) was collected at a depth of 6.5 to 7.5 feet below land surface. Laboratory analysis indicated no TPH and BETX concentrations above the practical quantification limits, a barium concentration of 181.0 mg/kg, a lead concentration of 10.0 mg/kg and no VOC parameters above the respective detection limits (Appendix A).

## SOIL BORING SB4

Soil boring SB4 was installed in the extreme eastern portion of the property approximately 81 feet west-northwest of the center line of Johnston Street (Figure 7). This soil boring was installed to a depth of five (5) feet below land surface. During the installation of soil boring SB4, a soil sample was collected at a depth of 1.5 to 2.5 feet below land surface. Laboratory analysis indicated that this sample contained

10

a TPH concentration of 18.0 mg/kg, a BETX concentration below the practical quantification limit, a barium concentration of 84.0 mg/kg, a lead concentration of 15 0 mg/kg and no VOC analyzed parameters above the method detection limit (Appendix A).

## SOIL BORING SB5

Soil boring SB5 was located east-southeast of soil boring SB4 and approximately thirty-five (35) feet northwest of the center line of Johnston Street (Figure 7). This soil boring was installed to a depth of two and a half (2.5) feet below land surface and a soil sample was collected at a depth of 1.5 to 2.5 feet below land surface. Laboratory analysis indicated that this sample contained a TPH concentration of 45.0 mg/kg, no BETX compounds above the practical quantification limit, a barium concentration of 293.0 mg/kg, a lead concentration of 15.0 mg/kg and VOC parameters above the respective detection limit (Appendix A).

## SOIL BORING SB6

The soil sample identified as SB6 was formulated by installing four (4) soil borings SB6A-SB6D around an isolated concreted slab in the central portion of the site (Figure 8). These soil borings were installed to a depth of two and a half (2.5) feet below land surface. Soil samples were collected during the installation of each boring at a depth of 1.5 to 2.5 feet below land surface. These soil samples were composited on-site to formulated soil sample SB6.

Laboratory analysis indicated that this composite soil sample contained TPH and BETX concentrations below the practical quantification limit, a barium concentration of 211.0 mg/kg, a lead concentration of 37 0 mg/kg and no VOC parameters above the respective detection limits (Appendix A).

11

## SOIL BORING SB7

Soil boring SB7 was installed in the western portion of the property. This soil boring was located along the western perimeter of a large concrete slab outline (Figure 9). Several attempts were conducted before successfully installing this boring due to the concrete and backfill in the area. Soil boring SB7 was installed to a depth of 2.5 feet below land surface and a soil sample was collected at a depth of 1.5 to 2.5 feet below land surface. Laboratory analysis indicated that this sample contained TPH and BETX concentrations below the practical qualification limit, a barium concentration of 109.0 ms/kg, a lead concentration of 16.0 mg/kg and no VOC parameters above the respective detection limit (Appendix A).

## SOIL BORING SB8

The soil sample identified as SB8 was formulated by installing four (4) soil borings SB8A - SB8D around the perimeter of an identified concrete slab in the southern portion of the site (Figure 10). These soil borings were located in the southern portion of the property, approximately fifty-four (54) feet north-northeast of the on-site railroad tracks. These soil borings were installed to a depth of 2.5 feet below land surface. Soil samples were collected during the installation of these borings at a depth of 1.5 to 2.5 feet below land surface. These collected soil samples were composite on-site to formulate soil sample SB8. Laboratory analysis indicated that composite soil sample SB8 contained a TPH concentration of 790.0 mg/kg, no BETX concentration above the practical quantification limit, a barium concentration of 186.0 mg/kg, a lead concentration of 241.0 mg/kg and no VOC parameters above the respective detection limit (Appendix A).

## SOIL BORING SB9

The soil sample identified as SB9 was formulated during the installation of Soil borings SB9A - SB9C (Figure 11). These soil borings were installed along the perimeter of a concrete slab and associated concrete in the extreme southern portion of the property. This concrete slab is located approximately 54 feet north-northeast of the on-site railroad tracks. Soil borings SB9A - SB9C were

ClerkConnect Document Viewer

12

installed to depths of 2.5 feet below land surface. Soil samples were collected during the installation of each soil boring at a depth of 1.5 to 2.5 feet below land surface. These soil samples were composited on-site to formulate composite soil sample SB9. Laboratory analysis indicated that this sample contains a TPH concentration of 120.0 mg/kg, no BETX concentration above the practical quantification limit, a barium concentration of 199.0 mg/kg, a lead concentration of 461.0 mg/kg and no VOC parameters above the respective detection limits (Appendix A).

## SOIL BORING SB10

Soil boring SB10 was installed in the southern portion of the property approximately 38 feet east-southeast of the concrete slab area investigated with soil borings SB9A - SB9C. This soil boring is located along the southern site boundary approximately 48 feet north-northeast of the railroad tracks (Figure 12). This soil boring was installed to a depth of 2.5 feet below land surface. The soil sample collected during the installation of soil boring SB10 was collected at a depth of 1.5 to 2.5 feet below land surface. Laboratory analysis indicates this soil sample contains a TPH concentration of 820.0 mg/kg, a benzene concentration of 0.0045 mg/kg, a toluene concentration of 0.0037 mg/kg and no ethylbenzene and toluene concentration above the practical quantification limit, a arsenic concentration of 10.2 mg/kg, a barium concentration of 109.0 mg/kg, a lead concentration of 165.0 mg/kg and no VOC parameters above the respective detection limits (Appendix A).

## SOIL BORING SB11

Soil boring SB11 was installed in the extreme southern corner of the site (Figure 12). This soil boring was installed to a depth of 2.5 feet below land surface and the soil sample collected during the installation of this boring was at a depth of 1.5 to 2.5 feet below land surface. Laboratory analysis indicates this sample contains a TPH concentration of 18.0 mg/kg, a BETX concentration of 0.0145 mg/kg, a barium concentration of 87.0 mg/kg, a lead concentration of 141.0 mg/kg and no VOC concentration above the respective detection limits (Appendix A).

13

## CONCLUSIONS

Data collected during this Phase III Site Investigation conducted at the Southern Pacific Transportation Company property and surrounding areas indicated that soil and groundwater contamination is present in selected portions of the property.

Volatile organic constituent soil contamination is present on the Southern Pacific Transportation Company property and extends to a depth of seven to eight feet below land surface in the northern portion of the property (Areas 4 and 5). The source of contamination in the northern portion of the property can possibly be attributed to past commercial activities and the disposal of waste and wastewater through a series of wooden drains and/or wooden drainage systems.

Soil contamination in the southern portion of the South Pacific Transportation Company property extends at least to a depth of 1.5 to 2.5 feet below land surface and consists of hydrocarbon based compounds, selected metals and minor BETX concentrations (Soil Borings SB8, SB9, SB10 and SB11). Soil contamination contained in this portion of the property can possibly be attributed to past spillage, drippage and past commercial activities.

The remaining portions of the Southern Pacific Transportation Company property have analyzed parameter concentrations at or slightly above what appears to be background soil conditions.

Soil and groundwater contamination is present on what appears to be public right-of-way property. The right-of-way property forms the northern site boundary and is located between the site and Chestnut Street. Volatile organic constituent contaminates in this portion of the property were reported in the soil at depths of 10 to 11 feet below land surface (Area 4). The only groundwater sample collected on the right-of-way property contained a lead and chromium content and listed volatile organic constituent concentrations above the United States Environmental Protection Agency Primary Drinking Water Standards (Area 6). The source of contamination in the seemly public right-of-way property can possibly be attributed to the migration of various substances through the apparent bottomless wooden drain system oriented parallel to Chestnut Street.

14

This report is based on laboratory and field data collected on November 15, 1991 to January 10, 1992 and information received from the client, representatives of the client and other responsible parties. All conclusions are based on available information cited herein, and should be reviewed within this context. Should conditions at the site in question change, or additional information become available, especially with regard to prior site conditions, it may be necessary to modify these conditions and recommendations accordingly in the future.

15

## REFERENCES

Phase I Environmental Site Assessment, October, 1991; Prepared for the
City of Lafayette, Louisiana.  C. H. Fenstermaker and Associates, Inc 38p.

Phase II  Site Investigation, Southern Pacific Transportation Company Property:
Johnston Street Frontage, November 06, 1991. Hydro-Environmental Technology, Inc. 60p.

Case 6:16-cv-00347-SMH-CBW   Document 1-5   Filed 03/14/16   Page 45 of 76 PageID #:  163

16

**FIGURES**



Figure 1.    Location map of Southern Pacific Transportation
Company property investigated, Lafayette,
Louisiana. Source: USGS 7.5 Minute Series
Lafayette and Broussard Louisiana Quadrangles

HYDRO-ENVIRONMENTAL TECHNOLOGY, INC.
ENVIRONMENTAL CONSULTANTS
104 N. Savanne Drive
Scott, LA 70583
(318) 261-1863



Figure 2.  Site Plan Map showing locations of areas investigated and soil borings installed during this investigation.



Figure 3.  Site Plan Map of soil borings installed
in investigated Area 4.

HYDRO-ENVIRONMENTAL TECHNOLOGY, INC.
ENVIRONMENTAL CONSULTANTS
104 R. Savonne Drive
Scott, LA 70583
(318) 261-1963



Figure 4   Site Plan Map of soil borings installed
in Investigated Area 5.

HYDRO-ENVIRONMENTAL TECHNOLOGY, INC.
ENVIRONMENTAL CONSULTANTS
104 R. Savonne Drive
Scott, LA 70583

ClerkConnect Document Viewer                                          Page 133 of 200



**21**

NORTH

SEVENTH STREET

CHESTNUT STREET

WOODEN DRAIN AREA

BUILDING

SB1

PUBLIC RIGHT OF WAY

125'

AREA 6

EXPLANATION

⊙  SOIL BORING

━━━━  APPROXIMATE PROPERTY BOUNDARY

☐  AREA INVESTIGATED

0        15        30

SCALE IN FEET

Figure 5. Site Plan Map of soil and groundwater sample location in investigated Area 6.

| X'rz Drawn By | SLS Approved By | 1051 00 Project # | 12 00 91 Date |
|---|---|---|---|

HYDRO-ENVIRONMENTAL TECHNOLOGY, INC.
ENVIRONMENTAL CONSULTANTS
104 R. Savonne Drive
Scott, LA 70583
(318) 241-1983



Figure 6.  Site Plan Map showing the location of soil borings SB1 and SB2.



Figure 7. Site Plan Map showing the location of soil borings SB3, SB4 and SB5.



**24**

APPROXIMATE OUTLINE
OF CONCRETE SLAB

NORTH

SB6-D

SB6-A

SLAB

APPROXIMATE 60'
TO AREA 3

APPROXIMATE 140'
TO JOHNSTON STREET

SB6-B

SB6-C

EXPLANATION

SOIL BORING LOCATION

```
0          10          20
SCALE IN FEET
```

Figure 6. Site Plan Map of soil borings installed to
formulate composite soil sample SB6.

| KVM Drawn By | 23 Approved By | 1751 02 Project # | 12 02-01 Date |
|---|---|---|---|

HYDRO-ENVIRONMENTAL TECHNOLOGY, INC.
ENVIRONMENTAL CONSULTANTS
104 R. Savonne Drive
Scott, LA 70583



Figure 9. Site Plan Map showing the location of soil boring SB7.

HYDRO-ENVIRONMENTAL TECHNOLOGY, INC.
ENVIRONMENTAL CONSULTANTS
101 R. Savonne Drive
Scott, LA 70553



Figure 10    Site Plan Map of soil borings installed to
formulate composite soil sample SB8.

HYDRO-ENVIRONMENTAL TECHNOLOGY, INC.
ENVIRONMENTAL CONSULTANTS
104 R. Savonne Drive
Scott, LA 70553



**EXPLANATION**

● SOIL BORING LOCATION

Figure 11.   Site Plan Map of soil borings installed to formulate composite soil sample SB9.

HYDRO-ENVIRONMENTAL TECHNOLOGY, INC.
ENVIRONMENTAL CONSULTANTS
104 R. Savonne Drive
Scott, LA 70583



Figure 12.  Site Plan Map showing location of
soil borings SB10 and SB11.

29

APPENDIX A

LABORATORY ANALYSIS



**EFEH & ASSOCIATES**

16919 SAGEWIND DRIVE • HOUSTON, TEXAS 77083 • TELEPHONE (713) 484-1162

November 19, 1991

Mr. S. Stover
Hydro-Environmental Technology, Inc.
Environmental Consultants
P.O. Box 31203
Lafayette, Louisiana  70593-1203


Dear Mr. Stover:

Following are the results of the soil sample submitted to our
laboratory for analyses on November 15, 1991:


SITE:  City of Lafayette; Lafayette, Louisiana

P.O. #:  1051.03

SAMPLE I.D.                           Area 4 SB1
                                      @ 2-3' bls.
                                      11/13/91
                                      14:30

LAB NO.                               E-4066

TPH, mg/kg                            16.0


TOTAL METALS

     Arsenic, mg/kg                   <0.01
     Barium, mg/kg                    <0.05
     Cadmium, mg/kg                   <0.005
     Chromium, mg/kg                  16.07
     Copper, mg/kg                    2.50
     Lead, mg/kg                      0.19
     Mercury, mg/kg                   <0.002
     Nickel, mg/kg                    0.32
     Selenium, mg/kg                  <0.01
     Silver, mg/kg                    <0.01
     Zinc, mg/kg                      24.95


VOLATILES

     Chloromethane                    <1

**EFEH** & ASSOCIATES                    Page 2

SAMPLE I.D.                          Area 4 SB1
                                     @ 2-3' bls.
                                     11/13/91
                                     14:30

LAB NO.                              E-4066

| | |
|---|---|
| Vinyl Chloride | <1 |
| Chloroethane | <1 |
| Bromoethane | <1 |
| Trichlorofluoromethane | <1 |
| 1,1-Dichloroethane | <1 |
| Methylene Chloride | 7 |
| Trans-1,2-Dichloroethene | <1 |
| 1,1-Dichloroethane | <1 |
| 2,2-Dichloropropane | <1 |
| Cis-1,2-Dichloroethane | <1 |
| Chloroform | 3 |
| Bromochloromethane | <1 |
| 1,1,1-Trichloroethane | 10 |
| 1,1-Dichloropropene | <1 |
| Carbon Tetrachloride | <1 |
| Benzene | 1 |
| 1,2-Dichloroethane | <1 |
| Trichloroethene | <1 |
| 1,2-Dichloropropane | <1 |
| Bromodichloromethane | <1 |
| Dibromomethane | <1 |
| Cis-1,3-Dichloropropene | <1 |
| Toluene | 1 |
| Trans-1,3-Dichloropropene | <1 |
| 1,1,2-Trichloroethane | <1 |
| Tetrachloroethene | <1 |
| 1,3-Dichloropropane | <1 |
| Dibromochloromethane | <1 |
| 1,2-Dibromoethane | <1 |
| Chlorobenzene | <1 |
| 1,1,1,2-Tetrachloroethane | <1 |
| Ethyl Benzene | <1 |
| M,P-Xylenes | 2 |
| O-Xylene | <1 |
| Styrene | <1 |
| Isopropylbenzene | <1 |
| Bromoform | <1 |
| 1,1,2,2-Tetrachloroethane | <1 |
| 1,2,3-Trichloropropane | <1 |
| N-Propylbenzene | <1 |
| Bromobenzene | <1 |
| 2-Chlorotoluene | <1 |
| 1,3,5-Trimethyl-Benzene | 2 |
| 4-Chlorotoluene | <1 |

# EFEH & ASSOCIATES                    Page 3

SAMPLE I.D.                              Area 4 SB1
                                        @ 2-3' bls.
                                        11/13/91
                                        14:30

LAB NO.                                 E-4066

    Tert-Butylbenzene                       <1
    1,2,4-Trimethylbenzene                   2
    Sec-Butylbenzene                        <1
    P-Isopropyltoluene                      <1
    1,3-Dichlorobenzene                      1
    1,4-Dichlorobenzene                      1
    N-Butylbezene                           <1
    1,2-Dichlorobenzene                      1
    Xylenes, (Total)                        <5
    1,2-Dichloroethene                     <10

NOTE:  Units expressed in ug/l, unless otherwise noted.

METHODS:  TPH - EPA 418.1
          TOTAL METALS - EPA 7060/7080/7130/7190/7420/7471/7741/7760/
                         7950/7210/7520
          VOLATILES - EPA 8240


Please contact me if you have any questions concerning these results.

Sincerely,

Edwin B. Smith, Jr. PhD



# EFEH & ASSOCIATES

10919 SAGEWIND DRIVE • HOUSTON, TEXAS 77089 • TELEPHONE (713) 484-2362

November 19, 1991

Mr. S. Stover
Hydro-Environmental Technology, Inc.
Environmental Consultants
P.O. Box 31203
Lafayette, Louisiana  70593-1203

Dear Mr. Stover:

Following are the results of the soil sample submitted to our
laboratory for analyses on November 15, 1991:

SITE:  City of Lafayette; Lafayette, Louisiana

P.O. #:  1051.03

SAMPLE I.D.                          Area 4 SB4
                                     @ 7-8' bls.
                                     11/13/91
                                     15:00

LAB NO.                              E-4067

TPH, mg/kg                           9.7


TOTAL METALS

    Arsenic, mg/kg                   <0.01
    Barium, mg/kg                    <0.05
    Cadmium, mg/kg                   <0.005
    Chromium, mg/kg                  14.11
    Copper, mg/kg                    3.26
    Lead, mg/kg                      0.28
    Mercury, mg/kg                   <0.002
    Nickel, mg/kg                    0.97
    Selenium, mg/kg                  <0.01
    Silver, mg/kg                    <0.01
    Zinc, mg/kg                      14.71


VOLATILES

    Chloromethane                    <1

# EFEH & ASSOCIATES

Page 2

SAMPLE I.D.

Area 4 SB4
@ 7-8' bls.
11/13/91
15:00

LAB NO.                              E-4067

| | |
|---|---|
| Vinyl Chloride | <1 |
| Chloroethane | <1 |
| Bromoethane | <1 |
| Trichlorofluoromethane | 7 |
| 1,1-Dichloroethane | <1 |
| Methylene Chloride | 3 |
| Trans-1,2-Dichloroethene | <1 |
| 1,1-Dichloroethane | <1 |
| 2,2-Dichloropropane | <1 |
| CIS-1,2-Dichloroethane | <1 |
| Chloroform | 3 |
| Bromochloromethane | 36 |
| 1,1,1-Trichloroethane | <1 |
| 1,1-Dichloropropene | <1 |
| Carbon Tetrachloride | <1 |
| Benzene | <1 |
| 1,2-Dichloroethane | <1 |
| Trichloroethene | <1 |
| 1,2-Dichloropropane | <1 |
| Bromodichloromethane | <1 |
| Dibromomethane | <1 |
| Cis-1,3-Dichloropropene | <1 |
| Toluene | <1 |
| Trans-1,3-Dichloropropene | <1 |
| 1,1,2-Trichloroethane | <1 |
| Tetrachloroethene | 1 |
| 1,3-Dichloropropane | <1 |
| Dibromochloromethane | <1 |
| 1,2-Dibromoethane | <1 |
| Chlorobenzene | <1 |
| 1,1,1,2-Tetrachloroethane | <1 |
| Ethyl Benzene | <1 |
| M,P-Xylenes | <1 |
| O-Xylene | <1 |
| Styrene | <1 |
| Isopropylbenzene | <1 |
| Bromoform | <1 |
| 1,1,2,2-Tetrachloroethane | <1 |
| 1,2,3-Trichloropropane | <1 |
| N-Propylbenzene | <1 |
| Bromobenzene | <1 |
| 2-Chlorotoluene | <1 |
| 1,3,5-Trimethyl-Benzene | 2 |
| 4-Chlorotoluene | <1 |

# EFEH & ASSOCIATES                    Page 3

SAMPLE I.D.                         Area 4 SB4
                                   @ 7-8' bls.
                                   11/13/91
                                   15:00

LAB NO.                            E-4067

      Tert-Butylbenzene                 <1
      1,2,4-Trimethylbenzene            <1
      Sec-Butylbenzene                  <1
      P-Isopropyltoluene                <1
      1,3-Dichlorobenzene               2
      1,4-Dichlorobenzene               2
      N-Butylbenzene                    <1
      1,2-Dichlorobenzene               2
      Xylenes, (Total)                  <5
      1,2-Dichloroethene                <10

NOTE:  Units expressed in ug/l, unless otherwise noted.

METHODS:  TPH - EPA 418.1
          TOTAL METALS - EPA 7060/7080/7130/7190/7420/7471/7741/7760/
                         7950/7210/7520
          VOLATILES - EPA 8240

Please contact me if you have any questions concerning these results.

Sincerely,

Edwin B. Smith, Jr. PhD



**EFEH** & ASSOCIATES

10919 SAGEWIND DRIVE • HOUSTON, TEXAS 77089 • TELEPHONE (713) 484-2362

November 19, 1991

Mr. S. Stover
Hydro-Environmental Technology, Inc.
Environmental Consultants
P.O. Box 31203
Lafayette, Louisiana  70593-1203

Dear Mr. Stover:

Following are the results of the soil sample submitted to our
laboratory for analyses on November 15, 1991:

SITE:  City of Lafayette; Lafayette, Louisiana

P.O. #:  1051.03

SAMPLE I.D.                        Area 4 SB5
                                   @ 10-11' bls.
                                   11/13/91
                                   16:45

LAB NO.                            E-4068

TPH, mg/kg                         7.4


TOTAL METALS

    Arsenic, mg/kg                 <0.01
    Barium, mg/kg                  <0.05
    Cadmium, mg/kg                 <0.005
    Chromium, mg/kg                6.27
    Copper, mg/kg                  4.23
    Lead, mg/kg                    0.76
    Mercury, mg/kg                 <0.002
    Nickel, mg/kg                  1.30
    Selenium, mg/kg                <0.01
    Silver, mg/kg                  <0.01
    Zinc, mg/kg                    14.21


VOLATILES

    Chloromethane                  <1

# EFEH & ASSOCIATES                    Page 2

SAMPLE I.D.                              Area 4 SB5
                                        @ 10-11' bls.
                                        11/13/91
                                        16:45

LAB NO.                                 E-4068

| | |
|---|---|
| Vinyl Chloride | <1 |
| Chloroethane | <1 |
| Bromoethane | <1 |
| Trichlorofluoromethane | <1 |
| 1,1-Dichloroethane | <1 |
| Methylene Chloride | 30 |
| Trans-1,2-Dichloroethene | <1 |
| 1,1-Dichloroethane | 13 |
| 2,2-Dichloropropane | <1 |
| Cis-1,2-Dichloroethane | <1 |
| Chloroform | 3 |
| Bromochloromethane | 38 |
| 1,1,1-Trichloroethane | 3 |
| 1,1-Dichloropropene | <1 |
| Carbon Tetrachloride | <1 |
| Benzene | 126 |
| 1,2-Dichloroethane | <1 |
| Trichloroethene | 24 |
| 1,2-Dichloropropane | <1 |
| Bromodichloromethane | <1 |
| Dibromomethane | 1 |
| Cis-1,3-Dichloropropene | <1 |
| Toluene | 76 |
| Trans-1,3-Dichloropropene | <1 |
| 1,1,2-Trichloroethane | <1 |
| Tetrachloroethene | 131 |
| 1,3-Dichloropropane | <1 |
| Dibromochloromethane | <1 |
| 1,2-Dibromoethane | <1 |
| Chlorobenzene | <1 |
| 1,1,1,2-Tetrachloroethane | <1 |
| Ethyl Benzene | 122 |
| M,P-Xylenes | 163 |
| O-Xylene | 172 |
| Styrene | 39 |
| Isopropylbenzene | 12 |
| Bromoform | <1 |
| 1,1,2,2-Tetrachloroethane | <1 |
| 1,2,3-Trichloropropane | <1 |
| N-Propylbenzene | 25 |
| Bromobenzene | <1 |
| 2-Chlorotoluene | <1 |
| 1,3,5-Trimethyl-Benzene | 50 |
| 4-Chlorotoluene | <1 |

# EFEH & ASSOCIATES                          Page 3

| SAMPLE I.D. | Area 4 SB5 |
|---|---|
|  | @ 10-11' bls. |
|  | 11/13/91 |
|  | 16:45 |

| LAB NO. | E-4068 |
|---|---|

| | |
|---|---|
| Tert-Butylbenzene | <1 |
| 1,2,4-Trimethylbenzene | 54 |
| Sec-Butylbenzene | 21 |
| P-Isopropyltoluene | <1 |
| 1,3-Dichlorobenzene | 592 |
| 1,4-Dichlorobenzene | 567 |
| N-Butylbenzene | <1 |
| 1,2-Dichlorobenzene | <1 |
| Xylenes, (Total) | <5 |
| 1,2-Dichloroethene | 24 |

NOTE:   Units expressed in ug/l, unless otherwise noted.

METHODS:   TPH - EPA 418.1
           TOTAL METALS - EPA 7060/7080/7130/7190/7420/7471/7741/7760/
                          7950/7210/7520
           VOLATILES - EPA 8240

Please contact me if you have any questions concerning these results.

Sincerely,

Edwin B. Smith, Jr. PhD



# EFEH & ASSOCIATES

research · analyses · consultation

10919 SAGEWIND DRIVE · HOUSTON, TEXAS 77089 · TELEPHONE (713) 484-2362

November 19, 1991

Mr. S. Stover
Hydro-Environmental Technology, Inc.
Environmental Consultants
P.O. Box 31203
Lafayette, Louisiana  70593-1203


Dear Mr. Stover:

Following are the results of the soil sample submitted to our
laboratory for analyses on November 15, 1991:


SITE:  City of Lafayette; Lafayette, Louisiana

P.O. #:  1051.03

SAMPLE I.D.                           Area 4 SB6
                                      @ 9.5-10.5' bls.
                                      11/13/91
                                      17:05

LAB NO.                               E-4069

TPH, mg/kg                            9.7


TOTAL METALS

    Arsenic, mg/kg                    <0.01
    Barium, mg/kg                     <0.05
    Cadmium, mg/kg                    <0.005
    Chromium, mg/kg                    6.27
    Copper, mg/kg                      5.19
    Lead, mg/kg                        0.44
    Mercury, mg/kg                    <0.002
    Nickel, mg/kg                      0.48
    Selenium, mg/kg                    0.02
    Silver, mg/kg                     <0.01
    Zinc, mg/kg                       25.61


VOLATILES

    Chloromethane                     <1

# EFEH & ASSOCIATES                    Page 2

SAMPLE I.D.                              Area 4 SB6
                                        @ 9.5-10.5' bls.
                                        11/13/91
                                        17:05

LAB NO.                                 E-4069

| | |
|---|---|
| Vinyl Chloride | <1 |
| Chloroethane | <1 |
| Bromoethane | <1 |
| Trichlorofluoromethane | <1 |
| 1,1-Dichloroethane | <1 |
| Methylene Chloride | 3 |
| Trans-1,2-Dichloroethene | <1 |
| 1,1-Dichloroethane | <1 |
| 2,2-Dichloropropane | <1 |
| CIS-1,2-Dichloroethane | <1 |
| Chloroform | 3 |
| Bromochloromethane | 37 |
| 1,1,1-Trichloroethane | <1 |
| 1,1-Dichloropropene | <1 |
| Carbon Tetrachloride | <1 |
| Benzene | 2 |
| 1,2-Dichloroethane | <1 |
| Trichloroethane | <1 |
| 1,2-Dichloropropane | <1 |
| Bromodichloromethane | <1 |
| Dibromomethane | <1 |
| Cis-1,3-Dichloropropene | <1 |
| Toluene | <1 |
| Trans-1,3-Dichloropropene | <1 |
| 1,1,2-Trichloroethane | <1 |
| Tetrachloroethene | <1 |
| 1,3-Dichloropropane | <1 |
| Dibromochloromethane | <1 |
| 1,2-Dibromoethane | <1 |
| Chlorobenzene | <1 |
| 1,1,1,2-Tetrachloroethane | <1 |
| Ethyl Benzene | <1 |
| M,P-Xylenes | 3 |
| O-Xylene | 3 |
| Styrene | <1 |
| Isopropylbenzene | <1 |
| Bromoform | <1 |
| 1,1,2,2-Tetrachloroethane | <1 |
| 1,2,3-Trichloropropane | <1 |
| N-Propylbenzene | <1 |
| Bromobenzene | <1 |
| 2-Chlorotoluene | <1 |
| 1,3,5-Trimethyl-Benzene | 7 |
| 4-Chlorotoluene | <1 |

# EFEH & ASSOCIATES                    Page 3

SAMPLE I.D.                    Area 4 SB6
                               @ 9.5-10.5' bls.
                               11/13/91
                               17:05

LAB NO.                        E-4069

        Tert-Butylbenzene              <1
        1,2,4-Trimethylbenzene          2
        Sec-Butylbenzene               <1
        P-Isopropyltoluene             <1
        1,3-Dichlorobenzene            <1
        1,4-Dichlorobenzene            <1
        N-Butylbenzene                 <1
        1,2-Dichlorobenzene            <1
        Xylenes, (Total)               <5
        1,2-Dichloroethene             <10

NOTE:  Units expressed in ug/l, unless otherwise noted.

METHODS:  TPH - EPA 418.1
          TOTAL METALS - EPA 7060/7080/7130/7190/7420/7471/7741/7760/
                             7950/7210/7520
          VOLATILES - EPA 8240


Please contact me if you have any questions concerning these results.

Sincerely,

Edwin B. Smith, Jr. PhD



## EFEH & ASSOCIATES

10919 SAGEWIND DRIVE • HOUSTON, TEXAS 77089 • TELEPHONE (713) 484-2262

November 19, 1991

Mr. S. Stover
Hydro-Environmental Technology, Inc.
Environmental Consultants
P.O. Box 31203
Lafayette, Louisiana  70593-1203


Dear Mr. Stover:

Following are the results of the soil sample submitted to our
laboratory for analyses on November 15, 1991:


SITE:  City of Lafayette; Lafayette, Louisiana

P.O. #:  1051.03

SAMPLE I.D.                          Area 5 SB1
                                     @ 2-3' bls.
                                     11/13/91
                                     15:45

LAB NO.                              E-4070

TPH, mg/kg                           41.3


TOTAL METALS

   Arsenic, mg/kg                    <0.01
   Barium, mg/kg                     <0.05
   Cadmium, mg/kg                    0.33
   Chromium, mg/kg                   5.49
   Copper, mg/kg                     4.23
   Lead, mg/kg                       33.07
   Mercury, mg/kg                    <0.002
   Nickel, mg/kg                     0.32
   Selenium, mg/kg                   0.02
   Silver, mg/kg                     <0.01
   Zinc, mg/kg                       157.59


VOLATILES

   Chloromethane                     <1

# EFEH & ASSOCIATES

Page 2

| SAMPLE I.D. | Area 5 SB1<br>@ 2-3' bls.<br>11/13/91<br>15:45 |
|---|---|
| LAB NO. | E-4070 |

| | |
|---|---|
| Vinyl Chloride | <1 |
| Chloroethane | <1 |
| Bromoethane | <1 |
| Trichlorofluoromethane | <1 |
| 1,1-Dichloroethene | <1 |
| Methylene Chloride | 132 |
| Trans-1,2-Dichloroethene | 2 |
| 1,1-Dichloroethane | 9 |
| 2,2-Dichloropropane | <1 |
| CIS-1,2-Dichloroethene | <1 |
| Chloroform | 3 |
| Bromochloromethane | 38 |
| 1,1,1-Trichloroethane | 2 |
| 1,1-Dichloropropene | <1 |
| Carbon Tetrachloride | <1 |
| Benzene | 102 |
| 1,2-Dichloroethane | <1 |
| Trichloroethene | 24 |
| 1,2-Dichloropropane | <1 |
| Bromodichloromethane | <1 |
| Dibromomethane | <1 |
| Cis-1,3-Dichloropropene | <1 |
| Toluene | 57 |
| Trans-1,3-Dichloropropene | 3 |
| 1,1,2-Trichloroethane | <1 |
| Tetrachloroethene | 101 |
| 1,3-Dichloropropane | <1 |
| Dibromochloromethane | <1 |
| 1,2-Dibromoethane | <1 |
| Chlorobenzene | <1 |
| 1,1,1,2-Tetrachloroethane | <1 |
| Ethyl Benzene | 101 |
| M,P-Xylenes | 133 |
| O-Xylene | 121 |
| Styrene | <1 |
| Isopropylbenzene | 14 |
| Bromoform | <1 |
| 1,1,2,2-Tetrachloroethane | <1 |
| 1,2,3-Trichloropropane | <1 |
| N-Propylbenzene | 32 |
| Bromobenzene | <1 |
| 2-Chlorotoluene | <1 |
| 1,3,5-Trimethyl-Benzene | 217 |
| 4-Chlorotoluene | <1 |

# EFEH & ASSOCIATES                                    Page 3

SAMPLE I.D.                              Area 5 SB1
                                        @ 2-3' bls.
                                        11/13/91
                                        15:45

LAB NO.                                 E-4070

    Tert-Butylbenzene                   <1
    1,2,4-Trimethylbenzene              67
    Sec-Butylbenzene                    36
    P-Isopropyltoluene                  <1
    1,3-Dichlorobenzene                 <1
    1,4-Dichlorobenzene                 <1
    N-Butylbezene                       2
    1,2-Dichlorobenzene                 <1
    Xylenes, (Total)                    <5
    1,2-Dichloroethene                  24

NOTE:  Units expressed in ug/l, unless otherwise noted.

METHODS:  TPH - EPA 418.1
          TOTAL METALS - EPA 7060/7080/7130/7190/7420/7471/7741/7760/
                         7950/7210/7520
          VOLATILES - EPA 8240

Please contact me if you have any questions concerning these results.

Sincerely,

Edwin B. Smith, Jr. PhD

ClerkConnect Document Viewer



# EFEH & ASSOCIATES
10919 SAGEWIND DRIVE · HOUSTON, TEXAS 77038 · TELEPHONE (713) 484-2362

November 19, 1991

Mr. S. Stover
Hydro-Environmental Technology, Inc.
Environmental Consultants
P.O. Box 31203
Lafayette, Louisiana  70593-1203

Dear Mr. Stover:

Following are the results of the soil sample submitted to our
laboratory for analyses on November 15, 1991:

SITE:  City of Lafayette; Lafayette, Louisiana

P.O. #:  1051.03

SAMPLE I.D.                          Area 6 SB1
                                     @ 7.5-8.5' bls.
                                     11/13/91
                                     16:00

LAB NO.                              E-4071

TPH, mg/kg                           24.7


TOTAL METALS

    Arsenic, mg/kg                   <0.01
    Barium, mg/kg                    <0.05
    Cadmium, mg/kg                   <0.005
    Chromium, mg/kg                   4.70
    Copper, mg/kg                     3.07
    Lead, mg/kg                      11.92
    Mercury, mg/kg                   <0.002
    Nickel, mg/kg                    <0.01
    Selenium, mg/kg                  <0.01
    Silver, mg/kg                    <0.01
    Zinc, mg/kg                      20.00


VOLATILES

    Chloromethane                    <1

http://clerkconnect.lpclerk.com/ImageViewer/PrintImage.aspx                    3/14/2016

ClerkConnect Document Viewer                                                    Page 158 of 200

# EFEH & ASSOCIATES                          Page 2

SAMPLE I.D.                          Area 6 SB1
                                     @ 7.5-8.5' bls.
                                     11/13/91
                                     16:00

LAB NO.                              E-4071

| | |
|---|---|
| Vinyl Chloride | <1 |
| Chloroethane | <1 |
| Bromoethane | <1 |
| Trichlorofluoromethane | <1 |
| 1,1-Dichloroethane | <1 |
| Methylene Chloride | 7 |
| Trans-1,2-Dichloroethene | <1 |
| 1,1-Dichloroethane | <1 |
| 2,2-Dichloropropane | <1 |
| CIS-1,2-Dichloroethane | <1 |
| Chloroform | 3 |
| Bromochloromethane | 37 |
| 1,1,1-Trichloroethane | 2 |
| 1,1-Dichloropropene | <1 |
| Carbon Tetrachloride | <1 |
| Benzene | 5 |
| 1,2-Dichloroethane | <1 |
| Trichloroethene | 1 |
| 1,2-Dichloropropane | <1 |
| Bromodichloromethane | <1 |
| Dibromomethane | <1 |
| Cis-1,3-Dichloropropene | <1 |
| Toluene | 4 |
| Trans-1,3-Dichloropropene | <1 |
| 1,1,2-Trichloroethane | <1 |
| Tetrachloroethene | 6 |
| 1,3-Dichloropropane | <1 |
| Dibromochloromethane | <1 |
| 1,2-Dibromoethane | <1 |
| Chlorobenzene | <1 |
| 1,1,1,2-Tetrachloroethane | <1 |
| Ethyl Benzene | 7 |
| M,P-Xylenes | 9 |
| O-Xylene | 8 |
| Styrene | 2 |
| Isopropylbenzene | 1 |
| Bromoform | <1 |
| 1,1,2,2-Tetrachloroethane | <1 |
| 1,2,3-Trichloropropane | <1 |
| N-Propylbenzene | 3 |
| Bromobenzene | <1 |
| 2-Chlorotoluene | <1 |
| 1,3,5-Trimethyl-Benzene | 5 |
| 4-Chlorotoluene | <1 |

# EFEH & ASSOCIATES

Page 3

SAMPLE I.D.                              Area 6 SB1
                                         @ 7.5-8.5' bls.
                                         11/13/91
                                         16:00

LAB NO.                                  E-4071

| | |
|---|---|
| Tert-Butylbenzene | <1 |
| 1,2,4-Trimethylbenzene | 16 |
| Sec-Butylbenzene | <1 |
| P-Isopropyltoluene | <1 |
| 1,3-Dichlorobenzene | <1 |
| 1,4-Dichlorobenzene | 3 |
| N-Butylbezene | 1 |
| 1,2-Dichlorobenzene | 33 |
| Xylenes, (Total) | <5 |
| 1,2-Dichloroethane | <10 |

NOTE:   Units expressed in ug/l, unless otherwise noted.

METHODS:   TPH - EPA 418.1
           TOTAL METALS - EPA 7060/7080/7130/7190/7420/7471/7741/7760/
                               7950/7210/7520
           VOLATILES - EPA 8240

Please contact me if you have any questions concerning these results.

Sincerely,

Edwin B. Smith, Jr. PhD