# Report of Laboratory Analysis

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0553
LELAP # 02006

**Pace Analytical**
New Orleans Laboratory

| | |
|---|---|
| **Client:** | LEE TECHNICAL SERVICES |

| | | | | |
|---|---|---|---|---|
| **Client ID:** | C5 | **Site:** | None | |
| **Project:** | UPRR | **Project No.:** | 2063683 | **Sample Qu:** |
| **Lab ID:** | 20479413 | **Matrix:** | Soil | **% Moisture:** Not Corrected |
| **Description:** | None | **Prep Level:** | Soil | **Batch:** 77953 |
| **Method:** | 8015 TPH Extractables Soil | **Units:** | mg/kg | **Target List:** TPH_SL20 |
| | | **Collected:** | 10/18/06 | **Received:** 10/20/06 |
| **Prep Factor:** 1 | | **Prepared:** | 10/23/06 | **Analyzed:** 10/27/06 20:41 SPF1(1) |

| CAS Number | Parameter | Dilution | Result | Qu | Adjusted MDL | Reporting Limit | Reg. Limit |
|---|---|---|---|---|---|---|---|
| | Diesel Range Organics (C10-28) | 10 | 10200 | D1 | 22.1 | 100. | 65.0 |
| | Oil Range Organics (>C28-40) | 10 | 4440 | D1 | 79.3 | 500. | 180. |

2 component(s) reported

ND denotes Not Detected at or above the adjusted reporting limit.
DF denotes Dilution Factor of extract. The Prep Factor accounts for a non-routine sample size.
Reporting Limits is corrected for sample size, dilution and moisture content if applicable.
On line qualifiers. Specific qualifiers are defined at the end of the report.
For moisture results, wet denotes result is not corrected for moisture and air denotes not applicable.
Regulatory limit denotes an actual regulatory limit or client-requested notification limit.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Slopelson, or (S) subcontract or field.

11/3/2006 16 02:32

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0681
Louisiana Dept. of Health and Hospitals /Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87955
Kansas Dept. of Health Environment - E-10286
U.S. Dept. of Agriculture Foreign Soil Permit - S-47279

**Report of Laboratory Analysis**

*Pace Analytical*
New Orleans Laboratory

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose , LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02008

Client: LEE TECHNICAL SERVICES

| | | | | |
|---|---|---|---|---|
| Client ID: C5 | Site: None | | | |
| Project: UPRR | Project No.: 2063683 | Sample Qu: | | |
| Lab ID: 20479413 | Matrix: Soil | % Moisture: Not Corrected | | |
| Description: None | Prep Level: Soil | Batch: 78052 | | |
| Method: 8015 TPH Gasoline Med Soil | Units: mg/kg | Target List: TPHGM SL20 | | |
| | Collected: 10/18/06 | Received: 10/20/06 | | |
| Prep Factor: 1 | Prepared: 10/23/06 | Analyzed: 10/25/06 00:03 BTT(t) | | |

| CAS Number | Parameter | Dilution | Result | Qa | Adjusted MDL | Reporting Limit | Reg. Limit |
|---|---|---|---|---|---|---|---|
| | Gasoline Range Organics(C6-10) | 1 | 137. | | 1.62 | 11.7 | 65.0 |

1 compound(s) reported

ND denotes Not Detected at or above the adjusted reporting limit.
DF denotes Dilution Factor of extract. The Prep Factor accounts for a non-routine sample size.
Reporting Limit is corrected for sample size, dilution and moisture content if applicable.
Qa lists qualifiers. Specific qualifiers are defined at the end of the report.
For moisture results, wet denotes result is not corrected for moisture and n/a denotes not applicable.
Regulatory limit denotes an actual regulatory limit or a client-requested notification limit.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (5) subcontract or field.

11/7/2006 16:02:12

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02008
Arkansas Dept. of Environmental Quality - 00-0161
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87366
Kansas Dept. of Health Environment - E-10366
U.S. Dept. of Agriculture Foreign Soil Permit - S-47276

page 69 of 141


**PaceAnalytical** ®
New Orleans Laboratory

## Report of Laboratory Analysis

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rosa, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| | |
|---|---|
| Client: | LEE TECHNICAL SERVICES |

| | | | |
|---|---|---|---|
| Client ID: C5 | | Site: None | |
| Project: UPRR | | Project No.: 2063683 | Sample Qu: |
| Lab ID: 20479413 | | Matrix: Soil | % Moisture: Not Corrected |
| Description: None | | Prep Level: Soil | Batch: 77402 |
| Method: 8082 PCBs Low Soil | | Units: mg/kg | Target List: 8082_SL20 |
| | | Collected: 10/18/06 | Received: 10/20/06 |
| Prep Factor: 1 | | Prepared: 10/24/06 | Analyzed: 10/26/06 17:22 SLE(I) |

| CAS Number | Parameter | Dilution | Result | Qu | Adjusted MDL | Reporting Limit | Reg. Limit |
|---|---|---|---|---|---|---|---|
| 12674-11-2 | PCB-1016 (Aroclor 1016) | 20 | ND | D2 | 0.178 | 0.666 | 0.110 |
| 11104-28-2 | PCB-1221 (Aroclor 1221) | 20 | ND | D2 | 0.246 | 0.666 | 0.110 |
| 11141-16-5 | PCB-1232 (Aroclor 1232) | 20 | ND | D2 | 0.200 | 0.666 | 0.110 |
| 53469-21-9 | PCB-1242 (Aroclor 1242) | 20 | ND | D2 | 0.208 | 0.666 | 0.110 |
| 12672-29-6 | PCB-1248 (Aroclor 1248) | 20 | ND | D2 | 0.161 | 0.666 | 0.110 |
| 11097-69-1 | PCB-1254 (Aroclor 1254) | 20 | ND | D2 | 0.191 | 0.666 | 0.110 |
| 11096-82-5 | PCB-1260 (Aroclor 1260) | 20 | ND | D2 | 0.154 | 0.666 | 0.110 |

7 compound(s) reported

ND denotes Not Detected at or above the adjusted reporting limit.
DF denotes Dilution Factor of extract. The Prep Factor accounts for a non-routine sample size.
Reporting Limit is corrected for sample size, dilution and moisture content if applicable.
Qu lists qualifiers. Specific qualifiers are defined at the end of the report.
For moisture results, wet Samson result is not corrected for moisture and n/a denotes not applicable.
Regulatory limit denotes an actual regulatory limit or a client-requested notification limit.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (R) subcontract or field.

10/9/2006 14:22:12
New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02003
Arkansas Dept. of Environmental Quality - 33-051
Louisiana Dept. of Health and Hospitals (Drinking Water - LA060032
Florida Dept. of Health (NELAC) - E87085
Kansas Dept. of Health  Environment - E-10286
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270

page 70 of 141



**Pace Analytical**
New Orleans Laboratory

# Report of Laboratory Analysis

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose , LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| | |
|---|---|
| **Client:** | LEE TECHNICAL SERVICES |
| **Site:** | None |

| | | | |
|---|---|---|---|
| **Client ID:** C6 | **Project No.:** 2063683 | **Sample Qu:** | |
| **Project:** UPRR | **Matrix:** Soil | **% Moisture:** Not Corrected | |
| **Lab ID:** 20479414 | **Prep Level:** Soil | **Batch:** 77953 | |
| **Description:** None | **Units:** mg/kg | **Target List:** TPH  SL20 | |
| **Method:** 8015 TPH Extractables Soil | **Collected:** 10/18/06 | **Received:** 10/20/06 | |
| **Prep Factor:** 1 | **Prepared:** 10/23/06 | **Analyzed:** 10/27/06 19:50 STP1 (1) | |

| CAS Number | Parameter | Dilution | Result | Qu | Adjusted MDL | Reporting Limit | Reg. Limit |
|---|---|---|---|---|---|---|---|
| | Diesel Range Organics (C10-28) | 10 | 3070 | D1 | 22.1 | 100. | 65.0 |
| | Oil Range Organics (>C28-40) | 10 | 2060 | D1 | 79.3 | 500. | 180. |

2 compound(s) reported

ND denotes Not Detected at or above the adjusted reporting limit.
DF denotes Dilution Factor of extract. The Prep Factor accounts for a non-routine sample size.
Reporting Limit is corrected for sample size, dilution and moisture content if applicable.
Qu lists qualifiers. Specific qualifiers are defined at the end of the report.
For moisture results, wet denotes result is not corrected for moisture and wet denotes not applicable.
Regulatory limit denotes an actual regulatory limit or a client-requested notification limit.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (8) subcontract or field.

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 05-0081
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060022
Florida Dept. of Health (NELAC) - E87585
Kansas Dept. of Health  Environment - E-10296
U.S. Dept. of Agriculture Foreign Soil Permit - S-47370

**Report of Laboratory Analysis**

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

*Pace Analytical®*
*New Orleans Laboratory*

Client: LEE TECHNICAL SERVICES

| | | |
|---|---|---|
| Client ID: C6 | Site: None | Sample Qu: |
| Project: UPRR | Project No.: 2063683 | |
| Lab ID: 20479414 | Matrix: Soil | % Moisture: Not Corrected |
| Description: None | Prep Level: Soil | Batch: 78052 |
| Method: 8015 TPH Gasoline Mod Soil | Units: mg/kg | Target List: TPHGM SL20 |
| | Collected: 10/18/06 | Received: 10/20/06 |
| Prep Factor: 1 | Prepared: 10/23/06 | Analyzed: 10/25/06 00:59 BTT (1) |

| CAS Number | Parameter | Dilution | Result | Qu | Adjusted MDL | Reporting Limit | Reg. Limit |
|---|---|---|---|---|---|---|---|
| | Gasoline Range Organics(C6-10) | 1 | 104. | | 1.74 | 12.5 | 65.0 |

1 compound(s) reported

ND denotes Not Detected at or above the adjusted reporting limit.
Dil denotes Dilution Factor of extract. The Prep Factor accounts for a non-routine sample size.
Reporting Limit is corrected for sample size, dilution and moisture content if applicable.
Qu flag qualifiers. Specific qualifiers are defined at the end of the report.
For moisture results, not denotes result is not corrected for moisture and n/a denotes not applicable.
Regulatory limit denotes an actual regulatory limit or a client-requested notification limit.
Analyses performed in (1) New Orleans, (2) Baton Rouge, (3) Benton City, (4) Hardeen, or (8) subcontract or field.

11/7/2006 10:52:12

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0481
Louisiana Dept. of Health and Hospitals (Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87883
Kansas Dept. of Health Environment - E-10296
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270

page 72 of 141



## Report of Laboratory Analysis

Pace Analytical*
New Orleans Laboratory

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

Client: LEE TECHNICAL SERVICES

| | |
|---|---|
| Client ID: C6 | Site: None |
| Project: UPRR | Project No.: 2063683 | Sample Qu: |
| Lab ID: 20479414 | Matrix: Soil | % Moisture: Not Corrected |
| Description: None | Prep Level: Soil | Batch: 77402 |
| Method: 8082 PCBs Low Soil | Units: mg/kg | Target List: 8082_SL20 |
| | Collected: 10/18/06 | Received: 10/20/06 |
| Prep Factor: 1 | Prepared: 10/24/06 | Analyzed: 10/26/06 17:37 SLE(1) |

| CAS Number | Parameter | Dilution | Result | Qu | Adjusted MDL | Reporting Limit | Reg. Limit |
|---|---|---|---|---|---|---|---|
| 12674-11-2 | PCB-1016 (Aroclor 1016) | 20 | ND | D2 | 0.178 | 0.666 | 0.110 |
| 11104-28-2 | PCB-1221 (Aroclor 1221) | 20 | ND | D2 | 0.246 | 0.666 | 0.110 |
| 11141-16-5 | PCB-1232 (Aroclor 1232) | 20 | ND | D2 | 0.200 | 0.666 | 0.110 |
| 53469-21-9 | PCB-1242 (Aroclor 1242) | 20 | ND | D2 | 0.208 | 0.666 | 0.110 |
| 12672-29-6 | PCB-1248 (Aroclor 1248) | 20 | ND | D2 | 0.101 | 0.666 | 0.110 |
| 11097-69-1 | PCB-1254 (Aroclor 1254) | 20 | ND | D2 | 0.191 | 0.666 | 0.110 |
| 11096-82-5 | PCB-1260 (Aroclor 1260) | 20 | ND | D2 | 0.154 | 0.666 | 0.110 |

7 compound(s) reported

ND denotes Not Detected at or above the adjusted reporting limit.
D/f denotes Dilution Factor of extract. The Prep Factor accounts for a sample size.
Reporting Limit is corrected for sample size, dilution and moisture content if applicable.
Qu lists qualifiers. Specific qualifiers are defined at the end of the report.
For moisture results, wet denotes result is not corrected for moisture and nis denotes not applicable.
Regulatory limit denotes an actual regulatory limit or a client-requested notification limit.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (5) subcontract or field.

11/29/2006 16:02:12

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0861
Louisiana Dept. of Health and Hospitals / Drinking Water - LA040029
Florida Dept. of Health (RELAC) - E87385
Kansas Dept. of Health Environment - E-10268
U.S. Dept. of Agriculture Foreign Soil Permit - S-47370

page 73 of 141

**Report of Laboratory Analysis**

Pace Analytical Services, inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

Pace Analytical*
New Orleans Laboratory

Client: LEE TECHNICAL SERVICES

| | | |
|---|---|---|
| Client ID: W1 | Site: None | |
| Project: UPRR | Project No.: 2063683 | Sample Qu: |
| Lab ID: 20479415 | Matrix: Water | % Moisture: n/a |
| Description: None | Prep Level: Water | Batch: 77855 |
| Method: 8015 TPH Extractables Water | Units: mg/L | Target List: TPH_WL20 |
| | Collected: 10/18/06 | Received: 10/20/06 |
| Prep Factor: 1 | Prepared: 10/24/06 | Analyzed: 10/27/06 19:50 SFP1 (1) |

| CAS Number | Parameter | Dilution | Result | Qu | Adjusted MDL | Reporting Limit | Reg. Limit |
|---|---|---|---|---|---|---|---|
| | Diesel Range Organics (C10-28) | 1 | 13.5 | | 0.0383 | 0.150 | 0.150 |
| | Oil Range Organics (>C28-40) | 1 | 5.13 | | 0.0315 | 0.150 | 0.150 |

2 compound(s) reported

ND denotes Not Detected at or above the adjusted reporting limit.
DF denotes Dilution Factor of extract. The Prep Factor accounts for a non-routine sample size.
Reporting Limit is corrected for sample size, dilution and moisture content if applicable.
Qu flags qualifiers. Specific qualifiers are defined at the end of the report.
For additional results, each element result is not corrected for moisture and n/a denotes not applicable.
Regulatory limit denotes an actual regulatory limit or a client-requested notification limit.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Kaplan City, (4) Houston, or (6) subcontract or field.

11/7/2006 16:02:12

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 06-0681
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87588
Kansas Dept. of Health Environment - E-10266
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270

page 74 of 141

**Report of Laboratory Analysis**

Pace Analytical*
New Orleans Laboratory

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0355
LELAP # 02006

Client: LEE TECHNICAL SERVICES

| | | Site: None | |
|---|---|---|---|
| Client ID: W1 | | | Sample Qu: |
| Project: UPRR | | Project No.: 2063683 | % Moisture: n/a |
| Lab ID: 20479415 | | Matrix: Water | Batch: 78193 |
| Description: None | | Prep Level: Water | Target List: TPHG_WL20 |
| Method: 8015 TPH Gasoline Water | | Units: mg/L | |
| | | Collected: 10/18/06 | Received: 10/20/06 |
| Prep Factor: 1 | | Prepared: 10/28/06 | Analyzed: 10/28/06 00:00 DET (1) |

| CAS Number | Parameter | Dilution | Result | Qu | Adjusted MDL | Reporting Limit | Reg. Limit |
|---|---|---|---|---|---|---|---|
| | Gasoline Range Organics(C6-10) | 1 | ND | | 0.0156 | 0.0500 | 0.150 |

1 compound(s) reported

ND denotes Not Detected at or above the adjusted reporting limit.
DF denotes Dilution Factor of extract. The Prep Factor accounts for a non-routine sample size.
Reporting Limit is corrected for sample size, dilutions and moisture content if applicable.
Qu lists qualifiers. Specific qualifiers are defined at the end of the report.
For tentatory results, test data also result is not corrected for moisture and will denotes not applicable.
Regulatory limit denotes an actual regulatory limit or a client-requested notification limit.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (5) subcontract or field.

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0621
Louisiana Dept. of Health and Hospitals (Drinking Water - LA060027
Florida Dept. of Health (NELAC) - E87365
Kansas Dept. of Health Environment - E-10366
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270

11/3/2006 16:02:32



**Report of Laboratory Analysis**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Pace Analytical®
New Orleans Laboratory

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| | | | |
|---|---|---|---|
| | | Client: LEE TECHNICAL SERVICES | |
| Client ID: WI | | Site: None | Sample Qu: |
| Project: UPRR | | Project No.: 2063683 | % Moisture: n/a |
| Lab ID: 20479415 | | Matrix: Water | Batch: 78037 |
| Description: None | | Prep Level: Water | Target List: 8082_WL20 |
| Method: 8082 PCBs Water | | Units: mg/L | |
| | | Collected: 10/18/06 | Received: 10/20/06 |
| Prep Factor: 1 | | Prepared: 10/23/06 | Analyzed: 10/26/06 18:22 SLE(1) |

| CAS Number | Parameter | Dilution | Result | Qu | Adjusted MDL | Reporting Limit | Reg. Limit |
|---|---|---|---|---|---|---|---|
| 12674-11-2 | PCB-1016 (Aroclor 1016) | 1 | ND | | 0.000169 | 0.00100 | 0.00050 |
| 11104-28-2 | PCB-1221 (Aroclor 1221) | 1 | ND | | 0.000200 | 0.00100 | 0.00050 |
| 11141-16-5 | PCB-1232 (Aroclor 1232) | 1 | ND | | 0.000200 | 0.00100 | 0.00050 |
| 53469-21-9 | PCB-1242 (Aroclor 1242) | 1 | ND | | 0.000200 | 0.00100 | 0.00050 |
| 12672-29-6 | PCB-1248 (Aroclor 1248) | 1 | ND | | 0.000200 | 0.00100 | 0.00050 |
| 11097-69-1 | PCB-1254 (Aroclor 1254) | 1 | ND | | 0.000200 | 0.00100 | 0.00050 |
| 11096-82-5 | PCB-1260 (Aroclor 1260) | 1 | ND | | 0.000112 | 0.00100 | 0.00050 |

7 compound(s) reported

ND denotes Not Detected at or above the adjusted reporting limit.
DF denotes Dilution Factor of extract. The Prep Factor accounts for a non-routine sample size.
Reporting Limit is corrected for sample size, dilution and moisture content if applicable.
Qu lists qualifiers. Specific qualifiers are defined at the end of the report.
For moisture results, text denotes result is not corrected for moisture and min denotes not applicable.
Regulatory limit denotes an actual regulatory limit or a client-requested notification limit.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (0) subcontract or field.

11/7/2006 14:02:12
New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0021
Louisiana Dept. of Health and Hospitals (Drinking Water - LA060033
Florida Dept. of Health (NELAC) - E87865
Kansas Dept. of Health Environment - E-10246
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270

page 76 of 141



**Report of Laboratory Analysis**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose , LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP B 02006

| | |
|---|---|
| Client ID: BM-1 | Client: LEE TECHNICAL SERVICES |
| Project: UPRR | Site: None |
| Lab ID: 20479408 | Project No.: 2063683 |
| Description: None | Matrix: Soil    %Moisture: Not Corrected |
| | Collected: 10/18/06    Received: 10/20/06 |

| Parameter Name | Method | Batch | DF | Result | Qu | Units | Adjusted MDL | Reporting Limit | Prep. | Analysis | Reg. Limit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Antimony | EPA 6010 | 78012 | 1 | 16.3 | | mg/kg | 0.674 | 2.78 | 10/20 | 11/03 16:29  KJR (1) | 3.10 |
| Arsenic | EPA 6010 | 78012 | 1 | 6.51 | | mg/kg | 0.330 | 0.926 | 10/20 | 11/03 16:29  KJR (1) | 12.0 |
| Beryllium | EPA 6010 | 78012 | 1 | 0.209 J | | mg/kg | 0.0413 | 0.463 | 10/20 | 11/03 16:29  KJR (1) | 8.00 |
| Cadmium | EPA 6010 | 78012 | 1 | 0.288 J | | mg/kg | 0.0408 | 0.463 | 10/20 | 11/03 16:29  KJR (1) | 3.90 |
| Chromium | EPA 6010 | 78012 | 1 | 4.10 | | mg/kg | 0.140 | 0.926 | 10/20 | 11/03 16:29  KJR (1) | 100. |
| Copper | EPA 6010 | 78012 | 1 | 176. | | mg/kg | 0.535 | 0.926 | 10/20 | 11/03 16:29  KJR (1) | 310. |
| Lead | EPA 6010 | 78012 | 1 | 444. | | mg/kg | 0.238 | 0.463 | 10/20 | 11/03 16:29  KJR (1) | 100. |
| Mercury | EPA 7471 | 78010 | 1 | 0.0130J | | mg/kg | 0.00165 | 0.0194 | 10/20 | 10/20 16:29  KDG (1) | |
| Nickel | EPA 6010 | 78012 | 1 | 224. | | mg/kg | 0.564 | 3.70 | 10/20 | 11/03 16:29  KJR (1) | 160. |
| Selenium | EPA 6010 | 78012 | 1 | 2.25  J | | mg/kg | 0.956 | 3.24 | 10/20 | 11/03 16:29  KJR (1) | 20.0 |
| Silver | EPA 6010 | 78012 | 1 | ND | | mg/kg | 0.168 | 0.926 | 10/20 | 11/03 16:29  KJR (1) | 39.0 |
| Thallium | EPA 6010 | 78012 | 1 | 1.44 | | mg/kg | 0.422 | 0.926 | 10/20 | 11/03 16:29  KJR (1) | 0.550 |
| Zinc | EPA 6010 | 78012 | 1 | 133. | | mg/kg | 0.443 | 1.85 | 10/20 | 11/03 16:29  KJR (1) | 2300 |

13 parameter(s) reported

ND denotes Not Detected at or above the adjusted reporting limit.
DF denotes Dilution Factor of final sample. PF denotes sample Prep Factor which accounts for a non-routine sample size.
Reporting Limit is corrected for sample size, dilution and moisture content if applicable.
Qu this qualifiers. Specific qualifiers are defined at the end of the report.
For moisture results, wet denotes result is not corrected for moisture and n/a denotes not applicable.
(1a) pH less than 2.0 or greater than 12.5 is hazardous for corrosivity.
(1b) Flash point less than 140 degrees F is hazardous for ignitability.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (5) subcontract or field.

11/7/2006 10:02:14

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 05-035-1
Louisiana Dept. of Health and Hospitals / Drinking Water - LA090023
Florida Dept. of Health (NELAC) - E87003
Kansas Dept. of Health  Environment - E-10266
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270

page 77 of 141


**Pace Analytical**
New Orleans Laboratory

**Report of Laboratory Analysis**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02008

| | | |
|---|---|---|
| Client ID: **C1** | Client: | **LEE TECHNICAL SERVICES** |
| Project: **UPRR** | Site: | **None** |
| Lab ID: **20479409** | Project No.: | **2063683** |
| Description: **None** | Matrix: **Soil** | %Moisture: **Not Corrected** |
| | Collected: **10/18/06** | Received: **10/20/06** |

| Parameter Name | Method | Batch | DF | Result | Qu | Units | Adjusted MDL | Reporting Limit | Prep. | Analysis | Reg. Limit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Antimony | EPA 6010 | 78012 | 1 | 1.08 | J | mg/kg | 0.569 | 2.34 | 10/20 | 11/03 16:58 KJR (1) | 3.10 |
| Arsenic | EPA 6010 | 78012 | 1 | 4.94 | | mg/kg | 0.279 | 0.781 | 10/20 | 11/03 16:58 KJR (1) | 12.0 |
| Beryllium | EPA 6010 | 78012 | 1 | 0.570 | | mg/kg | 0.0348 | 0.391 | 10/20 | 11/03 16:58 KJR (1) | 8.00 |
| Cadmium | EPA 6010 | 78012 | 1 | 0.157 | J | mg/kg | 0.0345 | 0.391 | 10/20 | 11/03 16:58 KJR (1) | 3.90 |
| Chromium | EPA 6010 | 78012 | 1 | 9.67 | | mg/kg | 0.118 | 0.781 | 10/20 | 11/03 16:58 KJR (1) | 100. |
| Copper | EPA 6010 | 78012 | 1 | 17.7 | | mg/kg | 0.451 | 0.781 | 10/20 | 11/03 16:58 KJR (1) | 310. |
| Lead | EPA 6010 | 78012 | 1 | 15.8 | | mg/kg | 0.200 | 0.391 | 10/20 | 11/03 16:58 KJR (1) | 100. |
| Mercury | EPA 7471 | 78010 | 1 | 0.0278 | | mg/kg | 0.00159 | 0.0188 | 10/20 | 10/20 16:25 KDG (1) | |
| Nickel | EPA 6010 | 78012 | 1 | 18.4 | | mg/kg | 0.476 | 3.12 | 10/20 | 11/03 16:58 KJR (1) | 160. |
| Selenium | EPA 6010 | 78012 | 1 | 1.18 | J | mg/kg | 0.807 | 2.73 | 10/20 | 11/03 16:58 KJR (1) | 20.0 |
| Silver | EPA 6010 | 78012 | 1 | ND | | mg/kg | 0.142 | 0.781 | 10/20 | 11/03 16:58 KJR (1) | 39.0 |
| Thallium | EPA 6010 | 78012 | 1 | ND | | mg/kg | 0.356 | 0.781 | 10/20 | 11/03 16:58 KJR (1) | 0.550 |
| Zinc | EPA 6010 | 78012 | 1 | 44.2 | | mg/kg | 0.374 | 1.56 | 10/20 | 11/03 16:58 KJR (1) | 2300 |

13 parameter(s) reported

ND denotes Not Detected at or above the adjusted reporting limit.
DF denotes Dilution Factor of final sample. PF denotes sample Prep Factor which accounts for a non-routine sample size.
Reporting Limit is corrected for sample size, dilution and moisture content if applicable.
Qu list qualifiers. Specific qualifiers are defined at the end of this report.
For moisture results, wet denotes result is not corrected for moisture and dn denotes not applicable.
(1r) pH less than 2.0 or greater than 12.5 is hazardous for corrosivity.
(2x) Flash point less than 140 degrees F is hazardous for ignitability.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (0) subcontract or field.

11/7/2006 16:02:14

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02008
Arkansas Dept. of Environmental Quality - 06-006-1
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87686
Kansas Dept. of Health Environment - E-10298
U.S. Dept. of Agriculture Foreign Soil Permit - S-47279

http://clerkconnect.lpclerk.com/ImageViewer/PrintImage.aspx                        3/14/2016



**Report of Laboratory Analysis**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| Client ID: | C2 | Client: | LEE TECHNICAL SERVICES |
|---|---|---|---|
| Project: | UPRR | Site: | None |
| Lab ID: | 20479410 | Project No.: | 2063683 |
| Description: | None | Matrix: | Soil | %Moisture: | Not Corrected |
| | | Collected: | 10/18/06 | Received: | 10/20/06 |

| Parameter Name | Method | Batch | DF | Result | Qu | Units | Adjusted MDL | Reporting Limit | Prep. | Analysis | Reg. Limit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Antimony | EPA 6010 | 78012 | 1 | 0.685 J | | mg/kg | 0.662 | 2.73 | 10/20 | 11/03 17:02 KJR (1) | 3.10 |
| Arsenic | EPA 6010 | 78012 | 1 | ND | | mg/kg | 0.324 | 0.909 | 10/20 | 11/03 17:02 KJR (1) | 12.0 |
| Beryllium | EPA 6010 | 78012 | 1 | 0.599 | | mg/kg | 0.0405 | 0.455 | 10/20 | 11/03 17:02 KJR (1) | 8.00 |
| Cadmium | EPA 6010 | 78012 | 1 | 0.0943 J | | mg/kg | 0.0401 | 0.455 | 10/20 | 11/03 17:02 KJR (1) | 3.90 |
| Chromium | EPA 6010 | 78012 | 1 | 11.0 | | mg/kg | 0.137 | 0.909 | 10/20 | 11/03 17:02 KJR (1) | 100. |
| Copper | EPA 6010 | 78012 | 1 | 17.9 | | mg/kg | 0.525 | 0.909 | 10/20 | 11/03 17:02 KJR (1) | 310. |
| Lead | EPA 6010 | 78012 | 1 | 13.4 | | mg/kg | 0.233 | 0.455 | 10/20 | 11/03 17:02 KJR (1) | 100. |
| Mercury | EPA 7471 | 78010 | 1 | 0.0305 | | mg/kg | 0.00146 | 0.0171 | 10/20 | 10/20 16:27 KDG (1) | |
| Nickel | EPA 6010 | 78012 | 1 | 17.2 | | mg/kg | 0.554 | 3.64 | 10/20 | 11/03 17:02 KJR (1) | 160. |
| Selenium | EPA 6010 | 78012 | 1 | ND | | mg/kg | 0.939 | 3.18 | 10/20 | 11/03 17:02 KJR (1) | 20.0 |
| Silver | EPA 6010 | 78012 | 1 | ND | | mg/kg | 0.165 | 0.909 | 10/20 | 11/03 17:02 KJR (1) | 39.0 |
| Thallium | EPA 6010 | 78012 | 1 | ND | | mg/kg | 0.414 | 0.909 | 10/20 | 11/03 17:02 KJR (1) | 0.550 |
| Zinc | EPA 6010 | 78012 | 1 | 46.9 | | mg/kg | 0.435 | 1.82 | 10/20 | 11/03 17:02 KJR (1) | 2300 |

13 parameter(s) reported

ND denotes Not Detected at or above the adjusted reporting limit.
DF denotes Dilution Factor of final sample. DF denotes sample Prep Factor which accounts for a non-routine sample size.
Reporting Limit is corrected for sample size, dilution and moisture content if applicable.
Qu data qualifiers. Specific qualifiers are defined at the end of the report.
For moisture results, wet denotes result is not corrected for moisture and n/a denotes not applicable.
(1a) pH less than 2.0 or greater than 12.5 is hazardous for corrosivity.
(1b) Flash point less than 140 degrees F is hazardous for ignitability.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (0) subcontract or field.

11/3/2006 16:07:14

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 06-035-T
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060073
Florida Dept. of Health (NELAC) - E87309
Kansas Dept. of Health Environment - E-10266
U.S. Dept. of Agriculture Foreign Soil Permit - S-47276



**Report of Laboratory Analysis**

*Pace Analytical Services, Inc.*
*1000 Riverbend Blvd. Suite F*
*St. Rose , LA 70087*

*Phone: 504.469.0333*
*Fax: 504.469.0555*
*LELAP # 02006*

| | |
|---|---|
| Client ID: C3 | Client: LEE TECHNICAL SERVICES |
| Project: UPRR | Site: None |
| Lab ID: 20479411 | Project No.: 2063683 |
| Description: None | Matrix: Soil     %Moisture: Not Corrected |
| | Collected: 10/18/06     Received: 10/20/06 |

| Parameter Name | Method | Batch | DF | Result | Qu | Units | Adjusted MDL | Reporting Limit | Prep. | Analysis | Reg. Limit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Antimony | EPA 6010 | 78012 | 1 | 9.30 | | mg/kg | 0.607 | 2.50 | 10/20 | 11/03 17:06  KJR (1) | 3.10 |
| Arsenic | EPA 6010 | 78012 | 1 | 7.07 | | mg/kg | 0.297 | 0.833 | 10/20 | 11/03 17:06  KJR (1) | 12.0 |
| Beryllium | EPA 6010 | 78012 | 1 | 0.335 J | | mg/kg | 0.0372 | 0.417 | 10/20 | 11/03 17:06  KJR (1) | 8.00 |
| Cadmium | EPA 6010 | 78012 | 1 | 0.329 J | | mg/kg | 0.0368 | 0.417 | 10/20 | 11/03 17:06  KJR (1) | 3.90 |
| Chromium | EPA 6010 | 78012 | 1 | 4.50 | | mg/kg | 0.126 | 0.833 | 10/20 | 11/03 17:06  KJR (1) | 100. |
| Copper | EPA 6010 | 78012 | 1 | 199. | | mg/kg | 0.481 | 0.833 | 10/20 | 11/03 17:06  KJR (1) | 310. |
| Lead | EPA 6010 | 78012 | 1 | 157. | | mg/kg | 0.214 | 0.417 | 10/20 | 11/03 17:06  KJR (1) | 100. |
| Mercury | EPA 7471 | 78010 | 1 | 0.0429 | | mg/kg | 0.00159 | 0.0188 | 10/20 | 10/20 16:29  KDG (1) | |
| Nickel | EPA 6010 | 78012 | 1 | 39.8 | | mg/kg | 0.508 | 3.33 | 10/20 | 11/03 17:06  KJR (1) | 160. |
| Selenium | EPA 6010 | 78012 | 1 | 0.963 J | | mg/kg | 0.861 | 2.92 | 10/20 | 11/03 17:06  KJR (1) | 20.0 |
| Silver | EPA 6010 | 78012 | 1 | ND | | mg/kg | 0.151 | 0.833 | 10/20 | 11/03 17:06  KJR (1) | 39.0 |
| Thallium | EPA 6010 | 78012 | 1 | 0.662 J | | mg/kg | 0.380 | 0.833 | 10/20 | 11/03 17:06  KJR (1) | 0.550 |
| Zinc | EPA 6010 | 78012 | 1 | 74.2 | | mg/kg | 0.359 | 1.67 | 10/20 | 11/03 17:06  KJR (1) | 2300 |

13 parameter(s) reported

ND denotes Not Detected at or above the adjusted reporting limit.
DF denotes Dilution Factor of final sample. PF denotes sample Prep Factor which accounts for a non-routine sample size.
Reporting Limit is corrected for sample size, dilution and moisture content if applicable.
Qu lists qualifiers. Specific qualifiers are defined at the end of the report.
For moisture results, wet denotes result is not corrected for moisture and n/c denotes not applicable.
(14) pH less than 2.0 or greater than 12.5 is hazardous for corrosivity.
(1b) Flash point less than 140 degrees F is hazardous for ignitability.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (8) subcontract or field.

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 03-021
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87893
Kansas Dept. of Health Environment - E-02266
U.S. Dept. of Agriculture Foreign Soil Permit - S-47278

page 80 of 141



**Report of Laboratory Analysis**

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| | |
|---|---|
| Client ID: C4 | Client: LEE TECHNICAL SERVICES |
| Project: UPRR | Site: None |
| Lab ID: 20479412 | Project No.: 2063683 |
| Description: None | Matrix: Soil    %Moisture: Not Corrected |
| | Collected: 10/18/06    Received: 10/20/06 |

| ParameterName | Method | Batch | DF | Result | Qu | Units | Adjusted MDL | Reporting Limit | Prep. | Analysis | Reg. Limit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Antimony | EPA 6010 | 78012 | 1 | 2.54 | J | mg/kg | 0.674 | 2.78 | 10/20 | 11/03 17:13 KJR (1) | 3.10 |
| Arsenic | EPA 6010 | 78012 | 1 | 3.13 | | mg/kg | 0.330 | 0.926 | 10/20 | 11/03 17:13 KJR (1) | 12.0 |
| Beryllium | EPA 6010 | 78012 | 1 | 0.429 | J | mg/kg | 0.0413 | 0.463 | 10/20 | 11/03 17:13 KJR (1) | 8.00 |
| Cadmium | EPA 6010 | 78012 | 1 | 0.419 | J | mg/kg | 0.0408 | 0.463 | 10/20 | 11/03 17:13 KJR (1) | 3.90 |
| Chromium | EPA 6010 | 78012 | 1 | 8.49 | | mg/kg | 0.140 | 0.926 | 10/20 | 11/03 17:13 KJR (1) | 100. |
| Copper | EPA 6010 | 78012 | 1 | 144. | | mg/kg | 0.535 | 0.926 | 10/20 | 11/03 17:13 KJR (1) | 310. |
| Lead | EPA 6010 | 78012 | 1 | 265. | | mg/kg | 0.238 | 0.463 | 10/20 | 11/03 17:13 KJR (1) | 100. |
| Mercury | EPA 7471 | 78010 | 1 | 0.0829 | J | mg/kg | 0.00165 | 0.0194 | 10/20 | 10/20 16:31 KDG (1) | |
| Nickel | EPA 6010 | 78012 | 1 | 13.5 | | mg/kg | 0.564 | 3.70 | 10/20 | 11/03 17:13 KJR (1) | 160. |
| Selenium | EPA 6010 | 78012 | 1 | 0.993 | J | mg/kg | 0.956 | 3.24 | 10/20 | 11/03 17:13 KJR (1) | 20.0 |
| Silver | EPA 6010 | 78012 | 1 | ND | | mg/kg | 0.168 | 0.926 | 10/20 | 11/03 17:13 KJR (1) | 39.0 |
| Thallium | EPA 6010 | 78012 | 1 | ND | | mg/kg | 0.422 | 0.926 | 10/20 | 11/03 17:13 KJR (1) | 0.550 |
| Zinc | EPA 6010 | 78012 | 1 | 123. | | mg/kg | 0.443 | 1.85 | 10/20 | 11/03 17:13 KJR (1) | 2300 |

(3 parameter(s) reported)

ND denotes Not Detected at or above the adjusted reporting limit.
DF denotes Dilution Factor of final sample. FF denotes sample Prep Factor which accounts for a non-routine sample size.
Reporting Limit is corrected for sample size, dilution and moisture content if applicable.
Qu then qualifies. Specific qualifiers are defined at the end of the report.
For moisture results, wet denotes result is not corrected for moisture and dn denotes not applicable.
(1a) pH less than 2.0 or greater than 12.5 is hazardous for corrosivity.
(1b) Flash point less than 140 degrees F is hazardous for ignitability.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Sulphur City, (4) Houston, or (0) subcontract or field.

11/3/2006 14:52:35
New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0477
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87060
Kansas Dept. of Health Environment - E-10296
U.S. Dept. of Agriculture Foreign Soil Permit - S-47279

page 81 of 141



**Pace Analytical®**
New Orleans Laboratory

### Report of Laboratory Analysis

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose , LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| | | |
|---|---|---|
| Client ID: **C5** | Client: **LEE TECHNICAL SERVICES** | |
| Project: **UPRR** | Site: **None** | |
| Lab ID: **20479413** | Project No.: **2063683** | |
| Description: **None** | Matrix: **Soil** | %Moisture: **Not Corrected** |
| | Collected: **10/18/06** | Received: **10/20/06** |

| Parameter Name | Method | Batch | DF | Result | Qu | Units | Adjusted MDL | Reporting Limit | Prep. | Analysis | Reg. Limit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Antimony | EPA 6010 | 78012 | 1 | 12.5 | | mg/kg | 0.506 | 2.08 | 10/20 | 11/03 17:17 KJR (1) | 3.10 |
| Arsenic | EPA 6010 | 78012 | 1 | 12.1 | | mg/kg | 0.248 | 0.694 | 10/20 | 11/03 17:17 KJR (1) | 12.0 |
| Beryllium | EPA 6010 | 78012 | 1 | 0.273 J | | mg/kg | 0.0310 | 0.347 | 10/20 | 11/03 17:17 KJR (1) | 8.00 |
| Cadmium | EPA 6010 | 78012 | 1 | 0.389 | | mg/kg | 0.0306 | 0.347 | 10/20 | 11/03 17:17 KJR (1) | 3.90 |
| Chromium | EPA 6010 | 78012 | 1 | 4.45 | | mg/kg | 0.105 | 0.694 | 10/20 | 11/03 17:17 KJR (1) | 100. |
| Copper | EPA 6010 | 78012 | 1 | 365. | | mg/kg | 0.401 | 0.694 | 10/20 | 11/03 17:17 KJR (1) | 310. |
| Lead | EPA 6010 | 78012 | 1 | 320. | | mg/kg | 0.178 | 0.347 | 10/20 | 11/03 17:17 KJR (1) | 100. |
| Mercury | EPA 7471 | 78010 | 1 | 0.0350 | | mg/kg | 0.00150 | 0.0176 | 10/20 | 10/20 16:33 KDG (1) | |
| Nickel | EPA 6010 | 78012 | 1 | 44.4 | | mg/kg | 0.423 | 2.78 | 10/20 | 11/03 17:17 KJR (1) | 160. |
| Selenium | EPA 6010 | 78012 | 1 | ND | | mg/kg | 0.717 | 2.43 | 10/20 | 11/03 17:17 KJR (1) | 20.0 |
| Silver | EPA 6010 | 78012 | 1 | ND | | mg/kg | 0.126 | 0.694 | 10/20 | 11/03 17:17 KJR (1) | 39.0 |
| Thallium | EPA 6010 | 78012 | 1 | ND | | mg/kg | 0.317 | 0.694 | 10/20 | 11/03 17:17 KJR (1) | 0.550 |
| Zinc | EPA 6010 | 78012 | 1 | 113. | | mg/kg | 0.332 | 1.39 | 10/20 | 11/03 17:17 KJR (1) | 2300 |

13 parameter(s) reported

11/13/2006 14:02:15

ND denotes Not Detected at or above the adjusted reporting limit.
DF denotes Dilution Factor of final sample. FF denotes sample Prep Factor which accounts for a non-routine sample size.
Reporting Limit is corrected for sample size, dilution and moisture content if applicable.
Qu flag qualifiers. Specific qualifiers are defined at the end of this report.
For moisture results, not denotes result is not corrected for moisture and n/a denotes not applicable.
(1a) pH less than 2.0 or greater than 12.5 is hazardous for corrosivity.
(1b) Flash point less than 140 degrees F is hazardous for ignitability.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (5) subcontract or field.

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0165
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87185
Kansas Dept. of Health  Environment - E-10286
U.S. Dept. of Agriculture Foreign Soil Permit - S-47370

page 82 of 141


41212523

## Report of Laboratory Analysis

**Pace Analytical®**
New Orleans Laboratory

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose , LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| | |
|---|---|
| Client ID: C6 | Client: LEE TECHNICAL SERVICES |
| Project: UPRR | Site: None |
| Lab ID: 20479414 | Project No.: 2063683 |
| Description: None | Matrix: Soil   %Moisture: Not Corrected |
| | Collected: 10/18/06   Received: 10/20/06 |

| Parameter Name | Method | Batch | DF | Result | Qu | Units | Adjusted MDL | Reporting Limit | Prep. | Analysis | Reg. Limit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Antimony | EPA 6010 | 78012 | 1 | 18.8 | | mg/kg | 0.617 | 2.54 | 10/20 | 11/03 17:22 KJR (1) | 3.10 |
| Arsenic | EPA 6010 | 78012 | 1 | 12.0 | | mg/kg | 0.302 | 0.847 | 10/20 | 11/03 17:22 KJR (1) | 12.0 |
| Beryllium | EPA 6010 | 78012 | 1 | 0.337 J | | mg/kg | 0.0378 | 0.424 | 10/20 | 11/03 17:22 KJR (1) | 8.00 |
| Cadmium | EPA 6010 | 78012 | 1 | 0.625 | | mg/kg | 0.0374 | 0.424 | 10/20 | 11/03 17:22 KJR (1) | 3.90 |
| Chromium | EPA 6010 | 78012 | 1 | 5.35 | | mg/kg | 0.128 | 0.847 | 10/20 | 11/03 17:22 KJR (1) | 100. |
| Copper | EPA 6010 | 78012 | 1 | 539. | | mg/kg | 0.490 | 0.847 | 10/20 | 11/03 17:22 KJR (1) | 310. |
| Lead | EPA 6010 | 78012 | 1 | 250. | | mg/kg | 0.217 | 0.424 | 10/20 | 11/03 17:22 KJR (1) | 100. |
| Mercury | EPA 7471 | 78010 | 1 | 0.217 | | mg/kg | 0.00150 | 0.0176 | 10/20 | 10/20 16:38 KDG (1) | |
| Nickel | EPA 6010 | 78012 | 1 | 42.7 | | mg/kg | 0.517 | 3.39 | 10/20 | 11/03 17:22 KJR (1) | 160. |
| Selenium | EPA 6010 | 78012 | 1 | 1.86 J | | mg/kg | 0.875 | 2.97 | 10/20 | 11/03 17:22 KJR (1) | 20.0 |
| Silver | EPA 6010 | 78012 | 1 | ND | | mg/kg | 0.154 | 0.847 | 10/20 | 11/03 17:22 KJR (1) | 39.0 |
| Thallium | EPA 6010 | 78012 | 1 | 1.17 | | mg/kg | 0.386 | 0.847 | 10/20 | 11/03 17:22 KJR (1) | 0.550 |
| Zinc | EPA 6010 | 78012 | 1 | 150. | | mg/kg | 0.406 | 1.69 | 10/20 | 11/03 17:22 KJR (1) | 2300 |

13 parameter(s) reported

ND denotes Not Detected at or above the adjusted reporting limit.
DF denotes Dilution Factor of final sample. PF denotes sample Prep Factor which accounts for a non-routine sample size.
Reporting Limit is corrected for sample size, dilution and moisture content if applicable.
Qu data qualifiers. Specific qualifiers are defined at the end of the report.
For moisture results, wet denotes result is not corrected for moisture and wb denotes not applicable.
(1st) pH less than 2.0 or greater than 12.5 is hazardous for corrosivity.
(1b) Flash point less than 140 degrees F is hazardous for ignitability.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (M) subcontract or field.

11/1/2006 10:02:35

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0861
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87383
Kansas Dept. of Health   Environment - E-10298
U.S. Dept. of Agriculture Foreign Soil Permit - S-47370



**Pace Analytical®**
New Orleans Laboratory

## Report of Laboratory Analysis

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| | | | | |
|---|---|---|---|---|
| Client ID: | W1 | | Client: | LEE TECHNICAL SERVICES |
| Project: | UPRR | | Site: | None |
| Lab ID: | 20479415 | | Project No.: | 2063683 |
| Description: | None | | Matrix: | Water | %Moisture: | n/a |
| | | | Collected: | 10/18/06 | Received: | 10/20/06 |

| ParameterName | Method | Batch | DF | Result | Qu | Units | Adjusted MDL | Reporting Limit | Prep. | Analysis | Reg. Limit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Antimony | EPA 6010 | 78035 | 1 | ND | | mg/L | 0.0111 | 0.0120 | 10/23 | 10/23 13:22 KJR (1) | 0.00600 |
| Arsenic | EPA 6010 | 78035 | 1 | 0.0220 | | mg/L | 0.00605 | 0.0100 | 10/23 | 10/23 13:22 KJR (1) | 0.0100 |
| Beryllium | EPA 6010 | 78035 | 1 | 0.000820J | | mg/L | 0.000380 | 0.00400 | 10/23 | 10/23 13:22 KJR (1) | 0.00400 |
| Cadmium | EPA 6010 | 78035 | 1 | ND | | mg/L | 0.000374 | 0.00500 | 10/23 | 10/23 13:22 KJR (1) | 0.00500 |
| Chromium | EPA 6010 | 78035 | 1 | ND | | mg/L | 0.00131 | 0.0100 | 10/23 | 10/23 13:22 KJR (1) | 0.100 |
| Copper | EPA 6010 | 78035 | 1 | 0.0295 | | mg/L | 0.00318 | 0.0100 | 10/23 | 10/23 13:22 KJR (1) | 1.30 |
| Lead | EPA 6010 | 78035 | 1 | 0.0924 | | mg/L | 0.00290 | 0.00500 | 10/23 | 10/23 13:22 KJR (1) | 0.0150 |
| Mercury | EPA 7470 | 77995 | 1 | 0.07871 | | ug/L | 0.0111 | 0.200 | 10/20 | 10/20 14:44 KDG (1) | |
| Nickel | EPA 6010 | 78035 | 1 | ND | | mg/L | 0.0285 | 0.0400 | 10/23 | 10/23 13:22 KJR (1) | 0.0730 |
| Selenium | EPA 6010 | 78035 | 1 | ND | | mg/L | 0.00591 | 0.0350 | 10/23 | 10/23 13:22 KJR (1) | 0.0500 |
| Silver | EPA 6010 | 78035 | 1 | ND | | mg/L | 0.00150 | 0.0100 | 10/23 | 10/23 13:22 KJR (1) | 0.0180 |
| Thallium | EPA 6010 | 78035 | 1 | ND | | mg/L | 0.00431 | 0.00500 | 10/23 | 10/23 13:22 KJR (1) | 0.00200 |
| Zinc | EPA 6010 | 78035 | 1 | 0.116 | | mg/L | 0.00262 | 0.0200 | 10/23 | 10/23 13:22 KJR (1) | 1.10 |

13 parameter(s) reported

ND denotes Not Detected at or above the adjusted reporting limit.
DF denotes Dilution Factor of final sample. TF denotes sample Prep Factor which accounts for a non-routine sample size.
Reporting Limit is corrected for sample size, dilution and moisture content if applicable.
Qu lists qualifiers. Specific qualifiers are defined at the end of the report.
For moisture results, wet density result is not corrected for moisture and n/a denotes not applicable.
(14) pH less than 2.0 or greater than 12.5 is hazardous for corrosivity.
(1b) Flash point less than 140 degrees F is hazardous for ignitability.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Hno mac. or (5) subcontract or field.

11/7/2006 16:02:13
New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0461
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060013
Florida Dept. of Health (NELAC) - E87385
Kansas Dept. of Health Environment - E-10286
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270

page 84 of 141



**Report of Quality Control**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| Method: EPA 8260 | Project: 2063683 | LCS: 20479441 | 10/20/2006 3:22:00 PM |
| | Batch: 77997 | MS: 20479442 | 10/20/2006 5:17:00 PM |
| | Units: ug/L | Original for MS: 20479415 | Client Sample |

| Parameter Name | LCS Spike | LCS %Rec | LCSD %Rec | LCS RPD | MS Spike | MS %Rec | MSD %Rec | (1)MS RPD | QC Limits LCS | MS/MSD | Max RPD | Qu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acetone | 50 | 55 | | | 50 | 53 | 54 | 2 | 22 - 165 | 11 - 171 | 20 | A11 |
| Benzene | 50 | 97 | | | 50 | 98 | 99 | 1 | 70 - 135 | 60 - 144 | 20 | |
| Bromodichloromethane | 50 | 92 | | | 50 | 99 | 99 | 0 | 61 - 136 | 59 - 156 | 20 | |
| Bromoform | 50 | 82 | | | 50 | 88 | 94 | 7 | 56 - 154 | 50 - 153 | 20 | |
| Bromomethane | 50 | 100 | | | 50 | 107 | 101 | 6 | 44 - 158 | 37 - 165 | 20 | |
| 2-Butanone (MEK) | 50 | 48 | | | 50 | 38 | 42 | 11 | 32 - 157 | 20 - 168 | 20 | A11 |
| Carbon disulfide | 50 | 88 | | | 50 | 97 | 95 | 2 | 40 - 147 | 36 - 152 | 20 | |
| Carbon tetrachloride | 50 | 100 | | | 50 | 100 | 98 | 2 | 50 - 166 | 44 - 170 | 20 | |
| Chlorobenzene | 50 | 113 | | | 50 | 115 | 113 | 2 | 73 - 129 | 67 - 134 | 20 | |
| Chloroethane | 50 | 91 | | | 50 | 110 | 103 | 6 | 38 - 163 | 34 - 170 | 20 | |
| Chloroform | 50 | 110 | | | 50 | 121 | 116 | 4 | 71 - 133 | 64 - 140 | 20 | |
| Chloromethane | 50 | 89 | | | 50 | 93 | 87 | 7 | 32 - 149 | 22 - 163 | 20 | |
| 1,2-Dibromo-3-chloropropane | 50 | 65 | | | 50 | 77 | 81 | 6 | 34 - 145 | 28 - 150 | 20 | |
| Dibromochloromethane | 50 | 89 | | | 50 | 95 | 95 | 0 | 63 - 147 | 58 - 147 | 20 | |
| 1,2-Dichlorobenzene | 50 | 97 | | | 50 | | | | 67 - 135 | 61 - 139 | 20 | |
| 1,3-Dichlorobenzene | 50 | 101 | | | 50 | | | | 69 - 129 | 66 - 134 | 20 | |
| 1,4-Dichlorobenzene | 50 | 102 | | | 50 | | | | 66 - 133 | 64 - 133 | 20 | |
| 1,1-Dichloroethane | 50 | 96 | | | 50 | 104 | 102 | 2 | 64 - 135 | 59 - 142 | 20 | |
| 1,2-Dichloroethane | 50 | 88 | | | 50 | 93 | 96 | 3 | 53 - 164 | 51 - 161 | 20 | |
| 1,1-Dichloroethene | 50 | 103 | | | 50 | 114 | 111 | 3 | 51 - 143 | 44 - 152 | 20 | |
| cis-1,2-Dichloroethene | 50 | 107 | | | 50 | 116 | 114 | 2 | 59 - 139 | 56 - 145 | 20 | |
| trans-1,2-Dichloroethene | 50 | 104 | | | 50 | 111 | 108 | 3 | 59 - 139 | 56 - 145 | 20 | |
| 1,2-Dichloropropane | 50 | 92 | | | 50 | 97 | 96 | 2 | 69 - 135 | 66 - 138 | 20 | |
| cis-1,3-Dichloropropene | 50 | 98 | | | 50 | 103 | 103 | 1 | 66 - 141 | 58 - 142 | 20 | |
| trans-1,3-Dichloropropene | 50 | 92 | | | 50 | 95 | 98 | 3 | 57 - 150 | 50 - 151 | 20 | |
| Ethylbenzene | 50 | 107 | | | 50 | 107 | 105 | 1 | 67 - 132 | 58 - 138 | 20 | |
| Hexachloro-1,3-butadiene | 50 | 89 | | | 50 | | | | 33 - 167 | 27 - 195 | 20 | |
| Isobutanol | 1050 | 58 | | | 1050 | 66 | 76 | 14 | 32 - 160 | 26 - 169 | 20 | |
| Methylene chloride | 50 | 114 | | | 50 | 122 | 121 | 1 | 29 - 159 | 19 - 158 | 20 | A11 |
| 4-Methyl-2-pentanone (MIBK) | 50 | 68 | | | 50 | 72 | 76 | 6 | 13 - 162 | 10 - 157 | 20 | |
| Methyl-tert-butyl ether | 50 | 101 | | | 50 | 68 | 119 | 54 * | 48 - 145 | 39 - 157 | 20 | |
| Naphthalene | 50 | 70 | | | 50 | | | | 39 - 140 | 23 - 148 | 20 | |
| Styrene | 50 | 118 | | | 50 | 122 | 121 | 1 | 71 - 134 | 54 - 144 | 20 | |
| 1,1,1,2-Tetrachloroethane | 50 | 108 | | | 50 | 112 | 109 | 3 | 73 - 146 | 65 - 150 | 20 | |
| 1,1,2,2-Tetrachloroethane | 50 | 77 | | | 50 | 79 | 83 | 4 | 50 - 142 | 46 - 145 | 20 | |
| Tetrachloroethene | 50 | 165 * | | | 50 | 114 | 109 | 4 | 42 - 156 | 39 - 151 | 20 | Q10 |
| Toluene | 50 | 102 | | | 50 | 104 | 101 | 3 | 72 - 132 | 64 - 139 | 20 | |
| 1,2,4-Trichlorobenzene | 50 | 93 | | | 50 | 130 | 133 | 2 | 56 - 144 | 46 - 149 | 20 | |
| 1,1,1-Trichloroethane | 50 | 103 | | | 50 | 111 | 104 | 6 | 65 - 136 | 59 - 141 | 20 | |
| 1,1,2-Trichloroethane | 50 | 87 | | | 50 | 95 | 95 | 1 | 67 - 144 | 60 - 146 | 20 | |
| Trichloroethene | 50 | 112 | | | 50 | 112 | 109 | 3 | 66 - 136 | 61 - 141 | 20 | |
| Trichlorofluoromethane | 50 | 108 | | | 50 | 159 | 147 | 8 | 42 - 161 | 38 - 160 | 20 | |

* denotes recovery outside of QC limits.
MS spike concentrations are not corrected for analyte content of the spiked sample.
(1) MS RPD is calculated via SW-846 rules; on the basis of spiked sample concentrations rather than spike recoveries.

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0981
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060033
Florida Dept. of Health (NELAC) - E87585
Kansas Dept. of Health /Environment - E-10286
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270

11/3/2006 16:02:11



**Pace Analytical**
New Orleans Laboratory

## Report of Quality Control

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose , LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| | | | |
|---|---|---|---|
| Method: EPA 8260 | Project: 2063683 | LCS: 20479441 | 10/20/2006 3:22:00 PM |
| | Batch: 77997 | MS: 20479442 | 10/20/2006 5:17:00 PM |
| | Units: ug/L | Original for MS: 20479415 | Client Sample |

| Parameter Name | LCS Spike | LCS %Rec | LCSD %Rec | LCS RPD | MS Spike | MS %Rec | MSD %Rec | (1)MS RPD | QC Limits LCS | QC Limits MS/MSD | Max RPD | Qu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vinyl chloride | 50 | 91 | | | 50 | 97 | 91 | 7 | 40 - 146 | 28 - 161 | 20 | |
| m&p-Xylene | 100 | 116 | | | 100 | 114 | 112 | 2 | 70 - 129 | 66 - 132 | 20 | |
| o-Xylene | 50 | 111 | | | 50 | 112 | 111 | 1 | 70 - 129 | 66 - 132 | 20 | |

43 compound(s) reported

* denotes recovery outside of QC limits.
MS spike concentrations are not corrected for moisture content of the spiked sample.
(1) MS RPD is calculated via SW-846 rules; on the basis of spiked sample concentrations rather than spike recoveries.

11/7/2006 16:02:11

New Orleans Laboratory Certification
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 89-0981
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87388
Kansas Dept. of Health Environment - E-10246
U.S. Dept. of Agriculture Foreign Soil Permit - S-47370

http://clerkconnect.lpclerk.com/ImageViewer/PrintImage.aspx                      3/14/2016



**Report of Quality Control**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Method: __EPA 8260__ | | | Project: __2063683__ | | | LCS: __20480132__ 10/25/2006 10:40:00 P | | | | | |
| | | | Batch: __78144__ | | | MS: __20480114__ 10/25/2006 8:07:00 PM | | | | | |
| | | | Units: __ug/kg__ | | | Original for MS: 20480053  Batch Sample | | | | | |

| Parameter Name | LCS Spike | LCS %Rec | LCSD %Rec | LCS RPD | MS Spike | MS %Rec | MSD %Rec | (1)MS RPD | QC Limit LCS | QC Limit MS/MSD | Max RPD | Qu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acetone | 50 | 37 | | | 50 | 56 | 64 | 14 | 11 - 166 | 10 - 183 | 20 | A11 |
| Benzene | 50 | 98 | | | 50 | 86 | 86 | 0 | 65 - 136 | 33 - 143 | 20 | |
| Bromodichloromethane | 50 | 93 | | | 50 | 76 | 77 | 2 | 56 - 157 | 14 - 155 | 20 | |
| Bromoform | 50 | 83 | | | 50 | 66 | 68 | 3 | 46 - 156 | 10 - 152 | 20 | |
| Bromomethane | 50 | 109 | | | 50 | 93 | 93 | 1 | 41 - 159 | 14 - 162 | 20 | |
| 2-Butanone (MEK) | 50 | 57 | | | 50 | 47 | 51 | 10 | 17 - 164 | 10 - 166 | 20 | A11 |
| Carbon disulfide | 50 | 87 | | | 50 | 80 | 78 | 2 | 38 - 150 | 14 - 148 | 20 | |
| Carbon tetrachloride | 50 | 100 | | | 50 | 88 | 87 | 1 | 44 - 166 | 17 - 160 | 20 | |
| Chlorobenzene | 50 | 95 | | | 50 | 83 | 82 | 2 | 65 - 134 | 14 - 145 | 20 | |
| Chloroethane | 50 | 134 | | | 50 | 115 | 112 | 3 | 34 - 166 | 28 - 158 | 20 | |
| Chloroform | 50 | 98 | | | 50 | 84 | 84 | 0 | 68 - 134 | 35 - 141 | 20 | |
| Chloromethane | 50 | 122 | | | 50 | 105 | 105 | 0 | 21 - 152 | 10 - 158 | 20 | |
| 1,2-Dibromo-3-chloropropane | 50 | 79 | | | 50 | 64 | 70 | 9 | 23 - 147 | 10 - 147 | 20 | |
| Dibromochloromethane | 50 | 84 | | | 50 | 69 | 71 | 3 | 53 - 150 | 10 - 153 | 20 | |
| 1,2-Dichlorobenzene | 50 | 88 | | | 50 | 74 | 74 | 0 | 67 - 133 | 10 - 134 | 20 | |
| 1,3-Dichlorobenzene | 50 | 89 | | | 50 | 77 | 77 | 1 | 64 - 132 | 10 - 131 | 20 | |
| 1,4-Dichlorobenzene | 50 | 88 | | | 50 | 77 | 76 | 1 | 64 - 131 | 10 - 130 | 20 | |
| 1,1-Dichloroethane | 50 | 94 | | | 50 | 81 | 82 | 1 | 61 - 135 | 36 - 141 | 20 | |
| 1,2-Dichloroethane | 50 | 89 | | | 50 | 70 | 74 | 5 | 46 - 162 | 15 - 158 | 20 | |
| 1,1-Dichloroethene | 50 | 102 | | | 50 | 91 | 90 | 1 | 50 - 144 | 31 - 149 | 20 | |
| cis-1,2-Dichloroethene | 50 | 95 | | | 50 | 80 | 79 | 1 | 56 - 142 | 26 - 140 | 20 | |
| trans-1,2-Dichloroethene | 50 | 96 | | | 50 | 93 | 87 | 7 | 56 - 138 | 29 - 142 | 20 | |
| 1,2-Dichloropropane | 50 | 93 | | | 50 | 77 | 79 | 3 | 64 - 136 | 28 - 141 | 20 | |
| cis-1,3-Dichloropropene | 50 | 94 | | | 50 | 76 | 78 | 2 | 58 - 142 | 10 - 145 | 20 | |
| trans-1,3-Dichloropropene | 50 | 87 | | | 50 | 67 | 70 | 4 | 47 - 152 | 10 - 149 | 20 | |
| Ethylbenzene | 50 | 95 | | | 50 | 88 | 85 | 2 | 62 - 134 | 11 - 144 | 20 | |
| Hexachloro-1,3-butadiene | 50 | 92 | | | 50 | 59 * | 53 * | 10 | 65 - 158 | 70 - 130 | 20 | Q1 |
| Isobutanol | 1050 | 69 | | | 1050 | 56 | 63 | 12 | 14 - 161 | 10 - 167 | 20 | |
| Methylene chloride | 50 | 108 | | | 50 | 89 | 87 | 2 | 23 - 161 | 10 - 146 | 20 | A11 |
| 4-Methyl-2-pentanone (MIBK) | 50 | 78 | | | 50 | 64 | 68 | 6 | 10 - 167 | 10 - 150 | 20 | |
| Methyl-tert-butyl ether | 50 | 94 | | | 50 | 56 | 57 | 1 | 41 - 150 | 10 - 151 | 20 | |
| Naphthalene | 50 | 77 | | | 50 | 57 | 63 | 11 | 48 - 133 | 10 - 191 | 20 | |
| Styrene | 50 | 97 | | | 50 | 82 | 81 | 1 | 64 - 138 | 10 - 145 | 20 | |
| 1,1,1,2-Tetrachloroethane | 50 | 93 | | | 50 | 81 | 79 | 2 | 56 - 154 | 10 - 162 | 20 | |
| 1,1,2,2-Tetrachloroethane | 50 | 81 | | | 50 | 65 | 65 | 0 | 41 - 144 | 10 - 162 | 20 | |
| Tetrachloroethene | 50 | 95 | | | 50 | 192 * | 177 | 8 | 30 - 161 | 10 - 179 | 20 | Q1 |
| Toluene | 50 | 95 | | | 50 | 84 | 83 | 1 | 65 - 135 | 21 - 147 | 20 | |
| 1,2,4-Trichlorobenzene | 50 | 77 | | | 50 | 56 | 57 | 2 | 44 - 147 | 10 - 129 | 20 | |
| 1,1,1-Trichloroethane | 50 | 97 | | | 50 | 85 | 83 | 2 | 57 - 139 | 32 - 144 | 20 | |
| 1,1,2-Trichloroethane | 50 | 89 | | | 50 | 69 | 70 | 2 | 59 - 145 | 13 - 150 | 20 | |
| Trichloroethene | 50 | 99 | | | 50 | 92 | 90 | 1 | 64 - 139 | 24 - 152 | 20 | |
| Trichlorofluoromethane | 50 | 140 | | | 50 | 119 | 117 | 1 | 39 - 157 | 20 - 153 | 20 | |

* denotes recovery outside of QC limits.
MS spike concentrations are not corrected for moisture content of the spiked sample.
(1) MS RPD is calculated via SW-846 rules; on the basis of spiked sample concentrations rather than spike recoveries.

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0061
Louisiana Dept. of Health and Hospitals / Drinking Water - LA080023
Florida Dept. of Health (NELAC) - E87366
Kansas Dept. of Health Environment - E-10246
U.S. Dept. of Agriculture Foreign Soil Permit - S-41270

11/7/2006 16:02:18

page 87 of 141


**Pace Analytical®**
*New Orleans Laboratory*

**Report of Quality Control**

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| Method: EPA 8260 | | | | Project: 2063683 | | LCS: 20480132  10/25/2006 10:40:00 P |
|---|---|---|---|---|---|---|
| | | | | Batch: 78144 | | MS: 20480114   10/25/2006 8:07:00 PM |
| | | | | Units: ug/kg | | Original for MS: 20480053  Batch Sample |

| Parameter Name | LCS Spike | LCS %Rec | LCSD %Rec | LCS RPD | MS Spike | MS %Rec | MSD %Rec | (1)MS RPD | QC Limits LCS | QC Limits MS/MSD | Max RPD | Qu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vinyl chloride | 50 | 122 | | | 50 | 107 | 105 | 1 | 33 - 145 | 15 - 153 | 20 | |
| m&p-Xylene | 100 | 96 | | | 100 | 86 | 84 | 3 | 60 - 138 | 10 - 147 | 20 | |
| o-Xylene | 50 | 93 | | | 50 | 82 | 80 | 3 | 62 - 139 | 10 - 149 | 20 | |

45 compound(s) reported

* denotes recovery outside of QC limits.
MS spike concentrations are not corrected for moisture content of the spiked sample.
(1) MS RPD is calculated via SW-846 rules on the basis of spiked sample concentrations rather than spike recoveries.

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0651
Louisiana Dept. of Health and Hospitals / Drinking Water - LA960033
Florida Dept. of Health (NELAC) - E87585
Kansas Dept. of Health Environment - E-10206
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270

page 88 of 141



**Report of Quality Control**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0033
Fax: 504.469.0555
LELAP # 02006

| | | | |
|---|---|---|---|
| Method: EPA 8260 | Project: 2063683 | LCS: 204B0871 | 10/27/2006 10:12:00 P |
| | Batch: 78144 | MS: | |
| | Units: ug/kg | Original for MS: | |

| Parameter Name | LCS Spike | LCS %Rec | LCSD %Rec | LCS RPD | MS Spike | MS %Rec | MSD %Rec | (1)MS RPD | QC Limits LCS MS/MSD | Max RPD | Qu |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Acetone | 50 | 49 | | | | | | | 11 - 166 | - | A11 |
| Benzene | 50 | 94 | | | | | | | 65 - 136 | - | |
| Bromodichloromethane | 50 | 92 | | | | | | | 56 - 157 | - | |
| Bromoform | 50 | 90 | | | | | | | 46 - 156 | - | |
| Bromomethane | 50 | 109 | | | | | | | 41 - 159 | - | |
| 2-Butanone (MEK) | 50 | 72 | | | | | | | 17 - 164 | - | A11 |
| Carbon disulfide | 50 | 85 | | | | | | | 38 - 150 | - | |
| Carbon tetrachloride | 50 | 95 | | | | | | | 44 - 166 | - | |
| Chlorobenzene | 50 | 92 | | | | | | | 65 - 134 | - | |
| Chloroethane | 50 | 113 | | | | | | | 34 - 166 | - | |
| Chloroform | 50 | 101 | | | | | | | 68 - 134 | - | |
| Chloromethane | 50 | 120 | | | | | | | 21 - 152 | - | |
| 1,2-Dibromo-3-chloropropane | 50 | 91 | | | | | | | 23 - 147 | - | |
| Dibromochloromethane | 50 | 88 | | | | | | | 53 - 150 | - | |
| 1,2-Dichlorobenzene | 50 | 88 | | | | | | | 67 - 133 | - | |
| 1,3-Dichlorobenzene | 50 | 89 | | | | | | | 64 - 132 | - | |
| 1,4-Dichlorobenzene | 50 | 90 | | | | | | | 64 - 131 | - | |
| 1,1-Dichloroethane | 50 | 96 | | | | | | | 61 - 135 | - | |
| 1,2-Dichloroethane | 50 | 91 | | | | | | | 46 - 162 | - | |
| 1,1-Dichloroethene | 50 | 101 | | | | | | | 50 - 144 | - | |
| cis-1,2-Dichloroethene | 50 | 97 | | | | | | | 56 - 142 | - | |
| trans-1,2-Dichloroethene | 50 | 96 | | | | | | | 56 - 138 | - | |
| 1,2-Dichloropropane | 50 | 92 | | | | | | | 64 - 136 | - | |
| cis-1,3-Dichloropropene | 50 | 95 | | | | | | | 58 - 142 | - | |
| trans-1,3-Dichloropropene | 50 | 90 | | | | | | | 47 - 152 | - | |
| Ethylbenzene | 50 | 94 | | | | | | | 62 - 134 | - | |
| Hexachloro-1,3-butadiene | 50 | 93 | | | | | | | 65 - 158 | - | |
| Isobutanol | 1050 | 85 | | | | | | | 14 - 161 | - | |
| Methylene chloride | 50 | 136 | | | | | | | 23 - 161 | - | A11 |
| 4-Methyl-2-pentanone (MBK) | 50 | 86 | | | | | | | 10 - 167 | - | |
| Methyl-tert-butyl ether | 50 | 65 | | | | | | | 41 - 150 | - | |
| Naphthalene | 50 | 74 | | | | | | | 48 - 133 | - | |
| Styrene | 50 | 96 | | | | | | | 64 - 138 | - | |
| 1,1,1,2-Tetrachloroethane | 50 | 95 | | | | | | | 56 - 154 | - | |
| 1,1,2,2-Tetrachloroethane | 50 | 83 | | | | | | | 41 - 144 | - | |
| Tetrachloroethene | 50 | 95 | | | | | | | 30 - 161 | - | |
| Toluene | 50 | 93 | | | | | | | 65 - 135 | - | |
| 1,2,4-Trichlorobenzene | 50 | 80 | | | | | | | 44 - 147 | - | |
| 1,1,1-Trichloroethane | 50 | 97 | | | | | | | 57 - 139 | - | |
| 1,1,2-Trichloroethane | 50 | 91 | | | | | | | 59 - 145 | - | |
| Trichloroethene | 50 | 97 | | | | | | | 64 - 139 | - | |
| Trichlorofluoromethane | 50 | 116 | | | | | | | 39 - 157 | - | |

* denotes recovery outside of QC limits.
MS spike concentrations are not corrected for moisture content of the spiked sample.
(1) MS RPD is calculated via SW-846 rules; on the basis of spiked sample concentration rather than spike conversion.

11/2/2006 16:52:19

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0651
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87365
Kansas Dept. of Health Environment - E-10286
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270



**Report of Quality Control**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| Method: EPA 8260 | Project: 2063683 | LCS: 20480871  10/27/2006 10:12:00 P |
| | Batch: 78144 | MS: |
| | Units: ug/kg | Original for MS: |

| Parameter Name | LCS Spike | LCS %Rec | LCSD %Rec | LCS RPD | MS Spike | MS %Rec | MSD %Rec | (1)MS RPD | QC Limits LCS | MS/MSD | Max RPD | Qu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vinyl chloride | 50 | 119 | | | | | | | 33 - 145 | * | | |
| m&p-Xylene | 100 | 93 | | | | | | | 60 - 138 | * | | |
| o-Xylene | 50 | 91 | | | | | | | 62 - 139 | * | | |
| 45 compound(s) reported | | | | | | | | | | | | |

* denotes recovery outside of QC limits.                                   11/1/2006 16:02:59
MS spike concentrations are not correct for the moisture content of the spiked sample.        New Orleans Laboratory Certifications
(1) MS RPD is calculated via SW-846 rules: on the basis of spiked sample concentrations rather than spike recoveries.   Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 89-0651
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060022
Florida Dept. of Health (NELAC) - E87383
Kansas Dept. of Health /Enforcement - E-90306
U.S. Dept. of Agriculture Foreign Soil Permit - S-47379



**Report of Quality Control**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose , LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| Method: EPA 8260 | Project: 2063683 | LCS: 20480616  10/30/2006 8:16:00 PM |
|---|---|---|
| | Batch: 78240 | MS: 20480617  10/30/2006 8:54:00 PM |
| | Units: ug/kg | Original for MS: 20479408  Client Sample |

| Parameter Name | LCS Spike | LCS %Rec | LCSD %Rec | LCS RPD | MS Spike | MS %Rec | MSD %Rec | (1)MS RPD | QC Limits LCS | QC Limits MS/MSD | Max RPD | Qu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acetone | 2500 | 103 | | | 2500 | 70 | 84 | 18 | 10-197 | 10-206 | 20 | A11 |
| Benzene | 2500 | 96 | | | 2500 | 100 | 100 | 0 | 64-137 | 34-153 | 20 | |
| Bromodichloromethane | 2500 | 92 | | | 2500 | 92 | 93 | 1 | 51-155 | 30-166 | 20 | |
| Bromoform | 2500 | 82 | | | 2500 | 86 | 81 | 6 | 47-146 | 23-163 | 20 | |
| Bromomethane | 2500 | 104 | | | 2500 | 114 | 107 | 7 | 10-183 | 10-193 | 20 | |
| 2-Butanone (MEK) | 2500 | 110 | | | 2500 | 272 * | 268 * | 1 | 10-183 | 10-219 | 20 | A11,Q1 |
| Carbon disulfide | 2500 | 86 | | | 2500 | 92 | 92 | 0 | 22-167 | 10-180 | 20 | |
| Carbon tetrachloride | 2500 | 94 | | | 2500 | 99 | 99 | 0 | 43-162 | 28-168 | 20 | |
| Chlorobenzene | 2500 | 89 | | | 2500 | 96 | 96 | 0 | 66-129 | 39-145 | 20 | |
| Chloroethane | 2500 | 102 | | | 2500 | 115 | 104 | 1 | 10-200 | 10-217 | 20 | |
| Chloroform | 2500 | 100 | | | 2500 | 105 | 104 | 1 | 65-134 | 36-162 | 20 | |
| Chloromethane | 2500 | 93 | | | 2500 | 103 | 99 | 4 | 10-165 | 10-181 | 20 | |
| Dibromochloromethane | 2500 | 88 | | | 2500 | 89 | 89 | 1 | 54-144 | 31-159 | 20 | |
| 1,1-Dichloroethane | 2500 | 92 | | | 2500 | 101 | 101 | 0 | 62-138 | 38-161 | 20 | |
| 1,2-Dichloroethane | 2500 | 94 | | | 2500 | 95 | 93 | 2 | 49-158 | 31-172 | 20 | |
| 1,1-Dichloroethene | 2500 | 104 | | | 2500 | 111 | 111 | 0 | 31-170 | 10-188 | 20 | |
| cis-1,2-Dichloroethene | 2500 | 96 | | | 2500 | 101 | 101 | 1 | 61-142 | 35-167 | 20 | |
| trans-1,2-Dichloroethene | 2500 | 97 | | | 2500 | 108 | 107 | 0 | 51-151 | 29-165 | 20 | |
| 1,2-Dichloropropane | 2500 | 93 | | | 2500 | 95 | 97 | 2 | 60-138 | 37-157 | 20 | |
| cis-1,3-Dichloropropene | 2500 | 95 | | | 2500 | 95 | 96 | 1 | 57-142 | 33-157 | 20 | |
| trans-1,3-Dichloropropene | 2500 | 89 | | | 2500 | 89 | 88 | 1 | 47-150 | 29-158 | 20 | * |
| Ethylbenzene | 2500 | 88 | | | 2500 | 98 | 97 | 1 | 57-133 | 21-156 | 20 | |
| Methylene chloride | 2500 | 100 | | | 2500 | 101 | 99 | 2 | 22-170 | 10-183 | 20 | A11 |
| 4-Methyl-2-pentanone (MIBK) | 2500 | 88 | | | 2500 | 214 * | 214 * | 0 | 10-156 | 10-175 | 20 | Q1 |
| Styrene | 2500 | 82 | | | 2500 | 91 | 90 | 1 | 59-137 | 21-159 | 20 | |
| 1,1,2,2-Tetrachloroethane | 2500 | 95 | | | 2500 | 112 | 112 | 0 | 52-142 | 17-168 | 20 | |
| Tetrachloroethene | 2500 | 84 | | | 2500 | 94 | 93 | 1 | 37-139 | 10-172 | 20 | |
| Toluene | 2500 | 95 | | | 2500 | 95 | 94 | 1 | 65-133 | 33-152 | 20 | |
| 1,1,1-Trichloroethane | 2500 | 93 | | | 2500 | 103 | 99 | 3 | 61-135 | 33-158 | 20 | |
| 1,1,2-Trichloroethane | 2500 | 92 | | | 2500 | 83 | 83 | 1 | 61-140 | 31-164 | 20 | |
| Trichloroethene | 2500 | 96 | | | 2500 | 102 | 101 | 1 | 62-136 | 25-168 | 20 | |
| Vinyl chloride | 2500 | 99 | | | 2500 | 107 | 103 | 4 | 10-174 | 10-183 | 20 | |
| m&p-Xylene | 5000 | 87 | | | 5000 | 96 | 95 | 1 | 59-136 | 18-164 | 20 | |
| o-Xylene | 2500 | 86 | | | 2500 | 95 | 95 | 0 | 62-137 | 18-164 | 20 | |

34 compound(s) reported

* denotes recovery outside of QC limits.
MS spike concentrations are not corrected for moisture content of the spiked sample.
(1) MS RPD is calculating via SW-846 rules; on the basis of spiked sample concentrations rather than spike recoveries.

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0081
Louisiana Dept. of Health and Hospitals ( Drinking Water - LA060022
Florida Dept. of Health (NELAC) - E87383
Kansas Dept. of Health ,Environment - E-10258
U.S. Dept. of Agriculture Foreign Soil Permit - S-47370

11/3/2006 16:02:19



**Report of Quality Control**

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| | | | |
|---|---|---|---|
| Method: EPA 8270 | Project: 2063683 | LCS: 20479641  10/27/2006 10:34:00 A | |
| | Batch: 77879 | MS: 20478738  10/18/2006 9:47:00 PM | |
| | Units: ug/kg | Original for MS: 20478637  Batch Sample | |

| Parameter Name | LCS Spike | LCS %Rec | LCSD %Rec | LCS RPD | MS Spike | MS %Rec | MSD %Rec | (1)MS RPD | QC Limits LCS | QC Limits MS/MSD | Max RPD | Qu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acenaphthene | 1670 | 75 | | | 1930 | 52 | 60 | 10 | 45 - 110 | 23 - 121 | 20 | |
| Acenaphthylene | 1670 | 72 | | | 1930 | 62 | 69 | 10 | 48 - 107 | 27 - 115 | 20 | |
| Aniline | 1670 | 79 | | | 1930 | 83 | 96 | 14 | 50 - 150 | 50 - 150 | 20 | |
| Anthracene | 1670 | 78 | | | 1930 | 51 | 60 | 9 | 51 - 110 | 25 - 123 | 20 | |
| Benzo(a)anthracene | 1670 | 76 | | | 1930 | 51 | 59 | 5 | 49 - 112 | 25 - 123 | 20 | |
| Benzo(b)fluoranthene | 1670 | 80 | | | 1930 | 70 | 113 | 19 | 43 - 119 | 15 - 140 | 20 | |
| Benzo(k)fluoranthene | 1670 | 82 | | | 1930 | 63 | 81 | 14 | 40 - 121 | 14 - 138 | 20 | |
| Benzo(a)pyrene | 1670 | 80 | | | 1930 | 56 | 67 | 7 | 48 - 115 | 20 - 128 | 20 | |
| Butylbenzylphthalate | 1670 | 80 | | | 1930 | 86 | 99 | 15 | 41 - 122 | 18 - 137 | 20 | |
| 4-Chloroaniline | 1670 | 68 | | | 1930 | 84 * | 104 * | 21 * | 10 - 86 | 10 - 79 | 20 Q1 | |
| bis(2-Chloroethyl) ether | 1670 | 49 | | | 1930 | 59 | 66 | 12 | 38 - 104 | 21 - 107 | 20 | |
| 2-Chloronaphthalene | 1670 | 65 | | | 1930 | 59 | 64 | 8 | 44 - 108 | 26 - 112 | 20 | |
| 2-Chlorophenol | 1670 | 58 | | | 1930 | 68 | 74 | 8 | 38 - 109 | 24 - 110 | 20 | |
| Chrysene | 1670 | 74 | | | 1930 | 46 | 58 | 8 | 47 - 113 | 21 - 124 | 20 | |
| Dibenz(a,h)anthracene | 1670 | 83 | | | 1930 | 30 | 31 | 2 | 35 - 127 | 10 - 122 | 20 | |
| Dibenzofuran | 1670 | 76 | | | 1930 | 62 | 69 | 9 | 46 - 110 | 21 - 123 | 20 | |
| 1,2-Dichlorobenzene | 1670 | 46 | | | 1930 | 65 | 72 | 10 | 36 - 103 | 13 - 107 | 20 | |
| 1,3-Dichlorobenzene | 1670 | 42 | | | 1930 | 61 | 66 | 9 | 33 - 102 | 10 - 107 | 20 | |
| 1,4-Dichlorobenzene | 1670 | 52 | | | 1930 | 62 | 68 | 9 | 32 - 103 | 10 - 107 | 20 | |
| 3,3'-Dichlorobenzidine | 1670 | 71 | | | 1930 | 41 | 47 | 12 | 10 - 111 | 10 - 117 | 20 | |
| 2,4-Dichlorophenol | 1670 | 69 | | | 1930 | 68 | 73 | 8 | 45 - 110 | 25 - 116 | 20 | |
| Diethylphthalate | 1670 | 89 | | | 1930 | 70 | 77 | 9 | 46 - 113 | 29 - 115 | 20 | |
| 2,4-Dimethylphenol | 1670 | 67 | | | 1930 | 68 | 73 | 7 | 40 - 110 | 21 - 116 | 20 | |
| Dimethylphthalate | 1670 | 81 | | | 1930 | 67 | 72 | 7 | 47 - 110 | 30 - 111 | 20 | |
| 2,4-Dinitrophenol | 1670 | 103 | | | 1930 | 21 | 32 | 43 * | 14 - 134 | 10 - 159 | 20 | |
| 2,4-Dinitrotoluene | 1670 | 81 | | | 1930 | 69 | 75 | 9 | 45 - 117 | 24 - 124 | 20 | |
| 2,6-Dinitrotoluene | 1670 | 83 | | | 1930 | 68 | 75 | 10 | 47 - 114 | 29 - 116 | 20 | |
| Di-n-octylphthalate | 1670 | 85 | | | 1930 | 167 | 213 * | 25 * | 36 - 132 | 10 - 176 | 20 Q1 | |
| bis(2-Ethylhexyl)phthalate | 1670 | 78 | | | 1930 | 81 | 94 | 14 | 41 - 125 | 14 - 132 | 20 | |
| Fluoranthene | 1670 | 73 | | | 1930 | 0 * | 0 * | 5 | 47 - 115 | 19 - 130 | 20 Q1 | |
| Fluorene | 1670 | 84 | | | 1930 | 61 | 69 | 11 | 48 - 111 | 24 - 123 | 20 | |
| Hexachloro-1,3-butadiene | 1670 | 56 | | | 1930 | 60 | 64 | 6 | 37 - 110 | 16 - 114 | 20 | |
| Hexachlorobenzene | 1670 | 86 | | | 1930 | 63 | 69 | 9 | 45 - 114 | 27 - 117 | 20 | |
| Hexachlorocyclopentadiene | 1670 | 34 | | | 1930 | 0 * | 4 * | 200 * | 21 - 114 | 10 - 108 | 20 Q1 | |
| Hexachloroethane | 1670 | 54 | | | 1930 | 57 | 62 | 9 | 32 - 104 | 10 - 114 | 20 | |
| Indeno(1,2,3-cd)pyrene | 1670 | 82 | | | 1930 | 24 | 25 | 2 | 35 - 125 | 10 - 122 | 20 | |
| Isophorone | 1670 | 70 | | | 1930 | 72 | 77 | 6 | 43 - 110 | 27 - 113 | 20 | |
| 2-Methylnaphthalene | 1670 | 69 | | | 1930 | 70 | 79 | 12 | 44 - 109 | 17 - 123 | 20 | |
| Naphthalene | 1670 | 57 | | | 1930 | 62 | 68 | 7 | 42 - 103 | 18 - 115 | 20 | |
| 2-Nitroaniline | 1670 | 80 | | | 1930 | 63 | 69 | 9 | 36 - 116 | 20 - 119 | 20 | |
| 3-Nitroaniline | 1670 | 75 | | | 1930 | 67 | 79 | 17 | 17 - 98 | 10 - 113 | 20 | |
| 4-Nitroaniline | 1670 | 85 | | | 1930 | 61 | 66 | 8 | 30 - 120 | 10 - 127 | 20 | |

* denotes recovery outside of QC limits.
MS spike concentrations are not corrected for moisture content of the spiked sample.
(1) MS RPD is calculated via SW-846 rules; on the basis of spiked sample concentrations rather than spike recoveries.

11/3/2006 10:02:19

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0623
Louisiana Dept. of Health and Hospitals (Drinking Water - LA060033
Florida Dept. of Health (NELAC) - E87335
Kansas Dept. of Health .Environment - E-10288
U.S. Dept. of Agriculture Foreign Soil Permit - S-47370



**Pace Analytical** *
New Orleans Laboratory

### Report of Quality Control

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rosa , LA 70087

Phone: 504.469.0333
Fax: 504.489.0555
LELAP # 02006

| Method: EPA 8270 | | | Project: 2063683 | | LCS: 20479641   10/27/2006 10:34:00 A |
| Batch: 77879 | | | | | MS: 20478738   10/18/2006 9:47:00 PM |
| | | | Units: ug/kg | | Original for MS: 20478637   Batch Sample |

| Parameter Name | LCS Spike | LCS %Rec | LCSD %Rec | LCS RPD | MS Spike | MS %Rec | MSD %Rec | (1)MS RPD | QC Limits LCS | MS/MSD | Max RPD | Qu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nitrobenzene | 1670 | 56 | | | 1930 | 60 | 63 | 5 | 38 - 109 | 20 - 114 | 20 | |
| 4-Nitrophenol | 1670 | 64 | | | 1930 | 52 | 66 | 22 * | 30 - 132 | 10 - 138 | 20 | |
| N-Nitroso-di-n-propylamine | 1670 | 78 | | | 1930 | 78 | 87 | 11 | 37 - 110 | 18 - 118 | 20 | |
| N-Nitrosodiphenylamine | 1670 | 84 | | | 1930 | 65 | 68 | 6 | 39 - 139 | 10 - 139 | 20 A10 | |
| 2,2'-Oxybis(1-chloropropane) | 1670 | 60 | | | 1930 | 52 | 56 | 8 | 29 - 114 | 10 - 118 | 20 | |
| Pentachlorophenol | 1670 | 83 | | | 1930 | 47 | 55 | 17 | 28 - 122 | 10 - 142 | 20 | |
| Phenanthrene | 1670 | 77 | | | 1930 | 0 * | 0 * | 10 | 49 - 109 | 18 - 128 | 20 Q1 | |
| Phenol | 1670 | 62 | | | 1930 | 67 | 74 | 11 | 36 - 112 | 22 - 113 | 20 | |
| Pyrene | 1670 | 90 | | | 1930 | 23 | 58 | 13 | 45 - 114 | 10 - 144 | 20 | |
| 1,2,4-Trichlorobenzene | 1670 | 56 | | | 1930 | 63 | 68 | 8 | 37 - 108 | 19 - 112 | 20 | |
| 2,4,5-Trichlorophenol | 1670 | 73 | | | 1930 | 60 | 64 | 7 | 45 - 113 | 25 - 117 | 20 | |
| 2,4,6-Trichlorophenol | 1670 | 70 | | | 1930 | 56 | 58 | 4 | 45 - 112 | 25 - 116 | 20 | |

54 compound(s) reported

* denotes recovery outside of QC limits.
MS spike concentrations are not corrected for analyte content of the spiked sample.
(1) MS RPD is calculated via SW-846 rules; on the basis of spiked sample concentrations rather than spike recoveries.

11/1/2006 10:02:19

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0967
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87895
Kansas Dept. of Health .Environment - E- 90298
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270

**page 93 of 141**



**Pace Analytical®**
New Orleans Laboratory

## Report of Quality Control

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

Method: EPA 8270     Project: 2063683     LCS: 20479650  10/24/2006 2:10:00 PM
                     Batch: 77913         MS: 20478999   10/19/2006 3:50:00 PM
                     Units: ug/L          Original for MS: 20478335  Batch Sample

| Parameter Name | LCS Spike | LCS %Rec | LCSD %Rec | LCS RPD | MS Spike | MS %Rec | MSD %Rec | (1)MS RPD | QC Limits LCS | QC Limits MS/MSD | Max RPD | Qu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acenaphthene | 2 | 77 | | | 4 | 88 | 74 | 17 | 49 - 111 | 16 - 140 | 20 | |
| Acenaphthylene | 2 | 71 | | | 4 | 89 | 74 | 18 | 39 - 107 | 30 - 113 | 20 | |
| Anthracene | 2 | 84 | | | 4 | 94 | 82 | 14 | 29 - 115 | 12 - 126 | 20 | |
| Benzo(a)anthracene | 2 | 59 | | | 4 | 66 | 61 | 8 | 45 - 107 | 10 - 125 | 20 | |
| Benzo(b)fluoranthene | 2 | 51 | | | 4 | 58 | 53 | 10 | 47 - 113 | 10 - 138 | 20 | |
| Benzo(k)fluoranthene | 2 | 61 | | | 4 | 71 | 63 | 12 | 41 - 121 | 10 - 134 | 20 | |
| Benzo(a)pyrene | 2 | 53 | | | 4 | 66 | 59 | 12 | 25 - 116 | 10 - 124 | 20 | |
| Chrysene | 2 | 65 | | | 4 | 72 | 65 | 10 | 44 - 117 | 10 - 131 | 20 | |
| Dibenz(a,h)anthracene | 2 | 49 | | | 4 | 78 | 68 | 14 | 32 - 119 | 10 - 126 | 20 | |
| Fluoranthene | 2 | 62 | | | 4 | 60 | 54 | 11 | 43 - 120 | 25 - 129 | 20 | |
| Fluorene | 2 | 81 | | | 4 | 90 | 76 | 17 | 49 - 116 | 30 - 137 | 20 | |
| Indeno(1,2,3-cd)pyrene | 2 | 49 | | | 4 | 74 | 65 | 13 | 37 - 120 | 10 - 133 | 20 | |
| 2-Methylnaphthalene | 2 | 66 | | | 4 | 83 | 69 | 19 | 50 - 150 | 50 -150 | 20 | |
| Naphthalene | 2 | 70 | | | 4 | 88 | 73 | 19 | 49 - 112 | 21 - 146 | 20 | |
| Phenanthrene | 2 | 85 | | | 4 | 94 | 81 | 15 | 46 - 111 | 11 - 142 | 20 | |
| Pyrene | 2 | 66 | | | 4 | 75 | 66 | 13 | 43 - 111 | 20 - 119 | 20 | |

16 compound(s) reported



**Pace Analytical®**
New Orleans Laboratory

## Report of Quality Control

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| Method: EPA 8270 | | | Project: 2063683 | | | LCS: 20479620  10/25/2006 11:49:00 A | |
|---|---|---|---|---|---|---|---|
| | | | Batch: 78032 | | | MS: | |
| | | | Units: ug/L | | | Original for MS: | |

| Parameter Name | LCS Spike | LCS %Rec | LCSD %Rec | LCS RPD | MS Spike | MS %Rec | MSD (1)MS %Rec RPD | QC Limits LCS MS/MSD | Max RPD | Qu |
|---|---|---|---|---|---|---|---|---|---|---|
| Acenaphthene | 50 | 82 | | | | | | 42 - 113 | * | Q5 |
| Acenaphthylene | 50 | 77 | | | | | | 41 - 111 | * | Q5 |
| Aniline | 50 | 116 | | | | | | 50 - 150 | * | Q5 |
| Anthracene | 50 | 84 | | | | | | 46 - 115 | * | Q5 |
| Benzo(a)anthracene | 50 | 79 | | | | | | 46 - 117 | * | Q5 |
| Benzo(b)fluoranthene | 50 | 85 | | | | | | 39 - 129 | * | Q5 |
| Benzo(k)fluoranthene | 50 | 92 | | | | | | 35 - 132 | * | Q5 |
| Benzo(a)pyrene | 50 | 81 | | | | | | 40 - 120 | * | Q5 |
| Butylbenzylphthalate | 50 | 81 | | | | | | 38 - 126 | * | Q5 |
| 4-Chloroaniline | 50 | 86 | | | | | | 10 - 114 | * | Q5 |
| bis(2-Chloroethyl) ether | 50 | 74 | | | | | | 27 - 113 | * | Q5 |
| 2-Chloronaphthalene | 50 | 72 | | | | | | 41 - 111 | * | Q5 |
| 2-Chlorophenol | 50 | 76 | | | | | | 26 - 115 | * | Q5 |
| Chrysene | 50 | 78 | | | | | | 45 - 118 | * | Q5 |
| Dibenz(a,h)anthracene | 50 | 77 | | | | | | 29 - 136 | * | Q5 |
| Dibenzofuran | 50 | 79 | | | | | | 45 - 113 | * | Q5 |
| 1,2-Dichlorobenzene | 50 | 70 | | | | | | 20 - 99 | * | Q5 |
| 1,3-Dichlorobenzene | 50 | 63 | | | | | | 16 - 96 | * | Q5 |
| 1,4-Dichlorobenzene | 50 | 66 | | | | | | 17 - 97 | * | Q5 |
| 3,3'-Dichlorobenzidine | 50 | 56 | | | | | | 10 - 124 | * | Q5 |
| 2,4-Dichlorophenol | 50 | 78 | | | | | | 36 - 116 | * | Q5 |
| Diethylphthalate | 50 | 88 | | | | | | 43 - 120 | * | Q5 |
| 2,4-Dimethylphenol | 50 | 64 | | | | | | 18 - 110 | * | Q5 |
| Dimethylphthalate | 50 | 81 | | | | | | 45 - 116 | * | Q5 |
| 2,4-Dinitrophenol | 50 | 102 | | | | | | 17 - 148 | * | Q5 |
| 2,4-Dinitrotoluene | 50 | 80 | | | | | | 43 - 121 | * | Q5 |
| 2,6-Dinitrotoluene | 50 | 83 | | | | | | 45 - 119 | * | Q5 |
| Di-n-octylphthalate | 50 | 94 | | | | | | 32 - 140 | * | Q5 |
| bis(2-Ethylhexyl)phthalate | 50 | 80 | | | | | | 30 - 154 | * | Q5 |
| Fluoranthene | 50 | 74 | | | | | | 45 - 121 | * | Q5 |
| Fluorene | 50 | 86 | | | | | | 45 - 116 | * | Q5 |
| Hexachloro-1,3-butadiene | 50 | 70 | | | | | | 20 - 101 | * | Q5 |
| Hexachlorobenzene | 50 | 97 | | | | | | 44 - 119 | * | Q5 |
| Hexachlorocyclopentadiene | 50 | 14 | | | | | | 10 - 60 | * | Q5 |
| Hexachloroethane | 50 | 67 | | | | | | 15 - 96 | * | Q5 |
| Indeno(1,2,3-cd)pyrene | 50 | 76 | | | | | | 29 - 131 | * | Q5 |
| Isophorone | 50 | 88 | | | | | | 38 - 115 | * | Q5 |
| 2-Methylnaphthalene | 50 | 80 | | | | | | 36 - 110 | * | Q5 |
| Naphthalene | 50 | 73 | | | | | | 32 - 104 | * | Q5 |
| 2-Nitroaniline | 50 | 82 | | | | | | 34 - 120 | * | Q5 |
| 3-Nitroaniline | 50 | 72 | | | | | | 22 - 126 | * | Q5 |
| 4-Nitroaniline | 50 | 82 | | | | | | 26 - 127 | * | Q5 |

* denotes recovery outside of QC limits.
MS spike concentrations are not corrected for moisture content of the spiked sample.
(1) MS RPD is calculated via SW-846 reject on the basis of spiked sample concentrations rather than spike recoveries.

11/7/2006 16:92:19

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 93-0037
Louisiana Dept. of Health and Hospitals / Drinking Water - LA090022
Florida Dept. of Health (NELAC) - E87395
Kansas Dept. of Health Environment - E-10388
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270



**Report of Quality Control**

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0553
LELAP # 02006

Method: EPA 8270

Project: 2063683     LCS: 20479620   10/25/2006 11:49:00 A

Batch: 78032     MS:

Units: ug/L     Original for MS:

| Parameter Name | LCS Spike | LCS %Rec | LCSD %Rec | LCS RPD | MS Spike | MS %Rec | MSD %Rec | (1)MS RPD | QC Limits LCS | MS/MSD | Max RPD | Qu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nitrobenzene | 50 | 79 | | | | | | | 31 - 118 | • | | QS |
| 4-Nitrophenol | 50 | 55 | | | | | | | 25 - 140 | • | | QS |
| N-Nitroso-di-n-propylamine | 50 | 102 | | | | | | | 34 - 115 | • | | QS |
| N-Nitrosodiphenylamine | 50 | 86 | | | | | | | 32 - 115 | • | | A10,QS |
| 2,2'-Oxybis(1-chloropropane) | 50 | 87 | | | | | | | 21 - 123 | • | | QS |
| Pentachlorophenol | 50 | 89 | | | | | | | 32 - 133 | • | | QS |
| Phenanthrene | 50 | 82 | | | | | | | 48 - 115 | • | | QS |
| Phenol | 50 | 78 | | | | | | | 24 - 118 | • | | QS |
| Pyrene | 50 | 94 | | | | | | | 42 - 119 | • | | QS |
| 1,2,4-Trichlorobenzene | 50 | 70 | | | | | | | 27 - 100 | • | | QS |
| 2,4,5-Trichlorophenol | 50 | 74 | | | | | | | 41 - 120 | • | | QS |
| 2,4,6-Trichlorophenol | 50 | 73 | | | | | | | 39 - 120 | • | | QS |

54 compound(s) reported

* denotes recovery outside of QC limits.
MS spike concentrations are not corrected for moisture content of the spiked sample.
(1) MS RPD is calculated via SW-846 rules; on the basis of spiked sample concentrations rather than spike recoveries.

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0581
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060073
Florida Dept. of Health (NELAC) - E87585
Kansas Dept. of Health, Environment - E-10206
U.S. Dept. of Agriculture Foreign Soil Permit - S-47275

11/3/2006 10:52:19

page 96 of 141



## Report of Batch Surrogate Recovery

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose , LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

Report: __2063683__        Batch: __77879__

| Lab ID | Type and Qualifiers | Sur 1 %Rec | Sur 2 %Rec | Sur 3 %Rec | Sur 4 %Rec | Sur 5 %Rec | Sur 6 %Rec | Sur 7 %Rec | Sur 8 %Rec |
|--------|---------------------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| 20478736 | BLANK | 95 | 62 | 64 | 56 | 65 | 55 | | |
| 20478737 | LCS | 97 | 65 | 70 | 61 | 69 | 65 | | |
| 20478738 | MS | 60 | 46 | 57 | 48 | 70 | 75 | | |
| 20478739 | MSD | 62 | 50 | 64 | 50 | 80 | 88 | | |
| 20479226 | BLANK | 74 | 70 | 73 | 62 | 80 | 93 | | |
| 20479277 | LCS | 100 | 72 | 85 | 68 | 88 | 84 | | |
| 20479408 | Sample D2,P | 0 D | 0 D | 0 D | 0 D | 0 D | 0 D | | |
| 20479409 | Sample | 73 | 54 | 59 | 47 | 71 | 90 | | |
| 20479410 | Sample D2 | 67 | 46 | 48 | 44 | 60 | 73 | | |
| 20479411 | Sample D2 | 92 | 62 | 67 | 65 | 80 | 162 D | | |
| 20479412 | Sample D2,P | 0 D | 0 D | 0 D | 0 D | 0 D | 0 D | | |
| 20479413 | Sample D2,P | 0 D | 0 D | 0 D | 0 D | 0 D | 0 D | | |
| 20479414 | Sample D2,P | 0 D | 0 D | 0 D | 0 D | 0 D | 0 D | | |
| 20479640 | BLANK | 85 | 68 | 71 | 64 | 86 | 76 | | |
| 20479641 | LCS | 97 | 56 | 48 | 47 | 67 | 80 | | |
| | QC limits: | 10-127 | 18-116 | 10-109 | 10-121 | 20-107 | 30-113 | | |

Sur 1: 2,4,6-Tribromophenol (S)          Sur 5: Phenol-d5 (S)
Sur 2: 2-Fluorobiphenyl (S)              Sur 6: Terphenyl-d14 (S)
Sur 3: 2-Fluorophenol (S)
Sur 4: Nitrobenzene-d5 (S)

* denotes surrogate recovery outside of QC limits.
D denotes surrogate recovery is outside of QC limits due to sample dilution, and is not considered as violation.
A Lab ID consisting of a batch number with a B suffix is a method blank.
A Lab ID consisting of a batch number with a S suffix is an LCS.
A Lab ID with a MS suffix is a matrix spike.
A Lab ID with a MSD suffix is a matrix spike duplicate.

11/7/2006 10:52:20
New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0081
Louisiana Dept. of Health and Hospitals / Drinking Water - LA080033
Florida Dept. of Health (NELAC) - E87808
Kansas Dept. of Health  Environment - E-10286
U.S. Dept. of Agriculture Foreign Soil Permit - S-47378

page 97 of 141



**Pace Analytical**®
New Orleans Laboratory

## Report of Batch Surrogate Recovery

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Ross, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

Report: 2063683        Batch: 77913

| Lab ID | Type and Qualifiers | Sur 1 %Rec | Sur 2 %Rec | Sur 3 %Rec | Sur 4 %Rec | Sur 5 %Rec | Sur 6 %Rec | Sur 7 %Rec | Sur 8 %Rec |
|---|---|---|---|---|---|---|---|---|---|
| 20478995 | BLANK | 76 | 56 | 69 | | | | | |
| 20478996 | LCS | 86 | 54 | 77 | | | | | |
| 20478999 | MS | 91 | 82 | 94 | | | | | |
| 20479000 | MSD | 80 | 72 | 82 | | | | | |
| 20479390 | BLANK | 81 | 50 | 84 | | | | | |
| 20479391 | LCS | 88 | 60 | 90 | | | | | |
| 20479415 | Sample | 74 | 71 | 90 | | | | | |
| 20479649 | BLANK | 74 | 51 | 80 | | | | | |
| 20479650 | LCS | 106 | 76 | 112 | | | | | |
| 20481196 | BLANK | 70 | 45 | 60 | | | | | |
| 20481197 | LCS | 68 | 48 | 58 | | | | | |
| | QC limits: | 36-108 | 10-120 | 25-118 | | | | | |

Sur 1: 2-Fluorobiphenyl (S)
Sur 2: Nitrobenzene-d5 (S)
Sur 3: Terphenyl-d14 (S)

* denotes surrogate recovery outside of QC limits.
D denotes surrogate recovery is outside of QC limits due to sample dilution, and is not considered an excursion.
A Lab ID circulating of a batch number with a B suffix is a method blank.
A Lab ID circulating of a batch number with a S suffix is an LCS.
A Lab ID with a MS suffix is a matrix spike.
A Lab ID with a MSD suffix is a matrix spike duplicate.

New Orleans Laboratory Certification
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0461
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060073
Florida Dept. of Health (NELAC) - E87389
Kansas Dept. of Health Environment - E-10788
U.S. Dept. of Agriculture Foreign Soil Permit - S-47210

11/7/2006 16:02:59

page 98 of 141



**Pace Analytical***
New Orleans Laboratory

### Report of Batch Surrogate Recovery

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

Report: __2063683__          Batch: __77997__

| Lab ID | Type and Qualifiers | Sur 1 %Rec | Sur 2 %Rec | Sur 3 %Rec | Sur 4 %Rec | Sur 5 %Rec | Sur 6 %Rec | Sur 7 %Rec | Sur 8 %Rec |
|---|---|---|---|---|---|---|---|---|---|
| 20479415 | Sample | 87 | 102 | 92 | | | | | |
| 20479440 | BLANK | 96 | 109 | 93 | | | | | |
| 20479441 | LCS | 85 | 99 | 93 | | | | | |
| 20479442 | MS | 80 | 105 | 93 | | | | | |
| 20479443 | MSD | 81 | 103 | 92 | | | | | |
| | QC limits: | 71-129 | 68-124 | 74-122 | | | | | |

Sur 1: 4-Bromofluorobenzene (S)
Sur 2: Dibromofluoromethane (S)
Sur 3: Toluene-d8 (S)

* denotes surrogate recovery outside of QC limits.
D denotes surrogate recovery in outside of QC limits due to sample dilution, and is not considered an excursion.
A Lab ID consisting of a batch number with a B suffix is a method blank.
A Lab ID consisting of a batch number with a S suffix is an LCS.
A Lab ID with a MS suffix is a matrix spike.
A Lab ID with a MSD suffix is a matrix spike duplicate.

11/1/2006 14 02.20
New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 07006
Arkansas Dept. of Environmental Quality - 88-0061
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060023
Florida's Dept. of Health (NELAC) - E87980
Kansas Dept. of Health Environment - E-10290
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270



**Report of Batch Surrogate Recovery**

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

Report: 2063683        Batch: 78032

| Lab ID | Type and Qualifiers | Sur 1 %Rec | Sur 2 %Rec | Sur 3 %Rec | Sur 4 %Rec | Sur 5 %Rec | Sur 6 %Rec | Sur 7 %Rec | Sur 8 %Rec |
|---|---|---|---|---|---|---|---|---|---|
| 20479415 | Sample | 84 | 63 | 40 | 62 | 73 | 82 | | |
| 20479619 | BLANK | 90 | 61 | 78 | 55 | 78 | 71 | | |
| 20479620 | LCS | 106 | 66 | 55 | 68 | 87 | 87 | | |
| 20479803 | BLANK | 89 | 79 | 58 | 73 | 70 | 105 | | |
| 20479804 | LCS | 85 | 81 | 56 | 75 | 72 | 94 | | |
| | QC limits: | 25-133 | 36-108 | 10-109 | 21-120 | 15-113 | 17-130 | | |

Sur 1: 2,4,6-Tribromophenol (S)        Sur 5: Phenol-d5 (S)
Sur 2: 2-Fluorobiphenyl (S)            Sur 6: Terphenyl-d14 (S)
Sur 3: 2-Fluorophenol (S)
Sur 4: Nitrobenzene-d5 (S)

* denotes surrogate recovery outside of QC limits.
D denotes surrogate recovery is outside of QC limits due to sample dilution, and is not considered an exceedance.
A Lab ID consisting of a batch number with a B suffix is a method blank.
A Lab ID consisting of a batch number with a S suffix is an LCS.
A Lab ID with a MS suffix is a matrix spike.
A Lab ID with a MSD suffix is a matrix spike duplicate.

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0681
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060022
Florida Dept. of Health (NELAC) - E87885
Kansas Dept. of Health  Environment - E-10286
U.S. Dept. of Agriculture Foreign Soil Permit - S-47370



**Report of Batch Surrogate Recovery**

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP 8 02000

Pace Analytical®
New Orleans Laboratory

Report: **2063683**          Batch: **78144**

| Lab ID | Type and Qualifiers | Sur 1 %Rec | Sur 2 %Rec | Sur 3 %Rec | Sur 4 %Rec | Sur 5 %Rec | Sur 6 %Rec | Sur 7 %Rec | Sur 8 %Rec |
|---|---|---|---|---|---|---|---|---|---|
| 20479409 | Sample | 107 | 96 | 97 | | | | | |
| 20479410 | Sample D2 | 90 | 104 | 91 | | | | | |
| 20480053 | OQS | 110 | 84 | 99 | | | | | |
| 20480112 | BLANK | 111 | 105 | 101 | | | | | |
| 20480113 | LCS | 95 | 92 | 101 | | | | | |
| 20480114 | MS | 95 | 85 | 99 | | | | | |
| 20480115 | MSD | 96 | 85 | 99 | | | | | |
| 20480131 | BLANK | 109 | 102 | 99 | | | | | |
| 20480132 | LCS | 92 | 92 | 101 | | | | | |
| 20480870 | BLANK | 112 | 103 | 100 | | | | | |
| 20480871 | LCS | 94 | 98 | 100 | | | | | |
| | QC limits: | 55-154 | 57-136 | 64-129 | | | | | |

Sur 1: 4-Bromofluorobenzene (S)
Sur 2: Dibromofluoromethane (S)
Sur 3: Toluene-d8 (S)

page 101 of 141



**Report of Batch Surrogate Recovery**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02008

Report: **2063683**          Batch: **78240**

| Lab ID | Type and Qualifiers | Sur 1 %Rec | Sur 2 %Rec | Sur 3 %Rec | Sur 4 %Rec | Sur 5 %Rec | Sur 6 %Rec | Sur 7 %Rec | Sur 8 %Rec |
|--------|---------------------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| 20479408 | Sample P5 | 96 | 111 | 102 | | | | | |
| 20479411 | Sample P5 | 95 | 109 | 101 | | | | | |
| 20479412 | Sample P5 | 92 | 107 | 100 | | | | | |
| 20479413 | Sample P5 | 87 | 105 | 101 | | | | | |
| 20479414 | Sample P5 | 93 | 106 | 101 | | | | | |
| 20480615 | BLANK | 110 | 106 | 101 | | | | | |
| 20480616 | LCS | 103 | 94 | 100 | | | | | |
| 20480617 | MS | 93 | 98 | 103 | | | | | |
| 20480618 | MSD | 94 | 94 | 102 | | | | | |

| | QC limits: | 45-146 | 50-137 | 51-140 |
|--|-----------|--------|--------|--------|

Sur 1: 4-Bromofluorobenzene (S)
Sur 2: Dibromofluoromethane (S)
Sur 3: Toluene-d8 (S)

* denotes surrogate recovery outside of QC limits.
D denotes surrogate recovery is outside of QC limits due to sample dilution, and is not considered an outlier.
A Lab ID consisting of a batch number with a B suffix is a method blank.
A Lab ID consisting of a batch number with a L suffix is an LCS.
A Lab ID with a MS suffix is a matrix spike.
A Lab ID with a MSD suffix is a matrix spike duplicate.

11/3/2004 16:02:20

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02008
Arkansas Dept. of Environmental Quality - 03-0031
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060033
Florida Dept. of Health (NELAC) - E87399
Kansas Dept. of Health Environment - E-10396
U.S. Dept. of Agriculture Foreign Soil Permit - S-47378

**page 102 of 141**



**Report of Method Blank**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose , LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

**Lab ID:** 20479440

**Description:** 8260 VOAs Full List Water BLK          **Project No.:** 2063683

**Method:** EPA 8260          **Batch:** 77997          **Units:** ug/L

**Prep Factor:** 1          **Leached:**          **Prepared:** 20-Oct-06          **Analyzed:** 10/20/06 15:02 RMP.(1)

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| 67-64-1 | Acetone | 1 | ND | A11 | 10.0 |
| 75-05-8 | Acetonitrile | 1 | ND | | 100. |
| 107-02-8 | Acrolein | 1 | ND | | 20.0 |
| 107-13-1 | Acrylonitrile | 1 | ND | | 20.0 |
| 107-05-1 | Allyl chloride | 1 | ND | | 10.0 |
| 71-43-2 | Benzene | 1 | ND | | 5.00 |
| 74-97-5 | Bromochloromethane | 1 | ND | | 5.00 |
| 75-27-4 | Bromodichloromethane | 1 | ND | | 5.00 |
| 75-25-2 | Bromoform | 1 | ND | | 5.00 |
| 74-83-9 | Bromomethane | 1 | ND | | 5.00 |
| 78-93-3 | 2-Butanone (MEK) | 1 | ND | A11 | 10.0 |
| 104-51-8 | n-Butylbenzene | 1 | ND | | 5.00 |
| 135-98-8 | sec-Butylbenzene | 1 | ND | | 5.00 |
| 98-06-6 | tert-Butylbenzene | 1 | ND | | 5.00 |
| 75-15-0 | Carbon disulfide | 1 | ND | | 5.00 |
| 56-23-5 | Carbon tetrachloride | ·1 | ND | | 5.00 |
| 108-90-7 | Chlorobenzene | 1 | ND | | 5.00 |
| 75-00-3 | Chloroethane | 1 | ND | | 5.00 |
| 110-75-8 | 2-Chloroethylvinyl ether | 1 | ND | | 20.0 |
| 67-66-3 | Chloroform | 1 | ND | | 5.00 |
| 74-87-3 | Chloromethane | 1 | ND | | 5.00 |
| 126-99-8 | Chloroprene | 1 | ND | | 5.00 |
| 95-49-8 | 2-Chlorotoluene | 1 | ND | | 5.00 |
| 106-43-4 | 4-Chlorotoluene | 1 | ND | | 5.00 |
| 96-12-8 | 1,2-Dibromo-3-chloropropane | 1 | ND | | 5.00 |
| 124-48-1 | Dibromochloromethane | 1 | ND | | 5.00 |
| 106-93-4 | 1,2-Dibromoethane (EDB) | 1 | ND | | 5.00 |
| 74-95-3 | Dibromomethane | 1 | ND | | 5.00 |
| 95-50-1 | 1,2-Dichlorobenzene | 1 | ND | | 5.00 |
| 541-73-1 | 1,3-Dichlorobenzene | 1 | ND | | 5.00 |
| 106-46-7 | 1,4-Dichlorobenzene | 1 | ND | | 5.00 |
| 110-57-6 | trans-1,4-Dichloro-2-butene | 1 | ND | | 5.00 |
| 75-71-8 | Dichlorodifluoromethane | 1 | ND | | 5.00 |
| 75-34-3 | 1,1-Dichloroethane | 1 | ND | | 5.00 |
| 107-06-2 | 1,2-Dichloroethane | 1 | ND | | 5.00 |
| 75-35-4 | 1,1-Dichloroethene | 1 | ND | | 5.00 |

ND denotes Not Detected at or above the reporting limit.
DF denotes Dilution Factor.
RL denotes sample Reporting Limit.
Qu lists qualifiers. Specific qualifiers are defined at the end of this report.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (4) subcontract or field.

11/3/2006 10:52:13

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0681
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060073
Florida Dept. of Health (NELAC) - E87395
Kansas Dept. of Health Environment - E-10266
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270



**Report of Method Blank**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose , LA 70087

Phone: 504.468.0333
Fax: 504.469.0555
LELAP # 02008

Lab ID: 20479440

Description: 8260 VOAs Full List Water BLK          Project No.: 2063683

Method: EPA 8260                                  Batch: 77997          Units: ug/L

Prep Factor: 1          Leached:          Prepared: 20-Oct-06          Analyzed: 10/20/06 15:02 RMP (1)

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| 156-59-2 | cis-1,2-Dichloroethene | 1 | ND | | 5.00 |
| 156-60-5 | trans-1,2-Dichloroethene | 1 | ND | | 5.00 |
| 78-87-5 | 1,2-Dichloropropane | 1 | ND | | 5.00 |
| 142-28-9 | 1,3-Dichloropropane | 1 | ND | | 5.00 |
| 594-20-7 | 2,2-Dichloropropane | 1 | ND | | 5.00 |
| 563-58-6 | 1,1-Dichloropropene | 1 | ND | | 5.00 |
| 10061-01-5 | cis-1,3-Dichloropropene | 1 | ND | | 5.00 |
| 10061-02-6 | trans-1,3-Dichloropropene | 1 | ND | | 5.00 |
| 123-91-1 | 1,4-Dioxane (p-Dioxane) | 1 | ND | | 250. |
| 100-41-4 | Ethylbenzene | 1 | ND | | 5.00 |
| 97-63-2 | Ethyl methacrylate | 1 | ND | | 10.0 |
| 591-78-6 | 2-Hexanone | 1 | ND | | 10.0 |
| 74-88-4 | Iodomethane | 1 | ND | | 5.00 |
| 78-83-1 | Isobutanol | 1 | ND | | 250. |
| 98-82-8 | Isopropylbenzene (Cumene) | 1 | ND | | 5.00 |
| 99-87-6 | p-Isopropyltoluene | 1 | ND | | 5.00 |
| 126-98-7 | Methacrylonitrile | 1 | ND | | 100. |
| 75-09-2 | Methylene chloride | 1 | 1.60 | J   A11 | 5.00 |
| 80-62-6 | Methyl methacrylate | 1 | ND | | 10.0 |
| 108-10-1 | 4-Methyl-2-pentanone (MIBK) | 1 | ND | | 10.0 |
| 1634-04-4 | Methyl-tert-butyl ether | 1 | ND | | 5.00 |
| 91-20-3 | Naphthalene | 1 | ND | | 5.00 |
| 107-12-0 | Propionitrile | 1 | ND | | 20.0 |
| 103-65-1 | n-Propylbenzene | 1 | ND | | 5.00 |
| 100-42-5 | Styrene | 1 | ND | | 5.00 |
| 630-20-6 | 1,1,1,2-Tetrachloroethane | 1 | ND | | 5.00 |
| 79-34-5 | 1,1,2,2-Tetrachloroethane | 1 | ND | | 5.00 |
| 127-18-4 | Tetrachloroethene | 1 | ND | | 5.00 |
| 108-88-3 | Toluene | 1 | ND | | 5.00 |
| 87-61-6 | 1,2,3-Trichlorobenzene | 1 | ND | | 5.00 |
| 120-82-1 | 1,2,4-Trichlorobenzene | 1 | ND | | 5.00 |
| 71-55-6 | 1,1,1-Trichloroethane | 1 | ND | | 5.00 |
| 79-00-5 | 1,1,2-Trichloroethane | 1 | ND | | 5.00 |
| 79-01-6 | Trichloroethene | 1 | ND | | 5.00 |
| 75-69-4 | Trichlorofluoromethane | 1 | ND | | 5.00 |
| 96-18-4 | 1,2,3-Trichloropropane | 1 | ND | | 5.00 |

ND denotes Not Detected at or above the reporting limit.
DF denotes Dilution Factor.
RL denotes sample Reporting Limit.
Qu lists qualifiers. Specific qualifiers are defined at the end of the report.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Houston City, (4) Houston, or (6) subcontract or field.

11/7/2006 16:42:23

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02008
Arkansas Dept. of Environmental Quality - 89-0881
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87383
Kansas Dept. of Health Environment - E-10368
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270



**Report of Method Blank**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose , LA 70087

Phone: 504.469.0033
Fax: 504.469.0555
LELAP # 02006

**Pace Analytical®**
New Orleans Laboratory

| | | | | | | |
|---|---|---|---|---|---|---|
| Lab ID: 20479440 | | | | | | |
| Description: 8260 VOAs Full List Water BLK | | | Project No.: 2063683 | | | |
| Method: EPA 8260 | | | Batch: 77997 | | Units: ug/L | |
| Prep Factor: 1 | Leached: | | Prepared: 20-Oct-06 | Analyzed: 10/20/06 15:02 BMP (1) | | |

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| 526-73-8 | 1,2,3-Trimethylbenzene | 1 | ND | | 5.00 |
| 95-63-6 | 1,2,4-Trimethylbenzene | 1 | ND | | 5.00 |
| 108-67-8 | 1,3,5-Trimethylbenzene | 1 | ND | | 5.00 |
| 108-05-4 | Vinyl acetate | 1 | ND | | 10.0 |
| 75-01-4 | Vinyl chloride | 1 | ND | | 5.00 |
| | m&p-Xylene | 1 | ND | | 5.00 |
| 95-47-6 | o-Xylene | 1 | ND | | 5.00 |

79 compound(s) reported

ND denotes Not Detected at or above the reporting limit.
DF denotes Dilution Factor.
RL denotes sample Reporting Limit.
Qu Data qualifiers. Specific qualifiers are defined at the end of the report.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (0) subcontract or field.

11/7/2006 14:02:33
New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 99-0061
Louisiana Dept. of Health and Hospitals / Drinking Water - LA000023
Florida Dept. of Health (NELAC) - E87265
Kansas Dept. of Health Environmental - E-10266
U.S. Dept. of Agriculture Foreign Soil Permit - E-47278

page 105 of 141



**Report of Method Blank**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0233
Fax: 504.469.0555
LELAP # 02006

Pace Analytical ®
New Orleans Laboratory

Lab ID: 20479619

Description: 8270 SVOAs Dual pH

Method: EPA 8270

Project No.: 2063683

Batch: 78032

Units: ug/L

Prep Factor: 1          Leached:          Prepared: 23-Oct-06          Analyzed: 10/25/06 11:23 JAM (1)

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| 83-32-9 | Acenaphthene | 1 | ND | | 10.0 |
| 208-96-8 | Acenaphthylene | 1 | ND | | 10.0 |
| 62-53-3 | Aniline | 1 | ND | | 10.0 |
| 120-12-7 | Anthracene | 1 | ND | | 10.0 |
| 56-55-3 | Benzo(a)anthracene | 1 | ND | | 10.0 |
| 205-99-2 | Benzo(b)fluoranthene | 1 | ND | | 10.0 |
| 207-08-9 | Benzo(k)fluoranthene | 1 | ND | | 10.0 |
| 65-85-0 | Benzoic acid | 1 | ND | | 25.0 |
| 191-24-2 | Benzo(g,h,i)perylene | 1 | ND | | 10.0 |
| 50-32-8 | Benzo(a)pyrene | 1 | ND | | 10.0 |
| 100-51-6 | Benzyl alcohol | 1 | ND | | 10.0 |
| 92-52-4 | Biphenyl (Diphenyl) | 1 | ND | | 10.0 |
| 101-55-3 | 4-Bromophenylphenyl ether | 1 | ND | | 10.0 |
| 85-68-7 | Butylbenzylphthalate | 1 | ND | | 10.0 |
| 86-74-8 | Carbazole | 1 | ND | | 10.0 |
| 59-50-7 | 4-Chloro-3-methylphenol | 1 | ND | | 10.0 |
| 106-47-8 | 4-Chloroaniline | 1 | ND | | 10.0 |
| 111-91-1 | bis(2-Chloroethoxy)methane | 1 | ND | | 10.0 |
| 111-44-4 | bis(2-Chloroethyl) ether | 1 | ND | | 10.0 |
| 91-58-7 | 2-Chloronaphthalene | 1 | ND | | 10.0 |
| 95-57-8 | 2-Chlorophenol | 1 | ND | | 10.0 |
| 7005-72-3 | 4-Chlorophenylphenyl ether | 1 | ND | | 10.0 |
| 218-01-9 | Chrysene | 1 | ND | | 10.0 |
| 53-70-3 | Dibenz(a,h)anthracene | 1 | ND | | 10.0 |
| 132-64-9 | Dibenzofuran | 1 | ND | | 10.0 |
| 95-50-1 | 1,2-Dichlorobenzene | 1 | ND | | 10.0 |
| 541-73-1 | 1,3-Dichlorobenzene | 1 | ND | | 10.0 |
| 106-46-7 | 1,4-Dichlorobenzene | 1 | ND | | 10.0 |
| 91-94-1 | 3,3'-Dichlorobenzidine | 1 | ND | | 20.0 |
| 120-83-2 | 2,4-Dichlorophenol | 1 | ND | | 10.0 |
| 84-66-2 | Diethylphthalate | 1 | ND | | 10.0 |
| 105-67-9 | 2,4-Dimethylphenol | 1 | ND | | 10.0 |
| 131-11-3 | Dimethylphthalate | 1 | ND | | 10.0 |
| 84-74-2 | Di-n-butylphthalate | 1 | ND | | 10.0 |
| 534-52-1 | 4,6-Dinitro-2-methylphenol | 1 | ND | | 10.0 |
| 99-65-0 | 1,3-Dinitrobenzene | 1 | ND | | 10.0 |

ND denotes Not Detected at or above the reporting limit.
DF denotes Dilution Factor.
RL denotes sample Reporting Limit.
Qu flak qualifiers. Specific qualifiers are defined at the end of the report.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Baxter City, (4) Houston, or (0) subcontract or field.

11/7/2006 16:02:21

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 06-0185
Louisiana Dept. of Health and Hospitals / Drinking Water - LA080023
Florida Dept. of Health (NELAC) - E87385
Kansas Dept. of Health Environment - E-10366
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270

page 106 of 141


**Pace Analytical** *
*New Orleans Laboratory*

## Report of Method Blank

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

Lab ID: 20479619

Description: 8270 SVOAs Dual pH                    Project No.: 2063683

Method: EPA 8270                                   Batch: 78032          Units: ug/L

Prep Factor: 1              Leached:              Prepared: 23-Oct-06    Analyzed: 10/25/06 11:23 (AM ())

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| 51-28-5 | 2,4-Dinitrophenol | 1 | ND | | 10.0 |
| 121-14-2 | 2,4-Dinitrotoluene | 1 | ND | | 10.0 |
| 606-20-2 | 2,6-Dinitrotoluene | 1 | ND | | 10.0 |
| 117-84-0 | Di-n-octylphthalate | 1 | ND | | 10.0 |
| 88-85-7 | Dinoseb | 1 | ND | | 10.0 |
| 117-81-7 | bis(2-Ethylhexyl)phthalate | 1 | ND | | 10.0 |
| 206-44-0 | Fluoranthene | 1 | ND | | 10.0 |
| 86-73-7 | Fluorene | 1 | ND | | 10.0 |
| 87-68-3 | Hexachloro-1,3-butadiene | 1 | ND | | 10.0 |
| 118-74-1 | Hexachlorobenzene | 1 | ND | | 10.0 |
| 77-47-4 | Hexachlorocyclopentadiene | 1 | ND | | 10.0 |
| 67-72-1 | Hexachloroethane | 1 | ND | | 10.0 |
| 193-39-5 | Indeno(1,2,3-cd)pyrene | 1 | ND | | 10.0 |
| 78-59-1 | Isophorone | 1 | ND | | 10.0 |
| 91-57-6 | 2-Methylnaphthalene | 1 | ND | | 10.0 |
| 95-48-7 | 2-Methylphenol (o-Cresol) | 1 | ND | | 10.0 |
| 106-44-5 | 4-Methylphenol (p-Cresol) | 1 | ND | A7 | 10.0 |
| 91-20-3 | Naphthalene | 1 | ND | | 10.0 |
| 88-74-4 | 2-Nitroaniline | 1 | ND | | 10.0 |
| 99-09-2 | 3-Nitroaniline | 1 | ND | | 10.0 |
| 100-01-6 | 4-Nitroaniline | 1 | ND | | 10.0 |
| 98-95-3 | Nitrobenzene | 1 | ND | | 10.0 |
| 88-75-5 | 2-Nitrophenol | 1 | ND | | 10.0 |
| 100-02-7 | 4-Nitrophenol | 1 | ND | | 10.0 |
| 621-64-7 | N-Nitroso-di-n-propylamine | 1 | ND | | 10.0 |
| 86-30-6 | N-Nitrosodiphenylamine | 1 | ND | A10 | 10.0 |
| 108-60-1 | 2,2'-Oxybis(1-chloropropane) | 1 | ND | | 10.0 |
| 87-86-5 | Pentachlorophenol | 1 | ND | | 10.0 |
| 85-01-8 | Phenanthrene | 1 | ND | | 10.0 |
| 108-95-2 | Phenol | 1 | ND | | 10.0 |
| 129-00-0 | Pyrene | 1 | ND | | 10.0 |
| 95-94-3 | 1,2,4,5-Tetrachlorobenzene | 1 | ND | | 10.0 |
| 58-90-2 | 2,3,4,6-Tetrachlorophenol | 1 | ND | | 10.0 |
| 120-82-1 | 1,2,4-Trichlorobenzene | 1 | ND | | 10.0 |
| 95-95-4 | 2,4,5-Trichlorophenol | 1 | ND | | 10.0 |
| 88-06-2 | 2,4,6-Trichlorophenol | 1 | ND | | 10.0 |

ND denotes Not Detected at or above the reporting limit.
DF denotes Dilution Factor.
RL denotes sample Reporting Limit.
Qu this qualifier. Specific qualifiers are defined at the end of the report.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (B) subcontract or field.

11/7/2006 16 02:23
New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0081
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060022
Florida Dept. of Health (NELAC) - E87385
Kansas Dept. of Health  Environment - E-10288
U.S. Dept. of Agriculture Foreign Soil Permit - S-47116

page 107 of 141



**Report of Method Blank**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087
Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 03006

**Lab ID:** 20479619

**Description:** 8270 SVOAs Dual pH

**Method:** EPA 8270

**Project No.:** 2063683

**Batch:** 78032                    **Units:** ug/L

**Prep Factor:** 1          **Leached:**          **Prepared:** 23-Oct-06      **Analyzed:** 10/25/06 11:23 IAM(1)

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|

72 compound(s reported)

ND denotes Not Detected at or above the reporting limit.
DF denotes Dilution Factor.
RL denotes Sample Reporting Limit.
Qu lists qualifiers. Specific qualifiers are defined at the end of the report.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (5) subcontract or field.

11/7/2006 16:02:23

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 07005
Arkansas Dept. of Environmental Quality - 00-006-5
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87305
Kansas Dept. of Health Environment - E-10248
U.S. Dept. of Agriculture Foreign Soil Permit - S-47370

**page 108 of 141**

**Report of Method Blank**



Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

Lab ID.: 20479640

Description: 8270 SVOAs Low Soil

Method: EPA 8270

Project No.: 2063683

Batch: 77879

Units: ug/kg

Prep Factor: 1            Leached:            Prepared: 24-Oct-06            Analyzed: 10/27/06 10:08 ʑAM (1)

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| 83-32-9 | Acenaphthene | 1 | ND | | 333. |
| 208-96-8 | Acenaphthylene | 1 | ND | | 333. |
| 98-86-2 | Acetophenone | 1 | ND | | 333. |
| 53-96-3 | 2-Acetylaminofluorene | 1 | ND | | 333. |
| 92-67-1 | 4-Aminobiphenyl | 1 | ND | | 333. |
| 62-53-3 | Aniline | 1 | ND | | 333. |
| 120-12-7 | Anthracene | 1 | ND | | 333. |
| 140-57-8 | Aramite | 1 | ND | | 333. |
| 56-55-3 | Benzo(a)anthracene | 1 | ND | | 333. |
| 205-99-2 | Benzo(b)fluoranthene | 1 | ND | | 333. |
| 207-08-9 | Benzo(k)fluoranthene | 1 | ND | | 333. |
| 65-85-0 | Benzoic acid | 1 | ND | | 833. |
| 191-24-2 | Benzo(g,h,i)perylene | 1 | ND | | 333. |
| 50-32-8 | Benzo(a)pyrene | 1 | ND | | 333. |
| 100-51-6 | Benzyl alcohol | 1 | ND | | 333. |
| 92-52-4 | Biphenyl (Diphenyl) | 1 | ND | | 333. |
| 101-55-3 | 4-Bromophenylphenyl ether | 1 | ND | | 333. |
| 85-68-7 | Butylbenzylphthalate | 1 | ND | | 333. |
| 86-74-8 | Carbazole | 1 | ND | | 333. |
| 59-50-7 | 4-Chloro-3-methylphenol | 1 | ND | | 333. |
| 106-47-8 | 4-Chloroaniline | 1 | ND | | 333. |
| 111-91-1 | bis(2-Chloroethoxy)methane | 1 | ND | | 333. |
| 111-44-4 | bis(2-Chloroethyl) ether | 1 | ND | | 333. |
| 91-58-7 | 2-Chloronaphthalene | 1 | ND | | 333. |
| 95-57-8 | 2-Chlorophenol | 1 | ND | | 333. |
| 7005-72-3 | 4-Chlorophenylphenyl ether | 1 | ND | | 333. |
| 218-01-9 | Chrysene | 1 | ND | | 333. |
| 53-70-3 | Dibenz(a,h)anthracene | 1 | ND | | 333. |
| 132-64-9 | Dibenzofuran | 1 | ND | | 333. |
| 95-50-1 | 1,2-Dichlorobenzene | 1 | ND | | 333. |
| 541-73-1 | 1,3-Dichlorobenzene | 1 | ND | | 333. |
| 106-46-7 | 1,4-Dichlorobenzene | 1 | ND | | 333. |
| 91-94-1 | 3,3'-Dichlorobenzidine | 1 | ND | | 667. |
| 120-83-2 | 2,4-Dichlorophenol | 1 | ND | | 333. |
| 87-65-0 | 2,6-Dichlorophenol | 1 | ND | | 333. |
| 84-66-2 | Diethylphthalate | 1 | ND | | 333. |

ND denotes Not Detected at or above the reporting limit.
DF denotes Dilution Factor.
RL denotes sample Reporting Limit.
Qu lists qualifiers. Specific qualifiers are defined at the end of the report.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (E) subcontract or field.

11/3/2006 16:03:23

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 89-0681
Louisiana Dept. of Health and Hospitals (Drinking Water - LA080023
Florida Dept. of Health (NELAC) - E87808
Kansas Dept. of Health Environment - E-10266
U.S. Dept. of Agriculture Foreign Soil Permit - S-49276

page 109 of 141



**Report of Method Blank**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

**Lab ID:** 20479640

**Description:** 8270 SVOAs Low Soil

**Method:** EPA 8270

**Project No.:** 2063683

**Batch:** 77879

**Units:** ug/kg

**Prep Factor:** 1          **Leached:**          **Prepared:** 24-Oct-06          **Analyzed:** 10/27/06 10:08 AM (1)

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| 60-11-7 | P-Dimethylaminoazobenzene | 1 | ND | | 333. |
| 57-97-6 | 7,12-Dimethylbenz(a)anthracene | 1 | ND | | 333. |
| 119-93-7 | 3,3'-Dimethylbenzidine | 1 | ND | | 333. |
| 105-67-9 | 2,4-Dimethylphenol | 1 | ND | | 333. |
| 122-09-8 | a,a-Dimethylphenylethylamine | 1 | ND | | 333. |
| 131-11-3 | Dimethylphthalate | 1 | ND | | 333. |
| 84-74-2 | Di-n-butylphthalate | 1 | ND | | 333. |
| 534-52-1 | 4,6-Dinitro-2-methylphenol | 1 | ND | | 333. |
| 99-65-0 | 1,3-Dinitrobenzene | 1 | ND | | 333. |
| 51-28-5 | 2,4-Dinitrophenol | 1 | ND | | 333. |
| 121-14-2 | 2,4-Dinitrotoluene | 1 | ND | | 333. |
| 606-20-2 | 2,6-Dinitrotoluene | 1 | ND | | 333. |
| 117-84-0 | Di-n-octylphthalate | 1 | ND | | 333. |
| 88-85-7 | Dinoseb | 1 | ND | | 333. |
| 117-81-7 | bis(2-Ethylhexyl)phthalate | 1 | ND | | 333. |
| 62-50-0 | Ethyl methanesulfonate | 1 | ND | | 333. |
| 206-44-0 | Fluoranthene | 1 | ND | | 333. |
| 86-73-7 | Fluorene | 1 | ND | | 333. |
| 87-68-3 | Hexachloro-1,3-butadiene | 1 | ND | | 333. |
| 118-74-1 | Hexachlorobenzene | 1 | ND | | 333. |
| 77-47-4 | Hexachlorocyclopentadiene | 1 | ND | | 333. |
| 67-72-1 | Hexachloroethane | 1 | ND | | 333. |
| 70-30-4 | Hexachlorophene | 1 | ND | | 3330 |
| 1888-71-7 | Hexachloropropene | 1 | ND | | 333. |
| 193-39-5 | Indeno(1,2,3-cd)pyrene | 1 | ND | | 333. |
| 78-59-1 | Isophorone | 1 | ND | | 333. |
| 120-58-1 | Isosafrole | 1 | ND | | 333. |
| 91-80-5 | Methapyrilene | 1 | ND | | 333. |
| 56-49-5 | 3-Methylcholanthrene | 1 | ND | | 333. |
| 66-27-3 | Methyl methanesulfonate | 1 | ND | | 333. |
| 91-57-6 | 2-Methylnaphthalene | 1 | ND | | 333. |
| 95-48-7 | 2-Methylphenol (o-Cresol) | 1 | ND | | 333. |
| 108-39-4 | 3-Methylphenol (m-Cresol) | 1 | ND | A7 | 333. |
| 106-44-5 | 4-Methylphenol (p-Cresol) | 1 | ND | A7 | 333. |
| 91-20-3 | Naphthalene | 1 | ND | | 333. |
| 134-32-7 | 1-Naphthalenamine | 1 | ND | | 333. |

ND denotes Not Detected at or above the reporting limit.
Dil denotes Dilution Factor.
RL denotes sample Reporting Limit.
Qu lists qualifiers. Specific qualifiers are defined at the end of the report.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (8) subcontract or field.

11/2/2006 16:02:23

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0881
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060033
Florida Dept. of Health (NELAC) - E87585
Kansas Dept. of Health Environment - E-10268
U.S. Dept. of Agriculture Foreign Soil Permit - S-47370

**page 110 of 141**



**Report of Method Blank**

*Pace Analytical Services, Inc.*
*1000 Riverbend Blvd. Suite F*
*St. Rose , LA 70087*

*Phone: 504.469.0333*
*Fax: 504.469.0555*
*LELAP # 02006*

**Lab ID:** 20479640

**Description:** 8270 SVOAs Low Soil

**Method:** EPA 8270

**Project No.:** 2063683

**Batch:** 77879

**Units:** ug/kg

**Prep Factor:** 1          **Leached:**          **Prepared:** 24-Oct-06          **Analyzed:** 10/27/06 10:08 IAM (1)

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| 91-59-8 | 2-Naphthaleneamine | 1 | ND | | 333. |
| 130-15-4 | 1,4-Naphthoquinone | 1 | ND | | 1670 |
| 88-74-4 | 2-Nitroaniline | 1 | ND | | 333. |
| 99-09-2 | 3-Nitroaniline | 1 | ND | | 333. |
| 100-01-6 | 4-Nitroaniline | 1 | ND | | 333. |
| 98-95-3 | Nitrobenzene | 1 | ND | | 333. |
| 88-75-5 | 2-Nitrophenol | 1 | ND | | 333. |
| 100-02-7 | 4-Nitrophenol | 1 | ND | | 333. |
| 56-57-5 | 4-Nitroquinoline-n-oxide | 1 | ND | | 333. |
| 99-55-8 | 5-Nitro-o-toluidine | 1 | ND | | 333. |
| 55-18-5 | N-Nitrosodiethylamine | 1 | ND | | 333. |
| 62-75-9 | N-Nitrosodimethylamine | 1 | ND | | 333. |
| 924-16-3 | N-Nitroso-di-n-butylamine | 1 | ND | | 333. |
| 621-64-7 | N-Nitroso-di-n-propylamine | 1 | ND | | 333. |
| 86-30-6 | N-Nitrosodiphenylamine | 1 | ND | A10 | 333. |
| 10595-95-6 | N-Nitrosomethylethylamine | 1 | ND | | 333. |
| 59-89-2 | N-Nitrosomorpholine | 1 | ND | | 333. |
| 100-75-4 | N-Nitrosopiperidine | 1 | ND | | 333. |
| 930-55-2 | N-Nitrosopyrrolidine | 1 | ND | | 333. |
| 108-60-1 | 2,2'-Oxybis(1-chloropropane) | 1 | ND | | 333. |
| 608-93-5 | Pentachlorobenzene | 1 | ND | | 333. |
| 76-01-7 | Pentachloroethane | 1 | ND | | 333. |
| 82-68-8 | Pentachloronitrobenzene | 1 | ND | | 333. |
| 87-86-5 | Pentachlorophenol | 1 | ND | | 333. |
| 62-44-2 | Phenacetin | 1 | ND | | 333. |
| 85-01-8 | Phenanthrene | 1 | ND | | 333. |
| 108-95-2 | Phenol | 1 | ND | | 333. |
| 106-50-3 | p-Phenylenediamine | 1 | ND | | 333. |
| 109-06-8 | 2-Picoline | 1 | ND | | 333. |
| 23950-58-5 | Pronamide | 1 | ND | | 333. |
| 129-00-0 | Pyrene | 1 | ND | | 333. |
| 110-86-1 | Pyridine | 1 | ND | | 333. |
| 94-59-7 | Safrole | 1 | ND | | 333. |
| 95-94-3 | 1,2,4,5-Tetrachlorobenzene | 1 | ND | | 333. |
| 58-90-2 | 2,3,4,6-Tetrachlorophenol | 1 | ND | | 333. |
| 95-53-4 | O-Toluidine | 1 | ND | | 333. |

11/1/2006 16:02:23

ND denotes Not Detected at or above the reporting limit.
DF denotes Dilution Factor.
RL denotes sample Reporting Limit.
Qu lists qualifiers. Specific qualifiers are defined at the end of the report.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (5) subcontract or field.

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0681
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060021
Florida Dept. of Health (NELAC) - E87366
Kansas Dept. of Health  Environment - E-10398
U.S. Dept. of Agriculture Foreign Soil Permit - S-47279

**page 111 of 141**



**Report of Method Blank**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.489.0332
Fax: 504.489.0555
LELAP # 02008

Lab ID: 20479640

Description: 8270 SVOAs Low Soil                Project No.: 2063683

Method: EPA 8270                                Batch: 77879        Units: ug/kg

Prep Factor: 1          Leached:          Prepared: 24-Oct-06   Analyzed: 10/27/06 10:08 JAM (1)

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| 120-82-1 | 1,2,4-Trichlorobenzene | 1 | ND | | 333. |
| 95-95-4 | 2,4,5-Trichlorophenol | 1 | ND | | 333. |
| 88-06-2 | 2,4,6-Trichlorophenol | 1 | ND | | 333. |
| 99-35-4 | 1,3,5-Trinitrobenzene | 1 | ND | | 333. |

112 compound(s) reported

ND denotes Not Detected at or above the reporting limit.
DF denotes Dilution Factor.
RL denotes sample Reporting Limit.
Qu list qualifiers. Specific qualifiers are defined at the end of the report.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Houston, or (4) subcontract or field.

11/1/2006 16:02:23
New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02008
Arkansas Dept. of Environmental Quality - 88-0651
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87985
Kansas Dept. of Health Environment - E-10298
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270

page 112 of 141



**Report of Method Blank**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

Lab ID: 20479649

Description: 8270 SVOAs SIM Water                    Project No.: 2063683

Method: EPA 8270                                    Batch: 77913              Units: ug/L

Prep Factor: 1            Leached:           Prepared: 23-Oct-06      Analyzed: 10/24/06 13:43 JAM (1)

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| 83-32-9 | Acenaphthene | 1 | ND | | 0.100 |
| 208-96-8 | Acenaphthylene | 1 | ND | | 0.100 |
| 120-12-7 | Anthracene | 1 | ND | | 0.100 |
| 56-55-3 | Benzo(a)anthracene | 1 | ND | | 0.100 |
| 205-99-2 | Benzo(b)fluoranthene | 1 | ND | | 0.100 |
| 207-08-9 | Benzo(k)fluoranthene | 1 | ND | | 0.100 |
| 191-24-2 | Benzo(g,h,i)perylene | 1 | ND | | 0.100 |
| 50-32-8 | Benzo(a)pyrene | 1 | ND | | 0.100 |
| 218-01-9 | Chrysene | 1 | ND | | 0.100 |
| 53-70-3 | Dibenzo(a,h)anthracene | 1 | ND | | 0.100 |
| 206-44-0 | Fluoranthene | 1 | ND | | 0.100 |
| 86-73-7 | Fluorene | 1 | ND | | 0.100 |
| 193-39-5 | Indeno(1,2,3-cd)pyrene | 1 | ND | | 0.100 |
| 90-12-0 | 1-Methylnaphthalene | 1 | ND | | 0.100 |
| 91-57-6 | 2-Methylnaphthalene | 1 | ND | | 0.100 |
| 91-20-3 | Naphthalene | 1 | ND | | 0.100 |
| 85-01-8 | Phenanthrene | 1 | ND | | 0.100 |
| 129-00-0 | Pyrene | 1 | ND | | 0.100 |

18 compound(s) reported

ND denotes Not Detected at or above the reporting limit.
DF denotes Dilution Factor.
RL denotes sample Reporting Limit.
Qualifiers, Specific qualifiers are defined at the end of the report.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Kenner City, (4) Houston, or (5) subcontract or field.

11/3/2006 14:52:23

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 04-031
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87103
Kansas Dept. of Health Environment - E-10286
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270

page 113 of 141



**Pace Analytical®**
New Orleans Laboratory

### Report of Method Blank

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose , LA 70087
Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

Lab ID: 20480131

Description: 8260 VOAs Full List Low, BLK

Method: EPA 8260

Project No.: 2063683

Batch: 78144           Units: ug/kg

Prep Factor: 1          Leached:          Prepared: 25-Oct-06     Analyzed: 10/25/06 22:21 DET (1)

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| 67-64-1 | Acetone | 1 | ND | A11 | 10.0 |
| 71-43-2 | Benzene | 1 | ND | | 5.00 |
| 75-27-4 | Bromodichloromethane | 1 | ND | | 5.00 |
| 75-25-2 | Bromoform | 1 | ND | | 5.00 |
| 74-83-9 | Bromomethane | 1 | ND | | 5.00 |
| 78-93-3 | 2-Butanone (MEK) | 1 | ND | A11 | 10.0 |
| 75-15-0 | Carbon disulfide | 1 | ND | | 5.00 |
| 56-23-5 | Carbon tetrachloride | 1 | ND | | 5.00 |
| 108-90-7 | Chlorobenzene | 1 | ND | | 5.00 |
| 75-00-3 | Chloroethane | 1 | ND | | 5.00 |
| 67-66-3 | Chloroform | 1 | ND | | 5.00 |
| 74-87-3 | Chloromethane | 1 | ND | | 5.00 |
| 96-12-8 | 1,2-Dibromo-3-chloropropane | 1 | ND | | 5.00 |
| 124-48-1 | Dibromochloromethane | 1 | ND | | 5.00 |
| 75-34-3 | 1,1-Dichloroethane | 1 | ND | | 5.00 |
| 107-06-2 | 1,2-Dichloroethane | 1 | ND | | 5.00 |
| 75-35-4 | 1,1-Dichloroethene | 1 | ND | | 5.00 |
| 156-59-2 | cis-1,2-Dichloroethene | 1 | ND | | 5.00 |
| 156-60-5 | trans-1,2-Dichloroethene | 1 | ND | | 5.00 |
| 78-87-5 | 1,2-Dichloropropane | 1 | ND | | 5.00 |
| 10061-01-5 | cis-1,3-Dichloropropene | 1 | ND | | 5.00 |
| 10061-02-6 | trans-1,3-Dichloropropene | 1 | ND | | 5.00 |
| 100-41-4 | Ethylbenzene | 1 | ND | | 5.00 |
| 591-78-6 | 2-Hexanone | 1 | ND | | 10.0 |
| 78-83-1 | Isobutanol | 1 | ND | | 250. |
| 75-09-2 | Methylene chloride | 1 | ND | A11 | 5.00 |
| 108-10-1 | 4-Methyl-2-pentanone (MIBK) | 1 | ND | | 10.0 |
| 1634-04-4 | Methyl-tert-butyl ether | 1 | ND | | 5.00 |
| 100-42-5 | Styrene | 1 | ND | | 5.00 |
| 630-20-6 | 1,1,1,2-Tetrachloroethane | 1 | ND | | 5.00 |
| 79-34-5 | 1,1,2,2-Tetrachloroethane | 1 | ND | | 5.00 |
| 127-18-4 | Tetrachloroethene | 1 | ND | | 5.00 |
| 108-88-3 | Toluene | 1 | ND | | 5.00 |
| 120-82-1 | 1,2,4-Trichlorobenzene | 1 | ND | | 5.00 |
| 71-55-6 | 1,1,1-Trichloroethane | 1 | ND | | 5.00 |
| 79-00-5 | 1,1,2-Trichloroethane | 1 | ND | | 5.00 |

11/3/2006 16:02:23

ND denotes Not Detected at or above the reporting limit.
DF denotes Dilution Factor.
RL denotes sample Reporting Limit.
Qu lists qualifiers. Specific qualifiers are defined at the end of the report.
Analytes performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (8) subcontract or field.

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0031
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060033
Florida Dept. of Health (NELAC) - E87302
Kansas Dept. of Health Environment - E-10298
U.S. Dept. of Agriculture Foreign Soil Permit - S-47278

page 114 of 141



**Report of Method Blank**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose , LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

**Lab ID:** 20480131

**Description:** 8260 VOAs Full List Low, BLK          **Project No.:** 2063683

**Method:** EPA 8260          **Batch:** 78144          **Units:** ug/kg

**Prep Factor:** 1          **Leached:**          **Prepared:** 25-Oct-06          **Analyzed:** 10/25/06 22:21 DET(I)

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| 79-01-6 | Trichloroethene | 1 | ND | | 5.00 |
| 75-69-4 | Trichlorofluoromethane | 1 | ND | | 5.00 |
| 75-01-4 | Vinyl chloride | 1 | ND | | 5.00 |
| | m&p-Xylene | 1 | 0.690 J | | 5.00 |
| 95-47-6 | o-Xylene | 1 | ND | | 5.00 |

41 compound(s) reported

ND denotes Not Detected at or above the reporting limit.
DF denotes Dilution Factor.
RL denotes sample Reporting Limit.
Qu list qualifiers. Specific qualifiers are defined at the end of the report.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (9) subcontract or field.

New Orleans Laboratory Certifications          11/3/2006 16:02:2)
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0681
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060123
Florida Dept. of Health (HELAC) - E87585
Kansas Dept. of Health  Environment - E-10286
U.S. Dept. of Agriculture Foreign Soil Permit - S-47279

page 115 of 141



**Pace Analytical®**
New Orleans Laboratory

## Report of Method Blank

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose , LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| Lab ID: | 20480615 | | |
|---|---|---|---|
| Description: | 8260 VOAs Med Soil Full BLK | Project No.: | 2063683 |
| Method: | EPA 8260 | Batch: | 78240 | Units: ug/kg |

| Prep Factor: 1 | Leached: | Prepared: 27-Oct-06 | Analyzed: 10/30/06 19:55 DST (1) |
|---|---|---|---|

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| 67-64-1 | Acetone | 1 | ND | A11 | 500. |
| 71-43-2 | Benzene | 1 | ND | | 250. |
| 75-27-4 | Bromodichloromethane | 1 | ND | | 250. |
| n/a | | 1 | 0.965 | | |
| 75-25-2 | Bromoform | 1 | ND | | 250. |
| 74-83-9 | Bromomethane | 1 | ND | | 250. |
| 78-93-3 | 2-Butanone (MEK) | 1 | ND | A11 | 500. |
| 15892-23-6 | sec-Butyl alcohol | 1 | ND | | 10000 |
| 75-15-0 | Carbon disulfide | 1 | ND | | 250. |
| 56-23-5 | Carbon tetrachloride | 1 | ND | | 250. |
| 108-90-7 | Chlorobenzene | 1 | ND | | 250. |
| 75-00-3 | Chloroethane | 1 | ND | | 250. |
| 67-66-3 | Chloroform | 1 | ND | | 250. |
| 74-87-3 | Chloromethane | 1 | ND | | 250. |
| 110-82-7 | Cyclohexane | 1 | ND | | 250. |
| 96-12-8 | 1,2-Dibromo-3-chloropropane | 1 | ND | | 250. |
| 124-48-1 | Dibromochloromethane | 1 | ND | | 250. |
| 75-34-3 | 1,1-Dichloroethane | 1 | ND | | 250. |
| 107-06-2 | 1,2-Dichloroethane | 1 | ND | | 250. |
| 75-35-4 | 1,1-Dichloroethene | 1 | ND | | 250. |
| 156-59-2 | cis-1,2-Dichloroethene | 1 | ND | | 250. |
| 156-60-5 | trans-1,2-Dichloroethene | 1 | ND | | 250. |
| 78-87-5 | 1,2-Dichloropropane | 1 | ND | | 250. |
| 10061-01-5 | cis-1,3-Dichloropropene | 1 | ND | | 250. |
| 10061-02-6 | trans-1,3-Dichloropropene | 1 | ND | | 250. |
| 100-41-4 | Ethylbenzene | 1 | ND | | 250. |
| 110-54-3 | n-Hexane | 1 | ND | | 250. |
| 78-83-1 | Isobutanol | 1 | ND | | 12500 |
| 98-82-8 | Isopropylbenzene (Cumene) | 1 | ND | | 250. |
| 75-09-2 | Methylene chloride | 1 | 51.5 | J A11 | 250. |
| 108-10-1 | 4-Methyl-2-pentanone (MIBK) | 1 | ND | | 500. |
| 1634-04-4 | Methyl-tert-butyl ether | 1 | ND | | 250. |
| 100-42-5 | Styrene | 1 | ND | | 250. |
| 630-20-6 | 1,1,1,2-Tetrachloroethane | 1 | ND | | 250. |
| 79-34-5 | 1,1,2,2-Tetrachloroethane | 1 | ND | | 250. |
| 127-18-4 | Tetrachloroethene | 1 | ND | | 250. |

ND denotes Not Detected at or above the reporting limit.
BF denotes Dilution Factor.
RL denotes sample Reporting Limit.
Qu Data qualifiers. Specific qualifiers are defined at the end of the report.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (5) subcontract or field.

11/7/2006 14:52:23

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0521
Louisiana Dept. of Health and Hospitals (Drinking Water - LA060031
Florida Dept. of Health (NELAC) - E87135
Kansas Dept. of Health Environmental - E-10304
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270

**page 116 of 141**



**Report of Method Blank**

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose , LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

Pace Analytical*
New Orleans Laboratory

Lab ID: 20480615

Description: 8260 VOAs Med Soil Full BLK          Project No.: 2063683

Method:  EPA 8260                                Batch: 78240          Units: µg/kg

Prep Factor: 1          Leached:          Prepared: 27-Oct-06          Analyzed: 10/30/06 19:55 DET.(1)

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| 108-88-3 | Toluene | 1 | 108. | J | 250. |
| 120-82-1 | 1,2,4-Trichlorobenzene | 1 | ND | | 250. |
| 71-55-6 | 1,1,1-Trichloroethane | 1 | ND | | 250. |
| 79-00-5 | 1,1,2-Trichloroethane | 1 | ND | | 250. |
| 79-01-6 | Trichloroethene | 1 | ND | | 250. |
| 75-69-4 | Trichlorofluoromethane | 1 | ND | | 250. |
| 95-63-6 | 1,2,4-Trimethylbenzene | 1 | ND | | 250. |
| 75-01-4 | Vinyl chloride | 1 | ND | | 250. |
| | m&p-Xylene | 1 | ND | | 250. |
| 95-47-6 | o-Xylene | 1 | ND | | 250. |

44 compound(s) reported

ND denotes Not Detected at or above the reporting limit.          11/7/2006 14:02:31
DF denotes Dilution Factor.                                        New Orleans Laboratory Certifications
RL denotes sample Reporting Limit.                                Louisiana Dept. of Environmental Quality (LELAP) - 02006
Qu btq qualifies. Specific qualifiers are defined at the end of the report.   Arkansas Dept. of Environmental Quality - 89-0881
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (5) subcontract or field.   Louisiana Dept. of Health and Hospitals / Drinking Water - LA990033
                                                                  Florida Dept. of Health (NELAC) - E87283
                                                                  Kansas Dept. of Health  Environment - E-10268
                                                                  U.S. Dept. of Agriculture Foreign Soil Permit - S-47278

**page 117 of 141**



**Report of Method Blank**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

**Lab ID:** 20480870

**Description:** 8260 VOAs Full List Low, BLK        **Project No.:** 2063683

**Method:** EPA 8260        **Batch:** 78144        **Units:** ug/kg

**Prep Factor:** 1        **Leached:**        **Prepared:** 27-Oct-06   **Analyzed:** 10/27/06 21:49 RMP (1)

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| 67-64-1 | Acetone | 1 | ND | A11 | 10.0 |
| 71-43-2 | Benzene | 1 | ND | | 5.00 |
| 75-27-4 | Bromodichloromethane | 1 | ND | | 5.00 |
| 75-25-2 | Bromoform | 1 | ND | | 5.00 |
| 74-83-9 | Bromomethane | 1 | ND | | 5.00 |
| 78-93-3 | 2-Butanone (MEK) | 1 | ND | A11 | 10.0 |
| 75-15-0 | Carbon disulfide | 1 | ND | | 5.00 |
| 56-23-5 | Carbon tetrachloride | 1 | ND | | 5.00 |
| 108-90-7 | Chlorobenzene | 1 | ND | | 5.00 |
| 75-00-3 | Chloroethane | 1 | ND | | 5.00 |
| 67-66-3 | Chloroform | 1 | ND | | 5.00 |
| 74-87-3 | Chloromethane | 1 | ND | | 5.00 |
| 96-12-8 | 1,2-Dibromo-3-chloropropane | 1 | ND | | 5.00 |
| 124-48-1 | Dibromochloromethane | 1 | ND | | 5.00 |
| 75-34-3 | 1,1-Dichloroethane | 1 | ND | | 5.00 |
| 107-06-2 | 1,2-Dichloroethane | 1 | ND | | 5.00 |
| 75-35-4 | 1,1-Dichloroethene | 1 | ND | | 5.00 |
| 156-59-2 | cis-1,2-Dichloroethene | 1 | ND | | 5.00 |
| 156-60-5 | trans-1,2-Dichloroethene | 1 | ND | | 5.00 |
| 78-87-5 | 1,2-Dichloropropane | 1 | ND | | 5.00 |
| 10061-01-5 | cis-1,3-Dichloropropene | 1 | ND | | 5.00 |
| 10061-02-6 | trans-1,3-Dichloropropene | 1 | ND | | 5.00 |
| 100-41-4 | Ethylbenzene | 1 | ND | | 5.00 |
| 591-78-6 | 2-Hexanone | 1 | ND | | 10.0 |
| 78-83-1 | Isobutanol | 1 | ND | | 250. |
| 75-09-2 | Methylene chloride | 1 | 1.70 J | A11 | 5.00 |
| 108-10-1 | 4-Methyl-2-pentanone (MIBK) | 1 | ND | | 10.0 |
| 1634-04-4 | Methyl-tert-butyl ether | 1 | ND | | 5.00 |
| 100-42-5 | Styrene | 1 | ND | | 5.00 |
| 630-20-6 | 1,1,1,2-Tetrachloroethane | 1 | ND | | 5.00 |
| 79-34-5 | 1,1,2,2-Tetrachloroethane | 1 | ND | | 5.00 |
| 127-18-4 | Tetrachloroethene | 1 | ND | | 5.00 |
| 108-88-3 | Toluene | 1 | ND | | 5.00 |
| 120-82-1 | 1,2,4-Trichlorobenzene | 1 | ND | | 5.00 |
| 71-55-6 | 1,1,1-Trichloroethane | 1 | ND | | 5.00 |
| 79-00-5 | 1,1,2-Trichloroethane | 1 | ND | | 5.00 |

ND denotes Not Detected at or above the reporting limit.
DF denotes Dilution Factor.
RL denotes sample Reporting Limit.
Qu list qualifiers. Specific qualifiers are defined at the end of report.
Analysis performed for (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (5) subcontract or field.

11/7/2006 16:02:23
New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 01004
Arkansas Dept. of Environmental Quality - 05-0051
Louisiana Dept. of Health and Hospitals (Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87365
Kansas Dept. of Health  Environment - E-10290
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270

**page 118 of 141**

**Report of Method Blank**

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02005

Pace Analytical*
New Orleans Laboratory

Lab ID: 20480870

Description: 8260 VOAs Full List Low, BLK

Method: EPA 8260

Project No.: 2063683

Batch: 78144          Units: ug/kg

Prep Factor: 1          Leached:          Prepared: 27-Oct-06          Analyzed: 10/27/06 21:49 RMF(1)

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|------------|-----------|----------|--------|-----|-----------------|
| 79-01-6 | Trichloroethene | 1 | ND | | 5.00 |
| 75-69-4 | Trichlorofluoromethane | 1 | ND | | 5.00 |
| 75-01-4 | Vinyl chloride | 1 | ND | | 5.00 |
| | m&p-Xylene | 1 | ND | | 5.00 |
| 95-47-6 | o-Xylene | 1 | ND | | 5.00 |

41 compound(s) reported

ND denotes Not Detected at or above the reporting limit.
DF denotes Dilution Factor.
RL denotes sample Reporting Limit.
Qu fate qualifiers. Specific qualifiers are defined at the end of the report.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (5) subcontract or field.

11/7/2006 16:02:25

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02005
Arkansas Dept. of Environmental Quality - 88-0557
Louisiana Dept. of Health and Hospitals / Drinking Water - LA000023
Florida Dept. of Health (NELAC) - E87086
Kansas Dept. of Health Environment - E-32266
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270

page 119 of 141


**Pace Analytical**
*New Orleans Laboratory*

**Report of Quality Control**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| Method: EPA 8015 Modified | Project: 2063683 | LCS: 20479652 | 10/27/2006 5:44:00 PM |
|---|---|---|---|
| | Batch: 77855 | MS: 20478649 | 10/24/2006 3:52:00 PM |
| | Units: mg/L | Original for MS: 20478173  Batch Sample | |

| Parameter Name | LCS Spike | LCS %Rec | LCSD %Rec | LCS RPD | MS Spike | MS %Rec | MSD %Rec | (1)MS RPD | QC Limits LCS | MS/MSD | Max RPD | Qu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diesel Range Organics (C10-28) 1 compound(s) reported | 0.4 | 52 | | | 0.8 | 0 * | 0 * | 57 * | 40 - 143 | 10 - 171 | 20 | Q1 |

* Results recovery outside of QC limits.
MS spike concentrations are not corrected for moisture content of the spiked sample.
(1) MS RPD is calculated via SW-846 rules; on the basis of spiked sample concentrations rather than spike concentrations.

New Orleans Laboratory Certifications          11/1/2006 14:52:23
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0681
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060033
Florida Dept. of Health (NELAC) - E87355
Kansas Dept. of Health  Environment - E-10268
U.S. Dept. Of Agriculture Foreign Soil Permit - S-47376

page 120 of 141



**Report of Quality Control**

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose , LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| Method: EPA 8015 Modified | Project: 2063683 | LCS: 20479643 10/27/2006 2:24:00 PM |
| | Batch: 77953 | MS: 20479274 10/26/2006 7:46:00 PM |
| | Units: mg/kg | Original for MS: 20478327 Batch Sample |

| Parameter Name | LCS Spike | LCS %Rec | LCSD %Rec | LCS RPD | MS Spike | MS %Rec | MSD %Rec | (1)MS RPD | QC Limits LCS | MS/MSD | Max RPD | Qu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diesel Range Organics (C10-28) | 40 | 60 | | | 44 | 57 | 65 | 6 | 55 - 140 | 10 - 174 | 20 | |
| 1 compound(s) reported | | | | | | | | | | | | |

* denotes recovery outside of QC limits.                                    11/15/2006 16:40:25
MS spike concentrations are not corrected for moisture content of the spiked sample.      New Orleans Laboratory Certifications
(1) MS RPD is calculated via SW-846 rules; on the basis of spiked sample concentrations rather than spike recoveries.   Louisiana Dept. of Environmental Quality (LELAP) - 02006
                                                              Arkansas Dept. of Environmental Quality - 88-0681
                                                              Louisiana Dept. of Health and Hospitals / Drinking Water - LA060022
                                                              Florida Dept. of Health (NELAC) - E87385
                                                              Kansas Dept. of Health Environment - E-10296
                                                              U.S. Dept. of Agriculture Foreign Soil Permit - S-47275

page 121 of 141



**Report of Quality Control**

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose , LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| Method: EPA 8015 Modified | Project: 2063683 | LCS: 20479713  10/23/2006 2:42:00 PM |
| | Batch: 78052 | MS: 20479742  10/24/2006 6:52:00 PM |
| | Units: mg/kg | Original for MS: 20479409   Client Sample |

| Parameter Name | LCS Spike | LCS %Rec | LCSD %Rec | LCS RPD | MS Spike | MS %Rec | MSD %Rec | (1)MS RPD | QC Limits LCS | MS/MSD | Max RPD | Qu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gasoline Range Organic(C6-10) | 25 | 104 | | | 25 | 53 | 48 | 6 | 70 - 146 | 20 - 156 | 20 | |
| 1 compound(s) reported | | | | | | | | | | | | |

11/7/2006 16:42:23

* denotes recovery outside of QC limits.
MS spike concentrations are not corrected for moisture content of the spiked sample.
(1) MS RPD is calculated via SW-846 rules; on the basis of spiked sample concentrations rather than spike recoveries.

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 03-030Y
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87385
Kansas Dept. of Health .Environment - E-10206
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270

**page 122 of 141**



**Report of Quality Control**

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose , LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Method:  EPA 8015 Modified | | Project: 2063683 | | LCS: 20480493  10/27/2006 1:32:00 PM | | | | | | |
| | | Batch: 78191 | | MS: 20480368  10/26/2006 5:27:00 PM | | | | | | |
| | | Units: mg/L | | Original for MS: 20479585  Batch Sample | | | | | | |

| Parameter Name | LCS Spike | LCS %Rec | LCSD %Rec | LCS RPD | MS Spike | MS %Rec | MSD %Rec | (I)MS RPD | QC Limits LCS | MS/MSD | Max RPD | Qu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gasoline Range Organics(C6-10) | 0.5 | 101 | | | 0.5 | 90 | 94 | 3 | 69 - 152 | 40 - 153 | 20 | |

1 compound(s) reported

* denotes recovery outside of QC limits.
MS spike control values are not corrected for moisture content of the spiked sample.
(I) MS RPD is calculated via SW-846 relate to the basis of spiked sample concentrations rather than spike recoveries.

New Orleans Laboratory Certification                    11/1/2006 11:52:35
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 06-0481
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060011
Florida Dept. of Health (NELAC) - E87905
Kansas Dept. of Health .Environment - E-10046
U.S. Dept. of Agriculture Foreign Soil Permit - S-47810



**Report of Quality Control**

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose, LA 70087

Phone: 504.469.0033
Fax: 504.469.0555
LELAP # 02006

| | | |
|---|---|---|
| Method: EPA 8082 | Project: 2063683 | LCS: 20479663   10/30/2006 10:28:00 A |
| | Batch: 77402 | MS: 20476100   10/4/2006 10:29:00 AM |
| | Units: ug/kg | Original for MS: 20475887   Batch Sample |

| Parameter Name | LCS Spike | LCS %Rec | LCSD %Rec | LCS RPD | MS Spike | MS %Rec | MSD %Rec | (1)MS RPD | QC Limits LCS | QC Limits MS/MSD | Max RPD | Qu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PCB-1016 (Aroclor 1016) | 333 | 90 | | | 333 | 51 | 58 | 14 | 46 - 129 | 10 - 144 | 20 | |
| PCB-1260 (Aroclor 1260) | 333 | 92 | | | 333 | 96 | 77 | 21 * | 46 - 137 | 12 - 148 | 20 | |

2 compound(s) reported

* denotes recovery outside of QC limits.
MS spike concentrations are not correct for moisture content of the spiked sample.
(1) MS RPD is calculated via SW-846 rules, on the basis of spiked sample concentrations rather than spike recoveries.

11/7/2006 14:02:25

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0661
Louisiana Dept. of Health and Hospitals (Drinking Water - LA060033
Florida Dept. of Health (HELAC) - E87095
Kansas Dept. of Health  Environment - E-10298
U.S. Dept. of Agriculture Foreign Soil Permit - S-47219



**Report of Quality Control**

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02005

| Method: | EPA 8082 | | | | Project: | 2063683 | | LCS: | 20479637 | 10/26/2006 6:07:00 PM |
| | | | | | Batch: | 78037 | | MS: | 20479638 | 10/26/2006 6:37:00 PM |
| | | | | | Units: | µg/L | | Original for MS: | 20479415 | Client Sample |

| Parameter Name | LCS Spike | LCS %Rec | LCSD %Rec | LCS RPD | MS Spike | MS %Rec | MSD %Rec | (1)MS RPD | QC Limits LCS | MS/MSD | Max RPD | Qu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PCB-1016 (Aroclor 1016) | 10 | 72 | | | 20 | 91 | 93 | 3 | 43 - 143 | 33 - 146 | 20 | |
| PCB-1260 (Aroclor 1260) | 10 | 61 | | | 20 | 76 | 80 | 5 | 45 - 138 | 36 - 141 | 20 | |
| 2 compound(s) reported | | | | | | | | | | | | |

* denotes recovery outside of QC limits.
MS spike concentrations are not corrected for moisture content of the spiked sample.
(1) MS RPD is calculated via SW-846 rules; on the basis of spiked sample concentrations rather than spike recoveries.

11/1/2006 16:02:21

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02005
Arkansas Dept. of Environmental Quality - 99-0021
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060021
Florida Dept. of Health (NELAC) - E87885
Kansas Dept. of Health - Environment - E-10246
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270

http://clerkconnect.lpclerk.com/ImageViewer/PrintImage.aspx                        3/14/2016



## Report of Batch Surrogate Recovery

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose , LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

**Report:** 2063683   **Batch:** 77402

| Lab ID | Type and Qualifiers | Sur 1 %Rec | Sur 2 %Rec | Sur 3 %Rec | Sur 4 %Rec | Sur 5 %Rec | Sur 6 %Rec | Sur 7 %Rec | Sur 8 %Rec |
|---|---|---|---|---|---|---|---|---|---|
| 20476098 | BLANK | 87 | 90 | 80 | 95 | | | | |
| 20476099 | LCS | 98 | 93 | 80 | 81 | | | | |
| 20476100 | MS G1 | 331 * | 26 | 312 * | 61 | | | | |
| 20476101 | MSD G1 | 161 * | 64 | 132 | 58 | | | | |
| 20478803 | BLANK | 108 | 111 | 99 | 110 | | | | |
| 20478804 | LCS | 121 | 113 | 94 | 98 | | | | |
| 20479408 | Sample D2 | 71 | 68 | 0 D | 61 | | | | |
| 20479409 | Sample G1 | 91 | 94 | 740 * | 80 | | | | |
| 20479410 | Sample D2 | 125 | 107 | 0 D | 62 | | | | |
| 20479411 | Sample D2,G | 123 | 91 | 621 D | 79 | | | | |
| 20479412 | Sample D2,G | 100 | 119 | 14600 D | 53 | | | | |
| 20479413 | Sample D2,G | 77 | 88 | 3220 D | 76 | | | | |
| 20479414 | Sample D2,G | 70 | 66 | 1410 D | 58 | | | | |
| 20479662 | BLANK | 110 | 113 | 99 | 110 | | | | |
| 20479663 | LCS | 117 | 116 | 102 | 109 | | | | |
| | QC limits: | 30-150 | 15-172 | 30-150 | 10-151 | | | | |

Sur 1: Decachlorobiphenyl (Conf)(S)
Sur 2: Decachlorobiphenyl (S)
Sur 3: Tetrachloro-m-xylene (Conf)(S)
Sur 4: Tetrachloro-m-xylene (S)

11/17/2006 16:02:23

* denotes surrogate recovery outside of QC limits.
D denotes surrogate recovery is outside of QC limits due to sample dilution, and is not considered an exceedance.
A Lab ID consisting of a batch number with a B suffix is a method blank.
A Lab ID consisting of a batch number with a B suffix is an LCS.
A Lab ID with a MS suffix is a matrix spike.
A Lab ID with a MSD suffix is a matrix spike duplicate.

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 89-0061
Louisiana Dept. of Health and Hospitals / Drinking Water - LA040027
Florida Dept. of Health (NELAC) - E87383
Kansas Dept. of Health Environment - E-10206
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270



**Report of Batch Surrogate Recovery**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose , LA 70087

Phone: 504.469.0333
Fax: 504.469.0553
LELAP # 03008

Pace Analytical®
New Orleans Laboratory

Report: 2063683     Batch: 77855

| Lab ID | Type and Qualifiers | Sur 1 %Rec | Sur 2 %Rec | Sur 3 %Rec | Sur 4 %Rec | Sur 5 %Rec | Sur 6 %Rec | Sur 7 %Rec | Sur 8 %Rec |
|--------|---------------------|------------|------------|------------|------------|------------|------------|------------|------------|
| 20478647 | BLANK | 49 | 60 | | | | | | |
| 20478648 | LCS | 58 | 63 | | | | | | |
| 20478649 | MS | 74 | 63 | | | | | | |
| 20478650 | MSD | 74 | 66 | | | | | | |
| 20479415 | Sample | 111 | 106 | | | | | | |
| 20479451 | BLANK | 86 | 78 | | | | | | |
| 20479652 | LCS | 81 | 76 | | | | | | |
| | QC limits: | 14-169 | 36-142 | | | | | | |

Sur 1:  n-Pentacosane (S)
Sur 2:  o-Terphenyl (S)

* denotes surrogate recovery outside of QC limits.
D denotes surrogate recovery is outside of QC limits due to sample dilution, and is not considered an exceedance.
A Lab ID consisting of a batch number with a B suffix is a method blank.
A Lab ID consisting of a batch number with a S suffix is an LCS.
A Lab ID with a MS suffix is a matrix spike.
A Lab ID with a MSD suffix is a matrix spike duplicate.

11/2/2006 16:03:25
New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 03008
Arkansas Dept. of Environmental Quality - 88-0161
Louisiana Dept. of Health and Hospitals / Drinking Water - LA080033
Florida Dept. of Health (NELAC) - E87385
Kansas Dept. of Health, Environment - E-10366
U.S. Dept. of Agriculture Foreign Soil Permit - S-47278

**page 127 of 141**

## Report of Batch Surrogate Recovery

**Pace Analytical**
New Orleans Laboratory

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose , LA 70087
Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

Report: **2063683**     Batch: **77953**

| Lab ID | Type and Qualifiers | Sur 1 %Rec | Sur 2 %Rec | Sur 3 %Rec | Sur 4 %Rec | Sur 5 %Rec | Sur 6 %Rec | Sur 7 %Rec | Sur 8 %Rec |
|---|---|---|---|---|---|---|---|---|---|
| 20479274 | MS | 92 | 91 | | | | | | |
| 20479275 | MSD | 94 | 96 | | | | | | |
| 20479408 | Sample D1 | 28 | 362 D | | | | | | |
| 20479409 | Sample | 93 | 96 | | | | | | |
| 20479410 | Sample | 85 | 81 | | | | | | |
| 20479411 | Sample D1 | 88 | 69 | | | | | | |
| 20479412 | Sample D1 | 88 | 33 D | | | | | | |
| 20479413 | Sample D1 | 6 D | 27 D | | | | | | |
| 20479414 | Sample D1 | 48 | 15 D | | | | | | |
| 20479642 | BLANK | 78 | 79 | | | | | | |
| 20479643 | LCS | 70 | 72 | | | | | | |
| 20480073 | BLANK | 88 | 94 | | | | | | |
| 20480074 | LCS | 93 | 98 | | | | | | |

QC limits:     22-165     42-146

Sur 1:  n-Pentacosane (S)
Sur 2:  o-Terphenyl (S)

page 128 of 141



## Report of Batch Surrogate Recovery

**Pace Analytical Services, Inc.**
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

**Pace Analytical**
New Orleans Laboratory

Report: <u>2063683</u>        Batch: <u>78037</u>

| Lab ID | Type and Qualifiers | Sur 1 %Rec | Sur 2 %Rec | Sur 3 %Rec | Sur 4 %Rec | Sur 5 %Rec | Sur 6 %Rec | Sur 7 %Rec | Sur 8 %Rec |
|--------|---------------------|------------|------------|------------|------------|------------|------------|------------|------------|
| 20479415 | Sample | 83 | 83 | 157 | 70 | | | | |
| 20479636 | BLANK | 86 | 78 | 72 | 70 | | | | |
| 20479637 | LCS | 87 | 76 | 68 | 64 | | | | |
| 20479638 | MS | 102 | 94 | 87 | 80 | | | | |
| 20479639 | MSD | 95 | 93 | 95 | 76 | | | | |
| | QC limits: | 10-157 | 10-157 | 18-171 | 18-171 | | | | |

Sur 1: Decachlorobiphenyl (Conf)(S)
Sur 2: Decachlorobiphenyl (S)
Sur 3: Tetrachloro-m-xylene (Conf)(S)
Sur 4: Tetrachloro-m-xylene (S)

**Report of Batch Surrogate Recovery**

*Pace Analytical*
*New Orleans Laboratory*

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rosa, LA 70087

Phone: 504.455.0333
Fax: 504.459.0555
LELAP # 02006

Report: **2063683**     Batch: **78052**

| Lab ID | Type and Qualifiers | Sur 1 %Rec | Sur 2 %Rec | Sur 3 %Rec | Sur 4 %Rec | Sur 5 %Rec | Sur 6 %Rec | Sur 7 %Rec | Sur 8 %Rec |
|--------|---------------------|------------|------------|------------|------------|------------|------------|------------|------------|
| 20479408 | Sample G1 | 160 * | | | | | | | |
| 20479409 | Sample | 86 | | | | | | | |
| 20479410 | Sample G1 | 170 * | | | | | | | |
| 20479411 | Sample | 89 | | | | | | | |
| 20479412 | Sample G1 | 147 | | | | | | | |
| 20479413 | Sample G1 | 168 * | | | | | | | |
| 20479414 | Sample | 127 | | | | | | | |
| 20479712 | BLANK | 95 | | | | | | | |
| 20479713 | LCS | 89 | | | | | | | |
| 20479742 | MS | 82 | | | | | | | |
| 20479743 | MSD | 84 | | | | | | | |

QC limits:     32-157

Sur 1:  4-Bromofluorobenzene (S)

* denotes surrogate recovery outside of QC limits.
D denotes surrogate recovery is outside of QC limits due to sample dilution, and is not considered an extration.
A Lab ID consisting of a batch number with a B suffix is a method blank.
A Lab ID consisting of a batch number with a S suffix is an LCS.
A Lab ID with a MS suffix is a matrix spike.
A Lab ID with a MSD suffix is a matrix spike duplicate.

10/3/2006 16:02:28
New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0681
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060033
Florida Dept. of Health (NELAC) - E87866
Kansas Dept. of Health Environment - E-10266
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270

page 130 of 141



**Report of Batch Surrogate Recovery**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose , LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

**Pace Analytical**
New Orleans Laboratory

Report: __2063683__     Batch: __78193__

| Lab ID | Type and Qualifiers | Sur 1 %Rec | Sur 2 %Rec | Sur 3 %Rec | Sur 4 %Rec | Sur 5 %Rec | Sur 6 %Rec | Sur 7 %Rec | Sur 8 %Rec |
|---|---|---|---|---|---|---|---|---|---|
| 20479415 | Sample | 73 | | | | | | | |
| 20480366 | BLANK | 83 | | | | | | | |
| 20480367 | LCS | 108 | | | | | | | |
| 20480368 | MS | 90 | | | | | | | |
| 20480369 | MSD | 90 | | | | | | | |
| 20480370 | BLANK | 79 | | | | | | | |
| 20480493 | LCS | 95 | | | | | | | |
| 20480791 | BLANK | 86 | | | | | | | |
| 20480792 | BLANK | 80 | | | | | | | |
| | QC limits: | 58-143 | | | | | | | |

Sur 1:  4-Bromofluorobenzene (S)



**Report of Method Blank**

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose , LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

**Pace Analytical®**
New Orleans Laboratory

Lab ID: 20479636

Description: 8082 PCBs Water                    Project No.: 2063683

Method: EPA 8082                                Batch: 78037          Units: ug/L

Prep Factor: 1              Leached:             Prepared: 23-Oct-06    Analyzed: 10/26/06 17:52 SLF(1)

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| 12674-11-2 | PCB-1016 (Aroclor 1016) | 1 | ND | | 1.00 |
| 11104-28-2 | PCB-1221 (Aroclor 1221) | 1 | ND | | 1.00 |
| 11141-16-5 | PCB-1232 (Aroclor 1232) | 1 | ND | | 1.00 |
| 53469-21-9 | PCB-1242 (Aroclor 1242) | 1 | ND | | 1.00 |
| 12672-29-6 | PCB-1248 (Aroclor 1248) | 1 | ND | | 1.00 |
| 11097-69-1 | PCB-1254 (Aroclor 1254) | 1 | ND | | 1.00 |
| 11096-82-5 | PCB-1260 (Aroclor 1260) | 1 | ND | | 1.00 |

7 compound(s) Reported

ND denotes Not Detected at or above the reporting limit.
DF denotes Dilution Factor.
RL denotes sample Reporting Limit.
Qu lists qualifiers. Specific qualifiers are defined at the end of the report.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (9) subcontract or field.

11/7/2006 16:52:50
New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0461
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87085
Kansas Dept. of Health  Environment - E-10286
U.S. Dept. of Agriculture Foreign Soil Permit - S-47370

page 132 of 141

**Report of Method Blank**

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

Pace Analytical*
New Orleans Laboratory

Lab ID: 20479642

Description: 8015 TPH Extractables Soil          Project No.: 2063683

Method: EPA 8015 Modified                       Batch: 77953          Units: mg/kg

Prep Factor: 1                Leached:          Prepared: 23-Oct-06      Analyzed: 10/27/06 13:59 SPI(1)

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| | Diesel Range Organics (C10-28) | 1 | ND | | 10.0 |
| | Oil Range Organics (>C28-40) | 1 | ND | | 50.0 |

2 compound(s) reported

ND denotes Not Detected at or above the reporting limit.
DF denotes Dilution Factor.
RL denotes sample Reporting Limit.
Qu this qualifiers. Specific qualifiers are defined at the end of the report.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (5) subcontract or field.

11/7/2006 14:02:30
New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 05-031
Louisiana Dept. of Health and Hospitals / Drinking Water - LA000033
Florida Dept. of Health (NELAC) - E37535
Kansas Dept. of Health Environment - E-10288
U.S. Dept. of Agriculture Foreign Soil Permit - S-47270

page 133 of 141

**Report of Method Blank**

**Pace Analytical**
*New Orleans Laboratory*

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose , LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

Lab ID: 20479651

Description: TPH Extractables Water BLK LCS

Method: EPA 8015 Modified

Project No.: 2063683

Batch: 77855

Units: mg/L

Prep Factor: 1          Leached:          Prepared: 24-Oct-06     Analyzed: 10/27/06 17:18 SPELTI

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| | Diesel Range Organics (C10-28) | 1 | ND | | 0.150 |
| | Oil Range Organics (>C28-40) | 1 | ND | | 0.150 |

2 compound(s) reported



**Pace Analytical**
New Orleans Laboratory

**Report of Method Blank**

*Pace Analytical Services, Inc.*
*1000 Riverbend Blvd. Suite F*
*St. Rose , LA 70087*

*Phone: 504.469.0333*
*Fax: 504.469.0555*
*LELAP # 02006*

Lab ID: 20479662

Description: 8082 PCBs Low Soil                    Project No.: 2063683

Method: EPA 8082                                   Batch: 77402              Units: ug/kg

Prep Factor: 1              Leached:              Prepared: 24-Oct-06      Analyzed: 10/26/06 15:52 SLF(1)

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| 12674-11-2 | PCB-1016 (Aroclor 1016) | 1 | ND | | 33.3 |
| 11104-28-2 | PCB-1221 (Aroclor 1221) | 1 | ND | | 33.3 |
| 11141-16-5 | PCB-1232 (Aroclor 1232) | 1 | ND | | 33.3 |
| 53469-21-9 | PCB-1242 (Aroclor 1242) | 1 | ND | | 33.3 |
| 12672-29-6 | PCB-1248 (Aroclor 1248) | 1 | ND | | 33.3 |
| 11097-69-1 | PCB-1254 (Aroclor 1254) | 1 | ND | | 33.3 |
| 11096-82-5 | PCB-1260 (Aroclor 1260) | 1 | ND | | 33.3 |

7 compound(s) reported

ND denotes Not Detected at or above the reporting limit.
DF denotes Dilution Factor.
RL denotes Sample Reporting Limit.
Qu lists qualifiers. Specific qualifiers are defined at the end of the report.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (9) subcontract to field.

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 93-0681
Louisiana Dept. of Health and Hospitals / Drinking Water - LA 080023
Florida Dept. of Health (NELAC) - E87035
Kansas Dept. of Health  Environment - E-10298
U.S. Dept. Of Agriculture Foreign Soil Permit - S-47276

page 135 of 141



**Report of Method Blank**

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

Pace Analytical*
New Orleans Laboratory

| | | |
|---|---|---|
| Lab ID: 20479712 | | |
| Description: 8015 TPH Gasoline Med Soil | Project No.: 2063683 | |
| Method: EPA 8015 Modified | Batch: 78052 | Units: mg/kg |
| Prep Factor: 1 | Leached: | Prepared: 23-Oct-06 | Analyzed: 10/23/06 13:46 BTT(1) |

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| | Gasoline Range Organics(C6-10) | 1 | ND | | 2.50 |

1 compounds(s) reported

ND denotes Not Detected at or above the reporting limit.
DF denotes Dilution Factor.
RL denotes sample Reporting Limit.
Qu lists qualifiers. Specific qualifiers are declared at the end of the report.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (H) subcontract or field.

11/7/2006 16:02:30

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0491
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87586
Kansas Dept. of Health Environment - E-10246
U.S. Dept. of Agriculture Foreign Soil Permit - S-47370

page 136 of 141



**Report of Method Blank**

Pace Analytical Services, Inc.
1000 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

Pace Analytical
New Orleans Laboratory

| | | |
|---|---|---|
| Lab ID: 20480791 | | |
| Description: TPH GRO Water, Blank | Project No.: 2063683 | |
| Method: EPA 8015 Modified | Batch: 78193 | Units: mg/L |
| Prep Factor: 1 | Leached: | Prepared: 27-Oct-06 | Analyzed: 10/27/06 20:41 DET (1) |

| CAS Number | Parameter | Dilution | Result | Qu | Reporting Limit |
|---|---|---|---|---|---|
| | Gasoline Range Organics(C6-10) | 1 | ND | | 0.0500 |

1 compound(s) reported

ND denotes Not Detected at or above the reporting limit.
DF denotes Dilution Factor.
RL denotes sample Reporting Limit.
Qu flag qualifiers. Specific qualifiers are defined at the end of the report.
Analysis performed in (1) New Orleans, (2) Baton Rouge, (3) Bossier City, (4) Houston, or (5) subcontract or field.

11/2/2006 10:02:30
New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 05-0681
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060022
Florida Dept. of Health (NELAC) - E87905
Kansas Dept. of Health Environment - E-10266
U.S. Dept. of Agriculture Foreign Soil Permit - S-47370



**Report of Quality Control**

Pace Analytical Services, Inc.
1900 Riverbend Blvd. Suite F
St. Rose, LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

Project No.: 2063683

| Parameter | Batch | Blank | ARL | Units | LCS Spike | LCS %Rec | LCSD %Rec | LCS RPD | MS Spike | MS %Rec | MS MSD %Rec | (1)MS DUP RPD | DUP RPD | QC Limits LCS | QC Limits MS/MSD | RPD Max | Qu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mercury | 77995 | ND | 0.200 | ug/L | 1 | 99 | | | 1 | 95 | 96 | 1 | | 70 - 133 | 24 - 158 | 20 | |
| Mercury | 78010 | ND | 0.0200 | mg/kg | 0.1 | 101 | | | 0.09 | 144 | 126 | 29 * | | 47 - 146 | 23 - 185 | 20 | |
| Antimony | 78012 | ND | 3.00 | mg/kg | 100 | 98 | | | 86 | 85 | 76 | 22 * | | 10 - 194 | 10 - 142 | 20 | |
| Arsenic | 78012 | ND | 1.00 | mg/kg | 100 | 97 | | | 86 | 99 | 95 | 18 | | 71 - 131 | 46 - 137 | 20 | |
| Beryllium | 78012 | ND | 0.500 | mg/kg | 100 | 102 | | | 86 | 104 | 104 | 16 | | 71 - 127 | 48 - 140 | 20 | |
| Cadmium | 78012 | ND | 0.500 | mg/kg | 100 | 100 | | | 86 | 102 | 101 | 16 | | 69 - 128 | 31 - 154 | 20 | |
| Chromium | 78012 | ND | 1.00 | mg/kg | 100 | 102 | | | 86 | 105 | 106 | 14 | | 70 - 127 | 34 - 165 | 20 | |
| Copper | 78012 | ND | 1.00 | mg/kg | 100 | 102 | | | 86 | 138 | 85 | 21 * | | 73 - 131 | 30 - 170 | 20 | |
| Lead | 78012 | ND | 0.500 | mg/kg | 100 | 101 | | | 86 | 410 * | 0 * | 96 * | | 68 - 133 | 31 - 156 | 20 | Q3 |
| Nickel | 78012 | ND | 4.00 | mg/kg | 100 | 104 | | | 86 | 180 * | 20 * | 45 * | | 71 - 125 | 39 - 146 | 20 | Q1 |
| Selenium | 78012 | ND | 3.50 | mg/kg | 100 | 91 | | | 86 | 93 | 87 | 21 * | | 66 - 126 | 41 - 129 | 20 | |
| Silver | 78012 | ND | 1.00 | mg/kg | 100 | 104 | | | 43 | 78 | 94 | 4 | | 25 - 163 | 10 - 154 | 20 | |
| Thallium | 78012 | ND | 1.00 | mg/kg | 100 | 104 | | | 86 | 86 | 83 | 19 | | 68 - 130 | 39 - 137 | 20 | |
| Zinc | 78012 | ND | 2.00 | mg/kg | 100 | 100 | | | 86 | 141 | 96 | 22 * | | 64 - 129 | 19 - 169 | 20 | |
| Antimony | 78035 | ND | 12.0 | ug/L | 1000 | 97 | | | | | | | | 78 - 128 | - | | |
| Antimony | 78035 | | | ug/L | | | | | 1000 | 97 | 97 | 1 | | - | 51 - 146 | 20 | |
| Arsenic | 78035 | | | ug/L | | | | | 1000 | 100 | 98 | 2 | | - | 68 - 130 | 20 | |
| Arsenic | 78035 | ND | 10.0 | ug/L | 1000 | 98 | | | | | | | | 79 - 122 | - | | |
| Beryllium | 78035 | ND | 4.00 | ug/L | 1000 | 99 | | | | | | | | 81 - 118 | - | | |
| Beryllium | 78035 | | | ug/L | | | | | 1000 | 101 | 101 | 0 | | - | 66 - 129 | 20 | |
| Cadmium | 78035 | | | ug/L | | | | | 1000 | 95 | 94 | 1 | | - | 44 - 146 | 20 | |
| Cadmium | 78035 | ND | 5.00 | ug/L | 1000 | 98 | | | | | | | | 81 - 119 | - | | |
| Chromium | 78035 | ND | 10.0 | ug/L | 1000 | 98 | | | | | | | | 81 - 120 | - | | |
| Chromium | 78035 | | | ug/L | | | | | 1000 | 91 | 87 | 4 | | - | 58 - 135 | 20 | |
| Copper | 78035 | ND | 10.0 | ug/L | 1000 | 101 | | | | | | | | 77 - 123 | - | | |
| Copper | 78035 | | | ug/L | | | | | 1000 | 96 | 95 | 1 | | - | 62 - 136 | 20 | |
| Lead | 78035 | ND | 5.00 | ug/L | 1000 | 99 | | | | | | | | 79 - 122 | - | | |
| Lead | 78035 | | | ug/L | | | | | 1000 | 96 | 95 | 1 | | - | 58 - 131 | 20 | |
| Nickel | 78035 | | | ug/L | | | | | 1000 | 87 | 83 | 4 | | - | 57 - 129 | 20 | |
| Nickel | 78035 | ND | 40.0 | ug/L | 1000 | 99 | | | | | | | | 80 - 121 | - | | |
| Selenium | 78035 | ND | 35.0 | ug/L | 1000 | 95 | | | | | | | | 76 - 120 | - | | |
| Selenium | 78035 | | | ug/L | | | | | 1000 | 100 | 98 | 1 | | - | 59 - 131 | 20 | |
| Silver | 78035 | ND | 10.0 | ug/L | 500 | 98 | | | | | | | | 67 - 129 | - | | |
| Silver | 78035 | | | ug/L | | | | | 500 | 99 | 98 | 0 | | - | 10 - 154 | 20 | |
| Thallium | 78035 | | | ug/L | | | | | 1000 | 99 | 98 | 1 | | - | 47 - 133 | 20 | |
| Thallium | 78035 | ND | 5.00 | ug/L | 1000 | 100 | | | | | | | | 75 - 122 | - | | |
| Zinc | 78035 | ND | 20.0 | ug/L | 1000 | 99 | | | | | | | | 78 - 124 | - | | |
| Zinc | 78035 | | | ug/L | | | | | 1000 | 95 | 93 | 1 | | - | 51 - 139 | 20 | |

11/3/2006 16:02:33

ARL denotes Adjusted Reporting Limit, corrected for sample size, dilution and moisture content as applicable.
* denotes recovery outside of QC limit.
(1) MS RPD is calculated via %R-ppm value, on the basis of spiked sample concentrations rather than spike recoveries.

New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0691
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060022
Florida Dept. of Health (HELAC) - E87485
Kansas Dept. of Health  Environment - E-10208
U.S. Dept. of Agriculture Foreign Soil Permit - S-47379

page 138 of 141


**Pace Analytical**
New Orleans Laboratory

**Report Qualifiers**

Pace Analytical Services, Inc.
1000 Riverbend Blvd, Suite F
St. Rosa , LA 70087

Phone: 504.469.0333
Fax: 504.469.0555
LELAP # 02006

Project No.: **2063683**

### Analyte Qualifiers

| Qualifier | Qualifier Description |
|---|---|
| A7 | 3-Methylphenol and 4-methylphenol coelute under the conditions used for analysis, therefore the precise isomer in the sample cannot be determined. The sample concentration is arbitrarily reported as 4-methylphenol. |
| A10 | N-Nitrosodiphenylamine is reported as diphenylamine. |
| A11 | This analyte is a common solvent. Its presence in field samples may be an artifact of sample collection, transport, laboratory storage or analysis. |
| G1 | Interferences are present which caused poor surrogate recovery. |
| J | This estimated value for the analyte is below the adjusted reporting limit but above the instrument reporting limit. |

### General Qualifiers

| Qualifier | Qualifier Description |
|---|---|
| D1 | The analysis was performed at a dilution due to the high analyte concentration. |
| D2 | The analysis was performed at a dilution due to the presence of matrix interferences. |

### QC Qualifiers

| Qualifier | Qualifier Description |
|---|---|
| Q1 | The matrix spike recoveries are poor. Acceptable method performance for this analyte has been demonstrated by the laboratory control sample recovery. |
| Q10 | The spike recovery was above the laboratory QC limits, however, the data are reported without qualification since the target analyte was not detected in the corresponding samples. |
| Q3 | The matrix spike recoveries are poor due to the presence of this analyte in the sample at a concentration greater than 4 times the spiked amount. Acceptable method performance for this analyte has been demonstrated by the laboratory control sample. |
| Q5 | Insufficient sample was provided to perform matrix spike analyses so any sample in this analytical batch. Method performance for this analyte has been demonstrated by the laboratory control sample recovery. |

### Sample Qualifiers

| Qualifier | Qualifier Description |
|---|---|
| P2 | The sample extract could not be concentrated to the method specified final volume. The reporting limit is elevated accordingly. |
| P5 | A medium level preparation was performed based upon screening data or the nature of the sample matrix. |

11/1/2006 10:02:15
New Orleans Laboratory Certifications
Louisiana Dept. of Environmental Quality (LELAP) - 02006
Arkansas Dept. of Environmental Quality - 88-0681
Louisiana Dept. of Health and Hospitals / Drinking Water - LA060023
Florida Dept. of Health (NELAC) - E87363
Kansas Dept. of Health Environment - E-10268
U.S. Dept. of Agriculture Foreign Soil Permit - S-47279

page 139 of 141

**Pace Analytical**

# CHAIN-OF-CUSTODY / Analytical Request Document

The Chain-of-Custody is a LEGAL DOCUMENT. All relevant fields must be completed accurately.

Page: 1 of 2

935272

2063683

**Section A**
Required Client Information:

Company: LTS Environmental
Address: P.O. Box 1318
Lake Charles LA 70662-1318
Email To: ZACHLEETECH@GMAIS.COM
Phone 337-439-0570   Fax 337-439-0580
Requested Due Date/TAT:

**Section B**
Required Project Information:

Report To: ZACK LEE
Copy To:

Project Name: UPRR
Project Number:

**Section C**
Invoice Information:

Attention:
Company Name:
Address:
Pace Quote Reference:
Pace Project Manager:
Pace Profile #:

**REGULATORY AGENCY**

☐ NPDES   ☐ GROUND WATER   ☐ DRINKING WATER
☐ UST   ☐ RCRA   ☐ Other ___

SITE LOCATION ☐ GA ☐ IL ☐ IN ☐ ME ☐ MN ☐ NC
☐ OH ☐ SC ☐ WI ☐ OTHER ___

**Section D**
Required Client Information:

SAMPLE ID
One Character per box.
(A-Z, 0-9 / .)
Samples IDs MUST BE UNIQUE.

| ITEM # | SAMPLE ID | MATRIX CODE | | COLLECTED | | | | # OF CONTAINERS | Preservatives | | | | | | | | | Pace Project Number / Lab I.D. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | COMPOSITE START | | COMPOSITE END/GRAB | | | | | | | | | | | | |
| | | | | DATE | TIME | DATE | TIME | | | | | | | | | | | |
| 1 | BM-1 | SL | G | 10/13/06 | 9:25 | | | 2X | | | X X X X X X X | | | | | | | 2047940 |
| 2 | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | |

Additional Comments:

Analyze per LDEQ-RECAP
protocol & detection limits.

| RELINQUISHED BY / AFFILIATION | DATE | TIME | ACCEPTED BY / AFFILIATION | DATE | TIME | SAMPLE CONDITION |
|---|---|---|---|---|---|---|
| | 10/14/06 | 10:29 | | 10/14/06 | 11:29 | |
| | 10/14/06 | 1453 | Mor. Lit. Reg | 10/16 | 1355 | |
| | 10/14/06 | 0935 | N / mills | 10-20-06 | 0536 | |

SAMPLER NAME AND SIGNATURE
PRINT Name of SAMPLER: ZACHARY J. LEE
SIGNATURE of SAMPLER:
DATE Signed (MM/DD/YY): 10/14/06

SEE REVERSE SIDE FOR INSTRUCTIONS

ORIGINAL

**CHAIN-OF-CUSTODY / Analytical Request Document**

*The Chain-of-Custody is a LEGAL DOCUMENT. All relevant fields must be completed accurately.*

Pace Analytical®
www.pacelabs.com

855971

| Required Client Information: **Section A** | Required Client Information: **Section B** | | |
|---|---|---|---|
| Company: LTS Environmental | Report To: Zack Lee | Page: 1 of 2 | To Be Completed by Pace Analytical and Client **Section C** |
| Address: P.O. Box 1318 | Invoice To: | 206363 | Quote Reference: |
| Lake Charles LA 70602-1318 | P.O. | | Project Manager: |
| Project Name: UPRR | | Turn around time less than 14 days subject to laboratory and contractual obligations and may result in a Rush Turnaround Surcharge. Turn Around Time (TAT) is calendar days. | Project #: |
| Phone: (337) 304-1805   Fax: (337) 439-0584 | | | Profile #: |

**Section D**  SAMPLE ID
One character per box.
(A-Z, 0-9, -)
Sample IDs MUST BE UNIQUE

| Item # | SAMPLE ID | COLLECTED START DATE | TIME | END DATE | TIME | Preservatives | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C1 | 5/6 10/19/06 | 1520 | | | 2 | | | | | | | | | | 2647940 |
| 2 | C2 | S/6 | 1550 | | | 2 | | | | | | | | | | 410 |
| 3 | C3 | S/6 | 1605 | | | 2 | | | | | | | | | | 411 |
| 4 | C4 | S/6 | 1625 | | | 2 | | | | | | | | | | 412 |
| 5 | C5 | S/6 | 1630 | | | 2 | | | | | | | | | | 413 |
| 6 | C6 | S/6 | 1555 | | | 3 | | | | | | | | | | 414 |
| 7 | W1 | S/6 | 1730 | | | 13 | | | | | | | | | | 415 |
| 8 | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | |

| SITE LOCATION | REGULATORY AGENCY | RELINQUISHED BY / AFFILIATION | DATE | TIME | ACCEPTED BY / AFFILIATION | DATE | TIME |
|---|---|---|---|---|---|---|---|
| ☐ NC  ☐ SC  ☐ GA  ☐ Other | ☐ NPDES  ☐ GROUND WATER  ☐ DRINKING WATER  ☐ UST  ☐ RCRA  ☐ Other | | 10/19/06 | 18:29 | | 10/19/06 | 1829 |
| | | | 10/19/06 | 1955 | | 10/19/06 | 1955 |
| | | | 10-20-06 | 045 | | 10-20-06 | 045 |

SAMPLE CONDITION
Temp in °C: 3.8
Received on Ice (Y/N)
Sealed Cooler (Y/N)
Samples Intact (Y/N)

SAMPLE NOTES
Analyze per LDEQ-RECAP protocol & detection limits.

SAMPLER NAME AND SIGNATURE
PRINT Name of SAMPLER: Zachary J. Lee
SIGNATURE of SAMPLER:
DATE Signed (MM/DD/YY): 10/19/06

Additional Comments:

ORIGINAL

SEE REVERSE SIDE FOR INSTRUCTIONS

Form C0009  Rev. 0304

Paul H. Templet, Ph.D.
Templet Resources Inc.
4888 Loyola Dr.
Baton Rouge, La. 70808
(225) 767-1026
ptemplet1@cox.net

2/1/16

An Expert Report by Paul H. Templet, Ph.D.
Regarding the Southern Pacific/Union Pacific Rail Yard in Lafayette, La.

I am a Ph.D. chemical/physicist with particular expertise in environmental chemistry and environmental management. I taught environmental management at Louisiana State University in the Department of Environmental Studies and I was Secretary of the Louisiana Department of Environmental Quality from 1988-1992. I have been qualified as an expert in Louisiana State and federal courts in the areas of environmental chemistry, environmental management, fate and effects of waste, risk assessment and in other areas. A copy of my curriculum vitae is attached to this report along with a list of cases and depositions I have participated in over the past years.

The site being considered is an approximate 40 acre tract where Southern Pacific Transportation (SP/UPRR) conducted rail yard operations ("Site or Facility"). It is located within the city limits of Lafayette, Louisiana bounded on the north by Simco St., on the south by Taft St., on the west by the railroad tracks and on the east by Evangeline Throughway.

In connection with this report, I have reviewed reports and publications including those listed below.

  i.    C.H. Fenstermaker and Associates (1991). Phase I Environmental Site Assessment Report, Chestnut Street Site, Lafayette, LA

  ii.   Hydro-Environmental Technologies ("HET") (1991). Phase II Site Investigation Report, Chestnut Street Site, Lafayette, LA

  iii.  HET (1992). Phase III Site Investigation Report, Chestnut Street Site, Lafayette, LA

  iv.   Sigma Environmental, Inc., Bray, Brent, R. (2007). Soil and Groundwater Investigation Work Plan Former Railroad Facility, Lafayette, LA

FILED THIS ___1___
DAY OF _____ , 20__16
_____
Deputy Clerk of Court

EXHIBIT
6

v.    Stewart L. Stover, Jr. (2005). Affidavit of Stewart Stover, Consolidated Companies, Inc. v. Union Pacific Railroad Company, et al., USDC WDLA, suit no. 98-1804

vi.   USDC WDLA -- Judge S. Maurice Hicks, Jr. (2006). Memorandum Ruling, Consolidated Companies, Inc. v. Union Pacific Railroad Company, et al., USDC WDLA, suit no. 98-1804

vii.  Arcadis, Geraghty & Miller, 3/20/01, Documentation of soil removal activities, risk based closure.

viii. Conestoga Rovers & Assocs., 8/14-16/07, Groundwater Monitoring Report.

ix.   ERM, 6/26/06, Corrective Action Work Plan

x.    Lafayette Dept. of Public Works, 12/10/91, letter to DEQ.

xi.   ERM, 11/15/02, Risk Evaluation/Corrective Action Program (RECAP) Report

xii.  Arcadis, 3/26/2001, Documentation of soil removal activities risk-based closure

xiii. HET (1992) Supplemental Data for Contamination Assessment Report, Conco Food Distributors Facility, 1016 Southwest Evangeline Thruway, Lafayette, La.

My opinions are as follows:

1.  Chemical analyses and expert testimony demonstrate that soil and groundwater at the Southern Pacific/Union Pacific Railroad Facility are contaminated to various depths with metals, PAHs, Petroleum Hydrocarbons, BTEX, and chlorinated hydrocarbons at a minimum.   Non-aqueous phase liquids (phase separated hydrocarbons) have been found at the site in the soil and groundwater (monitoring well MW5, Stover Affidavit of 1/24/2005) and may indicate dense phases beneath the water layer or lighter phases above it.  These phases complicate and intensify the contamination picture of the site.

2.  The shallow groundwater flow hasn't been definitively determined, and should be, but depending upon seasonal river stages it appears there is a component moving toward Evangeline Thruway and residential property.

3.  DEQ RECAP soil and groundwater screening standards for metals, hydrocarbons, PAHs, and other organic compounds are exceeded.

2

ClerkConnect Document Viewer   Document 1-9   Filed 03/14/16   Page 77 of 78 PageID #: 497
Page 62 of 65

4. These contaminates are characteristic of and a result of past rail yard operations conducted at the Facility.

5. Some of the contaminants present, including but not limited to PAHs, benzene, xylene, arsenic, lead and are listed hazardous substances under USEPA Superfund regulations, 40 CFR Table 302.4.

6. The contamination is the result of historic Facility operations, including storage, spillage, disposal and/or burial of wastes in soil that is not sound environmental management practice and never has been.

7. Onsite wastes will continue to spread and contribute to greater areas of contamination in the future, spreading horizontally and vertically within and beyond the Facility boundaries and threatening and/or impacting the Chicot Aquifer that is within approximately 40 feet of the surface.

8. The Lafayette North Water Plant water supply well #16 is located immediately adjacent to the Facility. Testing should be done to determine whether Facility contamination has entered/is entering this city of Lafayette drinking water supply well.

9. The entire Facility should be comprehensively assessed and remediated to prevent further contamination of the environment by the wastes remaining onsite, to prevent further offsite migration and the potential for further offsite migration, to prevent potential human exposure, and to eliminate the contamination and/or threat of contamination to the Chicot Aquifer. Piecemeal testing of separate small areas within the site makes little scientific sense because it is not comprehensive or scientifically valid.

10. The soil remediation done at the site (Arcadis, 2001) did not address groundwater and focused only on PAH's, BTEX and TPH. Soil was excavated to depths of 3-6 feet at parts of the site. No groundwater remediation has been done and no consideration has been given to contamination of the Chicot Aquifer.

11. It is highly likely that there are plumes of the contaminants beneath the site that can move with the groundwater and spread to areas beyond the original area of contamination. These plumes have never been delineated or mapped and their extent, flow direction and depth should be determined.

12. Abandoned water wells existed at the site (ERM, 2007, wells 476 & 477) but have not been located or closed. They can serve as conduits to move contaminated groundwater deeper into the Chicot Aquifer

13. The proposed plan of assessment in the February 2006 "Soil and Groundwater Investigation Work Plan Former Railroad Facility, Lafayette, Louisiana by Sigma

3

Environmental, Inc. (Brent Bray, author) provides a reasonable plan to assess the full nature and extent of the Facility contamination. In addition, the plumes must be fully delineated horizontally and vertically and mapped.

14. Properties adjacent to the Facility should be tested to determine if soil and/or shallow groundwater contamination has migrated onto those properties.

15. Facility soil and groundwater conditions constitute an imminent and substantial endangerment to human health and the environment. For example, Benzene, a known human carcinogen, was found in groundwater at the site in 1991 at 83 ppb. The RECAP Screening Standard (SS) is 5 ppb. Similarly, Lead was found in the groundwater at 160 ppb while the SS is 15 ppb. As troubling was the presence of chlorinated hydrocarbons at levels exceeding the RECAP SS. For example tetrachloroethane was found in the groundwater at levels 17 times the SS, at a minimum. The two separate phase chemicals noted by Stover (affidavit of 1/24/05) were Acetone found at 407,000 ppb (SS is 100 ppb) and MIBK at 527,000 ppb (SS is 200 ppb). The ERM 11/15/02 Risk report did not consider all of these factors.

I reserve the right to submit a supplemental report if new information becomes available during discovery, from submittal of defendant expert reports or for other reasons.

Submitted by:

*Paul H. Templet*

Paul H. Templet
Environmental Consultant

FILED THIS _____
4      DAY OF _____ , 20 __
_____
Deputy Clerk of Court