

**LOUIS J. PERRET**
Clerk of Court, Lafayette Parish
P. O. BOX 2009
LAFAYETTE, LA  70502
Telephone:  (337) 291-6400

FEBRUARY 2, 2016

WILLIAM W GOODELL
PO BOX 52663
LAFYETTE,  LA 70505-2663

RE:      SALVATION ARMY, ET AL
         VS
         UNION PACIFIC RAILROAD CO, ET AL
         DOCKET NUMBER: C-20160548 F

Dear Sir or Madam:

In accordance with LA R.S. 13:4688, when a suit has been filed in State District Court for damages arising

from an offense or quasi-offense, you are required to complete attached reporting form from the Supreme Court

of Louisiana.

Please return the attached reporting form immediately to the Lafayette Parish Clerk of Court Office for

further processing.

Should you have any questions concerning this matter, please do not hesitate to contact us.

Sincerely,

Deputy Clerk of Court
Lafayette Parish

D41276296
cc_jmdaugereau

Ordered by Atty.:  WILLIAM W. GOODELL, JR.

# CITATION

| | |
|---|---|
| **SALVATION ARMY, ET AL** | **FIFTEENTH JUDICIAL DISTRICT COURT** |
| **VS** | **DOCKET NUMBER: C-20160548 F** |
| **UNION PACIFIC RAILROAD CO, ET AL** | **PARISH OF LAFAYETTE, LOUISIANA** |

STATE OF LOUISIANA

TO:   UNION PACIFIC RAILROAD COMPANY
      THROUGH ITS REGISTERED AGENT:
      C T CORPORATION SYSTEM
      3867 PLAZA TOWER DRIVE
      BATON ROUGE, LA  70816

                                                of the Parish of E. Baton Rouge

        You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
        Witness the Honorable Judges of said Court, this FEBRUARY 2, 2016.

                                                _____
                                                Deputy Clerk of Court
                                                Lafayette Parish

**\*Attached are the following documents:**
**PETITION FOR DAMAGES, EXHIBITS A-G**

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE          MOVED ( )          NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____      MILEAGE $ _____      TOTAL $_____
DEPUTY _____

D41276270
ee_jmdaugereau

Ordered by Atty.:  WILLIAM W. GOODELL, JR.

# CITATION

SALVATION ARMY, ET AL                    FIFTEENTH JUDICIAL DISTRICT COURT

VS                                       DOCKET NUMBER: C-20160548 F

UNION PACIFIC RAILROAD CO, ET AL         PARISH OF LAFAYETTE, LOUISIANA

STATE OF LOUISIANA

TO:   CONSOLIDATED COMPANIES, INC.
      THROUGH ITS REGISTERED AGENT:
      WINSLOW J. CHADWICK, JR.
      1 GALLERIA BLVD., SUITE 1512
      METAIRIE, LA  70001

                                              of the Parish of Jefferson

      You are hereby cited to comply with the demand contained in the petition, a certified copy of which
accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition
in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish
Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your
failure to comply herewith will subject you to the penalty of entry of default judgment against you.
      Witness the Honorable Judges of said Court, this FEBRUARY 2, 2016.

                                              _____
                                                    Deputy Clerk of Court
                                                    Lafayette Parish

**\*Attached are the following documents:**
**PETITION FOR DAMAGES, EXHIBITS A-G**

                         SHERIFF'S RETURN
                    LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____  TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE          MOVED ( )        NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE  ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____  MILEAGE $_____  TOTAL $_____
DEPUTY _____

D41276288
cc_jmdaugereau

Ordered by Atty.:  WILLIAM W. GOODELL, JR.

# CITATION

| | |
|---|---|
| SALVATION ARMY, ET AL | FIFTEENTH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20160548 F |
| UNION PACIFIC RAILROAD CO, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

STATE OF LOUISIANA

TO:   SOUTHERN PACIFIC MOTOR TRUCKING COMPANY
      THROUGH ITS REGISTERED AGENT:
      C T CORPORATION SYSTEM
      3867 PLAZA TOWER DRIVE
      BATON ROUGE, LA  70816

                                    of the Parish of E. Baton Rouge

        You are hereby cited to comply with the demand contained in the petition, a certified copy of which
accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition
in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish
Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your
failure to comply herewith will subject you to the penalty of entry of default judgment against you.
        Witness the Honorable Judges of said Court, this FEBRUARY 2, 2016.

                                            _____
                                            Deputy Clerk of Court
                                            Lafayette Parish

*Attached are the following documents:
PETITION FOR DAMAGES, EXHIBITS A-G

---

                        SHERIFF'S RETURN
                     LAFAYETTE PARISH SHERIFF

DATE SERVED: _____ , 20 _____ TIME: _____
SERVED: _____
PERSONAL: ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE          MOVED ( )          NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE  (  )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____  MILEAGE $_____  TOTAL $_____
DEPUTY _____

ClerkConnect Document Viewer                                                                  Page 1 of 2

From Elizabeth A. Roche 1.504.881.1765 Wed Feb 17 15:10:37 2016 MST Page 2 of 8





365 Canal Street
Suite 1170
New Orleans, LA 70130

## FACSIMILE COVER SHEET
Date: February 17, 2016

| TO: | FROM: |
|---|---|
| Lafayette Parish Clerk of Court | Elizabeth Roché |
| Honorable Louis J. Perret | |

| FAX NUMBER: | SENDER FAX NUMBER: |
|---|---|
| (337) 291-6480 | (504) 881-1765 |

| PHONE NUMBER: | SENDER PHONE NUMBER: |
|---|---|
| (337) 291-6400 | (504) 799-2845 |

| CC: | TOTAL NUMBER OF PAGES: |
|---|---|
| Honorable David M. Smith | 7, including cover |
| Elena Arcos Pecoraro | |
| Steven J. Levine | |
| Cliff LaCour | |

**RE:**

*Salvation Army, et al., v. Union Pacific Railroad Company, et al.*

No. 2016-0548-F, 15th Judicial District Court

**MESSAGE:**

Attached is Plaintiffs' *Ex Parte Motion to Preserve Evidence and For Motion* in the above-referenced matter.

This facsimile is intended for the addressee(s) only and may contain privileged or confidential information. The information is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient(s), you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the document(s).

ClerkConnect Document Viewer          Page 2 of 2



From Elizabeth A. Roche 1.504.881.1765 Wed Feb 17 15:10:37 2016 VST Page 1 of 8

**Fax recipient information**
To:       Honorable Louis J. Perret Lafayette Parish Clerk of Court
Fax #:    3372916480

**Fax sender information**
From:     Elizabeth A. Roche
Fax #:    (504) 881-1765

Sent      Wed Feb 17 16:12:04 CST 2016
on:

Subject:  Salvation Army et al v Union Pacific Railroad Company et al
          2016-0548-F 15th JDC

**Message:**
Attached please find Plaintiffs' Ex Parte Motion to Preserve Evidence
and For Notice





From Elizabeth A. Roche 1.504.881.1765 Wed Feb 17 15:10:37 2016 MST Page 3 of 8





**burns**
**charest**
ʟʟᴘ

Elizabeth Roché
rroche@burnscharest.com

February 17, 2016

**Via Facsimile and Federal Express**

Lafayette Parish Clerk of Court
Honorable Louis J. Perret
Post Office Box 2009
800 South Buchanan Street
Lafayette, LA 70501

Re:     *Salvation Army, et al., v. Union Pacific Railroad Company, et al.*
        No. 2016-0548-F, 15th Judicial District Court, Lafayette Parish

Dear Sir or Madam:

Enclosed please find the original copy of *Plaintiffs' Ex Parte Motion to Preserve Evidence and For Notice* and a proposed *Order* to be filed in the above-referenced matter. A duplicate of both the motion and the order is also included. A check for $80.00 is enclosed to cover the filing costs associated with this motion.

Once Judge Smith has executed the order, please return a conformed copy of the motion and executed order to me in the enclosed self-addressed, stamped envelope for service pursuant to La.Code Civ.P. art. 1313(C).

Should you have any questions, please contact me at (504) 799-2845.

Kind regards,

BURNS CHAREST LLP

Elizabeth A. Roché

EAR/rcr
Enclosures

burns charest LLP | 365 canal street | suite 1170 | new orleans, louisiana 70130

Page 2 of 2
February 17, 2016
Lafayette Parish Clerk of Court

cc:    Honorable David M. Smith (via facsimile)
       Elena Arcos Pecoraro (via facsimile)
       Steven J. Levine (via facsimile)
       Cliff LaCour (via facsimile)
       C T Corporation System, Registered Agent for Union Pacific Railroad Company (via Federal Express)
       C T Corporation System, Registered Agent for Southern Pacific Motor Trucking Company (via
              Federal Express)
       Winslow J. Chadwick, Jr., Registered Agent for Consolidated Companies, Inc. (via Federal Express)

burns charest LLP | 365 canal street | suite 1170 | new orleans, louisiana 70130

ClerkConnect Document Viewer

Page 1 of 4

From Elizabeth A. Roche 1.504.881.1765 Wed Feb 17 15:10:37 2016 MST Page 5 of 8


41334178

15th JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE
STATE OF LOUISIANA

DOCKET NO. 2016-0548-F

THE SALVATION ARMY, ET AL.

VERSUS

UNION PACIFIC RAILROAD COMPANY, ET AL.

FILED: _____          DEPUTY: _____

EX PARTE MOTION TO PRESERVE EVIDENCE AND FOR NOTICE

Now into Court, through undersigned counsel, come Plaintiffs, The Salvation Army, Barry J. Sallinger, and Cypress Street Properties, LLC, who move this Court for an order requiring the preservation of evidence and notice related to this matter. In support, Plaintiffs respectfully submit as follows:

1. Plaintiffs filed this lawsuit to address the environmental damage caused by Defendants' operations on the areas of the former Southern Pacific Railroad/Union Pacific Railroad rail yard operations within Lafayette, Louisiana (the "Facility"). These operations have impacted and threaten to impact Lafayette's drinking water supply, the Chicot Aquifer. Plaintiffs own immovable property on or near the former Facility and seek remediation, damages, declaratory judgment, and injunctive relief.

2. The activities complained of in the Petition for Damages began in the early 1900s. Certain documents believed to be in the possession of Defendants contain information regarding the environmental condition of the Facility.

3. These documents are relevant to Defendants' knowledge of those conditions, knowledge of the harmful nature of Defendants' actions and inactions, and knowledge of the actions and inactions that caused the complained of environmental conditions.

4. Document retention policies may be in place that allow for the periodic destruction or "purging" of documents that contain historic information about Defendants' knowledge of the damaging nature of their actions and inactions at and around the Facility.

Page 1 of 3

5.  Plaintiffs are also concerned that Defendants may, without prior notice, go to Plaintiffs' property or the Facility and perform work that may alter, disguise, or destroy evidence of the environmental conditions threatening Plaintiffs' property.

6.  The above-described evidence is crucial to Plaintiffs' case and must be preserved until Plaintiffs can secure its production and/or have an opportunity to participate in testing at or near the Facility.

7.  Plaintiffs are not seeking to stop Defendants from cleaning up their own property. However, given the potential harm to the aquifer and decades of inaction by Defendants, Plaintiffs seek to ensure any cleanup activities protects the aquifer and the public welfare.

8.  Unless an order to preserve such evidence is made immediately, evidence may be lost or destroyed prejudicing Plaintiffs.

9.  Defendants will not be prejudiced by the immediate issue of an ex parte order preserving evidence.

10. The Plaintiffs have not made any previous ex parte motions to preserve evidence.

Wherefore, Plaintiffs respectfully request that an order preserving evidence and for notice related to this case be issued ex parte and immediately.

Respectfully submitted,

*Elizabeth A. Roche*

Elizabeth A. Roché (#31304)
Korey A. Nelson (#30002)
Burns Charest LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
T: 504.799.2845
F: 504.881.1765
E: eroche@burnscharest.com
   knelson@burnscharest.com

William W. Goodell, Jr. (#6129)
The Goodell Law Firm
Post Office Box 52663
Lafayette, Louisiana 70505
T: 337.412.2724
E: bill@goodelllaw.com

Gordon Schoeffler (#29412)
Post Office Box 4829
Lafayette, Louisiana 70502

FILED THIS 17
OF Feb ,2016

Deputy Clerk of Court

Page 2 of 3

T: 337.232.8123
F: 337.235.5629
E: gschoeffler@josephjoy.com

Joseph R. Joy, III (#7575)
Post Office Box 4929
Lafayette, Louisiana 70502
E: buzzyjoy@josephyjoy.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Ex Parte Motion to Preserve Evidence was served

on all known counsel of record, or, if no counsel has appeared, by service on their registered

agent or personal service, by electronic mail, facsimile, or by United States mail on this ___17th___

day of __February__, 2016.

_Elizabeth A. Roché_
Elizabeth A. Roché

FILED THIS _17_

OF _Feb_, 20 _16_

Page 3 of 3

From Elizabeth A. Roche 1.504.881.1765 Wed Feb 17 15:10:37 2016 MST Page 8 of 8

15th JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE
STATE OF LOUISIANA

DOCKET NO. 2016-0548-F

THE SALVATION ARMY, ET AL.

VERSUS

UNION PACIFIC RAILROAD COMPANY, ET AL.

FILED: _____          DEPUTY: _____

---

### ORDER

Considering the foregoing Ex Parte Motion to Preserve Evidence and for Notice,

IT IS HEREBY ORDERED that all documentary, physical, or other evidence related to Plaintiffs' properties or the areas of the former Southern Pacific Railroad/Union Pacific Railroad rail yard operations in Lafayette, Louisiana, and environmental impact therefrom, including any assessment of environmental contamination or the sources of potential contamination, shall be preserved and not destroyed or altered in any way.

IT IS FURTHER ORDERED that Defendants and any of their parents, subsidiaries, and affiliates that have this evidence in their possession shall preserve it until further notice from this court.

IT IS FURTHER ORDERED that no Defendant or its consultants, agents, or representatives shall perform any work, cleanup, or other activity on the Plaintiffs' property or the Facility without ten days' notice to Plaintiffs.

This done and signed this _____ of _____, 2016 in _____, Louisiana.

_____
Honorable David M. Smith
Judge, Division F
15th Judicial District Court

**Please return for service
pursuant to La.Code Civ.P. art. 1313(C)**

Page 1 of 1



**burns
charest
llp**

Elizabeth Roché
rroche@burnscharest.com

February 17, 2016

**Via Facsimile and Federal Express**

Lafayette Parish Clerk of Court
Honorable Louis J. Perret
Post Office Box 2009
800 South Buchanan Street
Lafayette, LA 70501

Re: *Salvation Army, et al., v. Union Pacific Railroad Company, et al.*
    No. 2016-0548-F, 15th Judicial District Court, Lafayette Parish

Dear Sir or Madam:

Enclosed please find the original copy of *Plaintiffs' Ex Parte Motion to Preserve Evidence and For Notice* and a proposed *Order* to be filed in the above-referenced matter. A duplicate of both the motion and the order is also included. A check for $80.00 is enclosed to cover the filing costs associated with this motion.

Once Judge Smith has executed the order, please return a conformed copy of the motion and executed order to me in the enclosed self-addressed, stamped envelope for service pursuant to La.Code Civ.P. art. 1313(C).

Should you have any questions, please contact me at (504) 799-2845.

Kind regards,

**BURNS CHAREST LLP**

Elizabeth A. Roché

EAR/rcr
Enclosures

burns charest LLP | 365 canal street | suite 1170 | new orleans, louisiana 70130

Page 2 of 2
February 17, 2016
Lafayette Parish Clerk of Court

cc:    Honorable David M. Smith (via facsimile)
       Elena Arcos Pecoraro (via facsimile)
       Steven J. Levine (via facsimile)
       Cliff LaCour (via facsimile)
       C T Corporation System, Registered Agent for Union Pacific Railroad Company (via Federal Express)
       C T Corporation System, Registered Agent for Southern Pacific Motor Trucking Company (via
             Federal Express)
       Winslow J. Chadwick, Jr., Registered Agent for Consolidated Companies, Inc. (via Federal Express)

burns charest LLP | 365 canal street | suite 1170 | new orleans, louisiana 70130

ClerkConnect Document Viewer



15th JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE
STATE OF LOUISIANA

DOCKET NO. 2016-0548-F

THE SALVATION ARMY, ET AL.

VERSUS

UNION PACIFIC RAILROAD COMPANY, ET AL.

FILED: _____          DEPUTY: _____

---

### EX PARTE MOTION TO PRESERVE EVIDENCE AND FOR NOTICE

Now into Court, through undersigned counsel, come Plaintiffs, The Salvation Army, Barry J. Sallinger, and Cypress Street Properties, LLC, who move this Court for an order requiring the preservation of evidence and notice related to this matter. In support, Plaintiffs respectfully submit as follows:

1. Plaintiffs filed this lawsuit to address the environmental damage caused by Defendants' operations on the areas of the former Southern Pacific Railroad/Union Pacific Railroad rail yard operations within Lafayette, Louisiana (the "Facility"). These operations have impacted and threaten to impact Lafayette's drinking water supply, the Chicot Aquifer. Plaintiffs own immovable property on or near the former Facility and seek remediation, damages, declaratory judgment, and injunctive relief.

2. The activities complained of in the Petition for Damages began in the early 1900s. Certain documents believed to be in the possession of Defendants contain information regarding the environmental condition of the Facility.

3. These documents are relevant to Defendants' knowledge of those conditions, knowledge of the harmful nature of Defendants' actions and inactions, and knowledge of the actions and inactions that caused the complained of environmental conditions.

4. Document retention policies may be in place that allow for the periodic destruction or "purging" of documents that contain historic information about Defendants' knowledge of the damaging nature of their actions and inactions at and around the Facility.

Page 1 of 3

5.  Plaintiffs are also concerned that Defendants may, without prior notice, go to Plaintiffs' property or the Facility and perform work that may alter, disguise, or destroy evidence of the environmental conditions threatening Plaintiffs' property.

6.  The above-described evidence is crucial to Plaintiffs' case and must be preserved until Plaintiffs can secure its production and/or have an opportunity to participate in testing at or near the Facility.

7.  Plaintiffs are not seeking to stop Defendants from cleaning up their own property. However, given the potential harm to the aquifer and decades of inaction by Defendants, Plaintiffs seek to ensure any cleanup activities protects the aquifer and the public welfare.

8.  Unless an order to preserve such evidence is made immediately, evidence may be lost or destroyed prejudicing Plaintiffs.

9.  Defendants will not be prejudiced by the immediate issue of an ex parte order preserving evidence.

10. The Plaintiffs have not made any previous ex parte motions to preserve evidence.

Wherefore, Plaintiffs respectfully request that an order preserving evidence and for notice related to this case be issued ex parte and immediately.

Respectfully submitted,

*Elizabeth A. Roché*

Elizabeth A. Roché (#31304)
Korey A. Nelson (#30002)
Burns Charest LLP
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
T: 504.799.2845
F: 504.881.1765
E: eroche@burnscharest.com
   knelson@burnscharest.com

William W. Goodell, Jr. (#6129)
The Goodell Law Firm
Post Office Box 52663
Lafayette, Louisiana 70505
T: 337.412.2724
E: bill@goodelllaw.com

Gordon Schoeffler (#29412)
Post Office Box 4829
Lafayette, Louisiana 70502

Page 2 of 3

T: 337.232.8123
F: 337.235.5629
E: jjschoeffler@josephjoy.com

Joseph R. Joy, III (#7575)
Post Office Box 4929
Lafayette, Louisiana 70502
E: buzzyjoy@josephjoy.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Ex Parte Motion to Preserve Evidence was served

on all known counsel of record, or, if no counsel has appeared, by service on their registered

agent or personal service, by electronic mail, facsimile, or by United States mail on this ___17th___

day of __February__, 2016.

_Elizabeth A Roché_
Elizabeth A. Roché

http://clerkconnect.lpclerk.com/ImageViewer/PrintImage.aspx                              3/14/2016

15th JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE
STATE OF LOUISIANA

DOCKET NO. 2016-0548-F

THE SALVATION ARMY, ET AL.

VERSUS

UNION PACIFIC RAILROAD COMPANY, ET AL.

FILED: _____        DEPUTY: _____

## ORDER

Considering the foregoing Ex Parte Motion to Preserve Evidence and for Notice,

IT IS HEREBY ORDERED that all documentary, physical, or other evidence related to Plaintiffs' properties or the areas of the former Southern Pacific Railroad/Union Pacific Railroad rail yard operations in Lafayette, Louisiana, and environmental impact therefrom, including any assessment of environmental contamination or the sources of potential contamination, shall be preserved and not destroyed or altered in any way.

IT IS FURTHER ORDERED that Defendants and any of their parents, subsidiaries, and affiliates that have this evidence in their possession shall preserve it until further notice from this court.

IT IS FURTHER ORDERED that no Defendant or its consultants, agents, or representatives shall perform any work, cleanup, or other activity on the Plaintiffs' property or the Facility without ten days' notice to Plaintiffs.

This done and signed this _29_ of _Feby_____, 2016 in _Crowly_____, Louisiana.

_____
Honorable David M. Smith
Judge, Division F
15th Judicial District Court

Please return for service
pursuant to La.Code Civ.P. art. 1313(C)

DATE: Feby 29 16
Doris Gibson

Page 1 of 1

once

STATE OF LOUISIANA PARISH OF LAFAYETTE
I hereby certify that a certified copy of this
judgment, order has been mailed/served on all

parties this 4 day of March, 2016

*Doris Gibson*

Deputy Clerk of Court

cc: Elizabeth Roche
Joseph Joy, III
Gordon Schoeffler
William Shotwell
Cliff Lacour



D41421181
cc_telilly

**LOUIS J. PERRET**
**Clerk of Court, Lafayette Parish**
**P. O. BOX 2009**
**LAFAYETTE, LA  70502**
**Telephone:  (337) 291-6400**

**FEBRUARY 18, 2016**

# FACSIMILE TRANSMISSION RECEIPT

RE:     SALVATION ARMY, ET AL
        VS
        UNION PACIFIC RAILROAD CO, ET AL
        DOCKET NUMBER: C-20160548 F

DATE FASCIMILE RECEIVED:     02-17-2016
DESCRIPTION OF PLEADING:     M&O TO PRESERVE EVIDENCE AND FOR NOTICE
FILED ON BEHALF OF:          THE SALVATION ARMY, ET AL
ATTORNEY:                    ELIZABETH ROCHE
RECEIPT FAXED TO NUMBER:     504-881-1765

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above.  In accordance with R.S. 13:850(B), the original must be received by our office within seven (7) days (exclusive of legal holidays) from the date the facsimile was received, along with a filing fee of **$112.00** which includes a transmission fee of $5.00.  **Please note that this amount does not reflect any money that you may have on deposit in this matter.  It is strictly the amount that is needed to file the above faxed pleading.**

**IF YOU HAVE ANY QUESTIONS REGARDING COURT COST IN THIS MATTER, PLEASE CONTACT THE COST DEPARTMENT AT (337) 291-6314.**

The Lafayette Parish Clerk of Court's office will not process from a facsimile filing.  We will process from original documents only.

Receipt Acknowledged,

_____
Deputy Clerk of Court
Lafayette Parish

```
                                * * Transmit Confirmation Report * *

                                                            Feb 18 2016 03:10pm
            P1
Sender:GUEST
TTI:                  TTI Number:
Destination        Type    Mode    Start Time   Time   Page Note       Result   Details
915048011765       FAX     Fine    02/18 03:10pm 00'22"   1              # O K
```

D41421181
cc_telilly

**LOUIS J. PERRET**
**Clerk of Court, Lafayette Parish**
P. O. BOX 2009
LAFAYETTE, LA  70502
Telephone:  (337) 291-6400

**FEBRUARY 18, 2016**

## FACSIMILE TRANSMISSION RECEIPT

RE:     SALVATION ARMY, ET AL
        VS
        UNION PACIFIC RAILROAD CO, ET AL
        DOCKET NUMBER: C-20160548 F

DATE FASCIMILE RECEIVED:     02-17-2016
DESCRIPTION OF PLEADING:     M&O TO PRESERVE EVIDENCE AND FOR NOTICE
FILED ON BEHALF OF:          THE SALVATION ARMY, ET AL
ATTORNEY:                    ELIZABETH ROCHE
RECEIPT FAXED TO NUMBER:     504-881-1765

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above.  In accordance with R.S. 13:850(B), the original must be received by our office within seven (7) days (exclusive of legal holidays) from the date the facsimile was received, along with a filing fee of **$112.00** which includes a transmission fee of $5.00.  **Please note that this amount does not reflect any money that you may have on deposit in this matter.  It is strictly the amount that is needed to file the above faxed pleading.**

**IF YOU HAVE ANY QUESTIONS REGARDING COURT COST IN THIS MATTER, PLEASE CONTACT THE COST DEPARTMENT AT (337) 291-6314.**

The Lafayette Parish Clerk of Court's office will not process from a facsimile filing.  We will process from original documents only.

Receipt Acknowledged,

_____
Deputy Clerk of Court
Lafayette Parish





41506643

**NEUNER PATE**
ATTORNEYS AT LAW

February 23, 2016
*Via Hand Delivery*

Lafayette Parish Clerk of Court
800 S. Buchanan St.
Lafayette, LA 70501

P. 337 237 7000
F. 337 233 9450

FRANK X. NEUNER JR.

JAMES L. PATE

BEN L. MAYEAUX

ROBERT E. TORIAN

JAMES G. HOLLIER

MELISSA L. THERIOT

KEVIN P. MERCHANT

JENNIE P. PELLEGRIN

BRANDON W. LETULIER

JASON T. REED

JEREMY N. MORROW

JED M. MESTAYER

PHILIP M. BOUDREAUX, JR.

CLIFF A. LACOUR

JEFFREY E. COHEN

SARA RODRIGUE BUGGS

JACLYN BRIDGES BACON

VICTORIA V. THERIOT

SETH T. MANSFIELD

CAROLYN C. COLE

W. GRAHAM ARNOLD

NICHOLAS D. JONES

QUINCY L. MOUTON

NEW ORLEANS OFFICE

P. 504 309 6090

ALSO ADMITTED IN TEXAS

RE:    The Salvation Army, et al v. Union Pacific
       Railroad Company, et al
       15th Judicial District Court
       Docket No. 2016-0548-F
       Our File No.: 19999

Dear Sir or Madam:

Enclosed please find the originals and one copy of each the Request for Notice of Date of Trial, Etc. and the Motion to Enroll as Counsel of Record for Consolidated Companies, Inc. Please file the originals into the record for the above matter and date-stamp the copies and return them to our office courier.

Also enclosed please find my firm's check in the amount of $50.00 to cover the filing costs associated with same.

Should you have any questions, please contact my office.

Sincerely,

Cliff A. LaCour

CAL/lgd
Enclosures

RECEIVED

FEB 2 5 2016

FROM JUDGE

cc:   *Via E-mail & U.S. Mail*
      Mr. William W. Goodell
      Ms. Elizabeth A. Roche'
      Mr. Gordon Schoeffler
      Mr. Joseph R. Joy, III

STAMPED COPY GIVEN



41506869

DOCKET NO. 2016-0548-F

| | |
|---|---|
| THE SALVATION ARMY, BARRY J. SALLINGER, and CYPRESS STREET PROPERTIES, LLC<br>    Plaintiffs | 15ᵀᴴ JUDICIAL DISTRICT COURT |
| VERSUS | |
| UNION PACIFIC RAILROAD CO., CONSOLIDATED COMPANIES, INC., and SOUTHERN PACIFIC MOTOR TRUCKING COMPANY<br>    Defendants | PARISH OF LAFAYETTE |
| | STATE OF LOUISIANA |

## REQUEST FOR NOTICE OF DATE OF TRIAL, ETC.

TO THE CLERK OF COURT of the 15th Judicial District Court in and for the Parish of Lafayette, Louisiana:

Please take notice that NEUNERPATE, attorneys for defendant, Consolidated Companies, Inc., do hereby request written notice of hearings (whether on merits or otherwise), orders, judgments and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of Court, as provided in Louisiana Code of Civil Procedure of 1960, particularly Articles 1572, 1913 and 1914.

Respectfully Submitted:

NEUNERPATE

BY: _____
　　Cliff A. LaCour　　　#30581
　　(CLaCour@NeunerPate.com)
　　Jeffery K. Coreil　　　#32405
　　(JCoreil@NeunerPate.com)
　　1001 West Pinhook Road, Suite 200
　　Lafayette, LA 70503
　　Phone:　　(337) 237-7000
　　Fax:　　　(337) 233-9450

**ATTORNEYS FOR CONSOLIDATED COMPANIES, INC.**

FILED THIS _23_
DAY OF _February_, 20_16_
_Renee Desormeaux_
Deputy Clerk of Court

2016 FEB 23  AM 11: 06

Page 1



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record via email and/or by placing a copy of same in the United States Mail, properly addressed and postage pre-paid.

Lafayette, Louisiana this 23rd day of February, 2016.

COUNSEL

FILED THIS _____ 23
DAY OF February 20 16
Deputy Clerk of Court

Page 2

Ordered by Atty.:  WILLIAM W. GOODELL, JR.

ee_jmdaugereau

# CITATION

| | |
|---|---|
| SALVATION ARMY, ET AL | FIFTEENTH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20160548 F |
| UNION PACIFIC RAILROAD CO, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

STATE OF LOUISIANA

TO:   SOUTHERN PACIFIC MOTOR TRUCKING COMPANY
      THROUGH ITS REGISTERED AGENT:
      C T CORPORATION SYSTEM
      3867 PLAZA TOWER DRIVE
      BATON ROUGE, LA  70816

RECEIVED
FEB 12 2016
E.B.R. SHERIFF'S OFFICE

                                    of the Parish of E. Baton Rouge

    You are hereby cited to comply with the demand contained in the petition, a certified copy of which
accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition
in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish
Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your
failure to comply herewith will subject you to the penalty of entry of default judgment against you.
    Witness the Honorable Judges of said Court, this FEBRUARY 2, 2016.

                                    _____
                                    Deputy Clerk of Court
                                    Lafayette Parish

*Attached are the following documents:
PETITION FOR DAMAGES, EXHIBITS A-G

                          SHERIFF'S RETURN
                       LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20____   TIME: _____
SERVED: _____
PERSONAL ( ) _____   made service on the named party through the
DOMICILIARY ( ) ON _____          C T Corporation
UNABLE TO LOCATE     MOVED ( )        NO SUCH ADDRESS ( )        FEB 15 2016
OTHER REASON: _____          by handing a copy of this document to
RECEIVED TOO LATE FOR SERVICE  ( )          ☐ Stephanie Beauregard   ☐ Brenna Beauregard
SERVICE OF WITHIN PAPERS                    ☐ Alyson Reed
COSTS FEE $_____   MILEAGE $_____   TOTAL $_____   _____
DEPUTY _____                Deputy Sheriff, Parish of East Baton Rouge, Louisiana

                       Lafayette Parish Clerk of Court
                              Filed This Day

                          FEB 2 4 2016

                          By: Clerk of Court

Ordered by Atty.: WILLIAM W. GOODELL, JR.



cc_jmdaugereau

# CITATION

| SALVATION ARMY, ET AL | FIFTEENTH JUDICIAL DISTRICT COURT |
|---|---|
| VS | DOCKET NUMBER: C-20160548 F |
| UNION PACIFIC RAILROAD CO, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

STATE OF LOUISIANA

TO:   UNION PACIFIC RAILROAD COMPANY
      THROUGH ITS REGISTERED AGENT:
      C T CORPORATION SYSTEM
      3867 PLAZA TOWER DRIVE
      BATON ROUGE, LA 70816

RECEIVED
FEB 1, 2016
E.B.R. SHERIFF'S OFFICE

of the Parish of E. Baton Rouge

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this FEBRUARY 2, 2016.

Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**
PETITION FOR DAMAGES, EXHIBITS A-G

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

I made service on the named party through the
CT Corporation

FEB 15 2016

DATE SERVED: _____, 20___   TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE      MOVED ( )      NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____   MILEAGE $_____   TOTAL $ _____
DEPUTY _____

by tendering a copy of the document to
☐ Brenna Beauregard
☐ Jeannine Beauregard ☐ Allyson Reed

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Lafayette Parish Clerk of Court
Filed This Day

FEB 2 4 2016

By Clerk of Court

Ordered by Atty.: WILLIAM W. GOODELL, JR.

cc_jmdaugereau

# CITATION

| | |
|---|---|
| SALVATION ARMY, ET AL | FIFTEENTH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20160548 F |
| UNION PACIFIC RAILROAD CO, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

STATE OF LOUISIANA

TO:    CONSOLIDATED COMPANIES, INC.
       THROUGH ITS REGISTERED AGENT:
       WINSLOW J. CHADWICK, JR.
       1 GALLERIA BLVD., SUITE 1512
       METAIRIE, LA  70001

                                        of the Parish of Jefferson

    You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
    Witness the Honorable Judges of said Court, this FEBRUARY 2, 2016.

                                        Deputy Clerk of Court
                                        Lafayette Parish

*Attached are the following documents:
PETITION FOR DAMAGES, EXHIBITS A-G

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20____   TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE          MOVED ( )          NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____   MILEAGE $_____   TOTAL $_____
DEPUTY _____

Lafayette Parish Clerk of Court

FEB 2 4 2016

By: Clerk of Court

DATE RECEIVED 2-11-16  DATE RETD 2-12-16
DATE SERVED 2-12-16
SERVICE AFFECTED OR REASON UNSERVED:
X  PERSONAL - - - - DOMICILIARY THRU _____
____ THRU / OTHER _____
____ NOT AT THIS ADDRESS PER - - - - _____
____ REASON TO SERVE AFTER MAKING _____  ATTEMPTS
                    ED KNIGHT                # 110377
                    Deputy Sheriff of Jefferson Parish