## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| SALVATION ARMY, ET AL | CIVIL ACTION NO. 16-0347 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| UNION PACIFIC RAILROAD, INC., ET AL | MAGISTRATE JUDGE WHITEHURST |

### ORDER

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, including the objections and responses (Record Documents 30-34) filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED** that the Motion to Remand (Record Document 16) filed by plaintiffs, The Salvation Army, Barry J. Salinger, Cypress Street Properties, LLC, Edward P. Mouton, Wayne Gary, Gary's Grocery & Market, Inc. , DE & FK LLC and Frank's House, LLC be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the claims against defendant, Consolidated Companies, Inc., are **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 4th day of October, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE