**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| Salvation Army, et al. | Civil Action No. 6:16-cv-0347 |
| versus | Judge S. Maurice Hicks |
| Union Pacific Railroad Co., et al. | Magistrate Judge Carol B. Whitehurst |

**ORDER**

Before the Court are the following motions: (1) a Motion to Dismiss (Doc. 6), filed by Defendants, Union Pacific Railroad Company and Southern Pacific Motor Trucking Company (Doc. 6); and (2) Motion for Leave to File Amended Complaint (Doc. 45), filed by Plaintiffs, The Salvation Army, Barry J. Sallinger, Cypress Street Properties, LLC, Edward P. Mouton, Wayne Gary, Gary's Grocery & Market, Inc., DE & FK LLC, and Frank's House, LLC.

As part of their motion to amend, Plaintiffs seek to add a non-diverse defendant, CenturyLink Communications, LLC ("CenturyLink"). The undersigned has set Plaintiffs' motion to amend for oral argument on February 15, 2017. (Doc. 46.) Should the Court decide to grant the motion to amend and add CenturyLink to this case, diversity jurisdiction would be destroyed. Accordingly,

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. 6) is DENIED WITHOUT PREJUDICE to RE-URGE after the Court rules on Plaintiffs' Motion for Leave to File Amended Complaint.

**THUS DONE AND SIGNED** at Lafayette, Louisiana, this 3rd day of January, 2017.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE