UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SALVATION ARMY, ET AL, | CIVIL ACTION NO. 16-0347 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| UNION PACIFIC RAILROAD, INC., ET AL. | MAGISTRATE JUDGE WHITEHURST |

## ORDER

For the reasons stated in the Report and Recommendation (Record Document 55) of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections (Record Document 56) and response (Record Document 57) thereto, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiffs' Motion for Leave to File Amended Complaint (Record Document 45) is **GRANTED** and this action is remanded to the Fifteenth Judicial District Court, Parish of Lafayette, State of Louisiana, for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 15th day of August, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE